UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RAKESH CHAUHAN, Individually and On
Behalf of All Others Similarly Situated,

                      Plaintiff,

          v.

INTERCEPT PHARMACEUTICALS, INC.,
MARK PRUZANSKI, and SANDIP S.
KAPADIA,

                  Defendants.

20-cv-05377-SJF-SIL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND [PROPOSED] ORDER TO
TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404(A)**

Plaintiff Rakesh Chauhan and Defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski and Sandip S. Kapadia (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on November 5, 2020, Plaintiff filed the above-captioned securities fraud class action (ECF No. 1);

WHEREAS the Parties have conferred and agree that this case should be transferred to the United States District Court for the Southern District of New York for at least the following reasons:

1.  Intercept Pharmaceuticals is a Delaware corporation with its corporate headquarters located at 10 Hudson Yards, New York, New York 10001;

2.  the above-captioned action might have been brought in the Southern District of New York under 28 U.S.C. § 1391(b)(1);

3. the locus of operative facts and potentially relevant documents is Intercept's headquarters in Manhattan, New York; and

4. the Parties agree that transferring this case to the Southern District of New York is in the interest of the convenience of Parties and potential witnesses, most of whom are located in Intercept's headquarters in Manhattan, New York.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that pursuant to 28 U.S.C. § 1404, the above-captioned matter be transferred to the Southern District of New York.

Dated:  New York, New York
        December 29, 2020

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Phone:  (646) 581-9966
Fax:  (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Plaintiff*
*Rakesh Chauhan*

/s/ Scott D. Musoff
Scott D. Musoff
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
scott.musoff@skadden.com

James R. Carroll (*pro hac vice* motion
forthcoming)
Alisha Q. Nanda
Rene H. DuBois
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone:  (617) 573-4800
Facsimile:  (617) 573-4822
james.carroll@skadden.com
alisha.nanda@skadden.com
rene.dubois@skadden.com

*Counsel for Defendants*
*Intercept Pharmaceuticals Inc.,*
*Mark Pruzanksi, and Sandip S. Kapadia*

2

**IT IS SO ORDERED**.

Dated: _____, 2020

_____
SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE