# EXHIBIT 3

**Intercept Pharmaceuticals, Inc. Loss Chart**
**Class Period: September 28, 2019 through October 7, 2020**

| Name | Date Purchased* | Shares | Price per Share | Total | Date Sold* | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $32.43 |
| Wu, Peidong | 3/31/2020 | 100 | ($64.00) | ($6,400.00) | 4/23/2020 | 200 | $82.30 | $16,460.00 | | | | |
| | 3/31/2020 | 100 | ($63.80) | ($6,380.00) | 5/4/2020 | 600 | $77.80 | $46,680.00 | | | | |
| | 3/31/2020 | 100 | ($62.00) | ($6,200.00) | 5/5/2020 | 425 | $80.30 | $34,127.50 | | | | |
| | 4/1/2020 | 100 | ($59.80) | ($5,980.00) | 5/6/2020 | 100 | $85.50 | $8,550.00 | | | | |
| | 4/1/2020 | 100 | ($58.80) | ($5,880.00) | 5/14/2020 | 100 | $83.30 | $8,330.00 | | | | |
| | 4/1/2020 | 100 | ($57.80) | ($5,780.00) | 5/15/2020 | 200 | $82.00 | $16,400.00 | | | | |
| | 4/15/2020 | 100 | ($71.08) | ($7,108.00) | 6/4/2020 | 300 | $77.10 | $23,130.00 | | | | |
| | 4/20/2020 | 100 | ($84.50) | ($8,450.00) | 6/12/2020 | 936 | $74.20 | $69,451.20 | | | | |
| | 4/20/2020 | 100 | ($84.00) | ($8,400.00) | 6/16/2020 | 200 | $80.20 | $16,040.00 | | | | |
| | 4/20/2020 | 50 | ($81.05) | ($4,052.50) | 6/25/2020 | 600 | $78.25 | $46,950.00 | | | | |
| | 4/20/2020 | 50 | ($81.00) | ($4,050.00) | 7/6/2020 | 627 | $48.70 | $30,534.90 | | | | |
| | 4/21/2020 | 50 | ($80.80) | ($4,040.00) | 7/10/2020 | 1454 | $45.80 | $66,593.20 | | | | |
| | 4/21/2020 | 50 | ($81.00) | ($4,050.00) | 7/13/2020 | 400 | $46.00 | $18,400.00 | | | | |
| | 5/1/2020 | 100 | ($78.64) | ($7,864.00) | 7/15/2020 | 2500 | $44.90 | $112,250.00 | | | | |
| | 5/1/2020 | 100 | ($78.50) | ($7,850.00) | 7/16/2020 | 1400 | $46.80 | $65,520.00 | | | | |
| | 5/1/2020 | 100 | ($78.00) | ($7,800.00) | 7/28/2020 | 300 | $47.40 | $14,220.00 | | | | |
| | 5/1/2020 | 100 | ($77.50) | ($7,750.00) | 7/30/2020 | 1500 | $46.40 | $69,600.00 | | | | |
| | 5/1/2020 | 50 | ($77.40) | ($3,870.00) | 8/3/2020 | 1859 | $47.30 | $87,930.70 | | | | |
| | 5/1/2020 | 75 | ($76.48) | ($5,736.00) | 8/10/2020 | 393 | $53.20 | $20,907.60 | | | | |
| | 5/1/2020 | 50 | ($76.40) | ($3,820.00) | 8/11/2020 | 1200 | $54.50 | $65,400.00 | | | | |
| | 5/1/2020 | 250 | ($85.00) | ($21,250.00) | 8/25/2020 | 1359 | $49.80 | $67,678.20 | | | | |
| | 5/1/2020 | 70 | ($79.40) | ($5,558.00) | 9/10/2020 | 398 | $45.50 | $18,109.00 | | | | |
| | 5/12/2020 | 400 | ($90.00) | ($36,000.00) | 9/14/2020 | 1411 | $44.00 | $62,084.00 | | | | |
| | 5/12/2020 | 100 | ($89.80) | ($8,980.00) | 9/15/2020 | 400 | $44.60 | $17,840.00 | | | | |
| | 5/13/2020 | 300 | ($87.80) | ($26,340.00) | 9/16/2020 | 400 | $44.60 | $17,840.00 | | | | |
| | 5/21/2020 | 50 | ($90.50) | ($4,525.00) | | | | | | | | |
| | 5/22/2020 | 400 | ($78.50) | ($31,400.00) | | | | | | | | |
| | 5/26/2020 | 600 | ($77.90) | ($46,740.00) | | | | | | | | |
| | 5/27/2020 | 400 | ($73.50) | ($29,400.00) | | | | | | | | |
| | 5/29/2020 | 535 | ($70.50) | ($37,717.50) | | | | | | | | |
| | 6/2/2020 | 100 | ($72.00) | ($7,200.00) | | | | | | | | |
| | 6/11/2020 | 1100 | ($74.50) | ($81,950.00) | | | | | | | | |
| | 6/18/2020 | 765 | ($76.60) | ($58,599.00) | | | | | | | | |
| | 6/29/2020 | 2852 | ($46.50) | ($132,618.00) | | | | | | | | |
| | 6/30/2020 | 900 | ($46.30) | ($41,670.00) | | | | | | | | |
| | 7/6/2020 | 654 | ($47.00) | ($30,738.00) | | | | | | | | |
| | 7/13/2020 | 1900 | ($44.60) | ($84,740.00) | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/17/2020 | 1400 | ($48.80) | ($68,320.00) | | | | | |
| 7/20/2020 | 1100 | ($47.80) | ($52,580.00) | | | | | |
| 7/21/2020 | 800 | ($47.70) | ($38,160.00) | | | | | |
| 7/29/2020 | 300 | ($45.30) | ($13,590.00) | | | | | |
| 7/31/2020 | 1679 | ($45.50) | ($76,394.50) | | | | | |
| 8/7/2020 | 1293 | ($48.60) | ($62,839.80) | | | | | |
| 8/11/2020 | 300 | ($51.20) | ($15,360.00) | | | | | |
| 8/13/2020 | 200 | ($51.60) | ($10,320.00) | | | | | |
| 8/14/2020 | 1559 | ($51.20) | ($79,820.80) | | | | | |
| 8/26/2020 | 1387 | ($48.60) | ($67,408.20) | | | | | |
| 8/27/2020 | 11 | ($47.65) | ($524.15) | | | | | |
| 9/10/2020 | 411 | ($44.00) | ($18,084.00) | | | | | |
| 9/18/2020 | 2200 | ($42.40) | ($93,280.00) | | | | | |
| 9/23/2020 | 100 | ($39.00) | ($3,900.00) | | | | | |
| | 25791 | | ($1,407,467.45) | 19262 | $1,021,026.30 | 6529 | $211,735.47 | ($174,705.68) |

* May reflect settlement date