**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAKESH CHAUHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI, and SANDIP S. KAPADIA,<br><br>    Defendants. | Case No. 1:21-cv-00036-LJL-SN |

**DECLARATION OF GEOFFREY C. JARVIS IN SUPPORT OF
THE MOTION OF THE TRUSTEES OF THE TEAMSTERS UNION NO. 142 PENSION
FUND AND CITY OF CAPE CORAL MUNICIPAL GENERAL EMPLOYEES'
RETIREMENT PLAN FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Geoffrey C. Jarvis, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP.  I submit this declaration in support of the motion filed by the Trustees of the Teamsters Union No. 142 Pension Fund ("Teamsters 142") and City of Cape Coral Municipal General Employees' Retirement Plan ("Cape Coral") for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of their selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class.

2.     Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit A: | Sworn certifications of Teamsters 142 and Cape Coral pursuant to the PSLRA; |
| Exhibit B: | Charts of Teamsters 142 and Cape Coral's transactions and losses in Intercept Pharmaceuticals, Inc. securities during the Class Period; |
| Exhibit C: | Joint Declaration of Jay Smith and Michael Ilczyszyn in Support of the Motion of the Trustees of the Teamsters Union No. 142 Pension Fund and City of Cape Coral Municipal General Employees' Retirement Plan; |
| Exhibit D: | Notice of the pendency of *Chauhan v. Intercept Pharmaceuticals, Inc., et al.*, No. 2:20-cv-05377-SJF-SIL (E.D.N.Y.), published by *PR Newswire* on November 5, 2020; and |
| Exhibit E: | Firm résumé of Kessler Topaz Meltzer & Check, LLP. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of January 2021.

*S/ Geoffrey C. Jarvis*
Geoffrey C. Jarvis

1