# EXHIBIT A

## CERTIFICATION

The Trustees of the Teamsters Union No. 142 Pension Fund ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.     Plaintiff's Class Period purchase and sale transactions in the Intercept Pharmaceuticals, Inc. securities that are the subject of this action are attached in Schedule A.

4.     Plaintiff has full power and authority to bring suit to recover for the investment losses listed in the attached Schedule A.

5.     Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.     I, Jay Smith, Fund Manager of the Teamsters Union No. 142 Pension Fund, am authorized to make legal decisions on Plaintiff's behalf.

7.     Plaintiff intends to actively monitor and vigorously pursue these actions for the benefit of the class.

8.     Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.      Plaintiff has neither served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _22_ day of December 2020.

The Trustees of the Teamsters Union
No. 142 Pension Fund

By:_____

Jay Smith
*Fund Manager*

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 10/2/2019 | 190 | $64.53 |
| Common Stock | BUY | 10/3/2019 | 35 | $65.04 |
| Common Stock | BUY | 10/4/2019 | 35 | $63.16 |
| Common Stock | BUY | 10/7/2019 | 73 | $60.84 |
| Common Stock | BUY | 10/8/2019 | 240 | $59.53 |
| Common Stock | BUY | 10/15/2019 | 32 | $63.11 |
| Common Stock | BUY | 10/22/2019 | 65 | $68.64 |
| Common Stock | BUY | 10/29/2019 | 494 | $74.98 |
| Common Stock | BUY | 11/5/2019 | 170 | $74.55 |
| Common Stock | BUY | 11/13/2019 | 57 | $83.94 |
| Common Stock | BUY | 11/20/2019 | 56 | $87.05 |
| Common Stock | BUY | 1/23/2020 | 188 | $98.67 |
| Common Stock | BUY | 1/23/2020 | 72 | $99.64 |
| Common Stock | BUY | 2/4/2020 | 17 | $97.27 |
| Common Stock | BUY | 2/20/2020 | 68 | $93.86 |
| Common Stock | BUY | 3/19/2020 | 758 | $50.91 |
| Common Stock | BUY | 3/31/2020 | 260 | $63.19 |
| Common Stock | BUY | 4/15/2020 | 66 | $70.85 |
| Common Stock | BUY | 4/23/2020 | 65 | $80.72 |
| Common Stock | BUY | 5/13/2020 | 38 | $86.30 |
| Common Stock | BUY | 7/16/2020 | 33 | $46.83 |
| Common Stock | SELL | 6/30/2020 | (333) | $47.91 |

## CERTIFICATION

City of Cape Coral Municipal General Employees' Retirement Plan ("Cape Coral" or "Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.      Plaintiff's Class Period purchase and sale transactions in the Intercept Pharmaceuticals, Inc. securities that are the subject of this action are attached in Schedule A.

4.      Cape Coral has full power and authority to bring suit to recover for the investment losses listed in the attached Schedule A.

5.      Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.      I, Michael Ilczyszyn, Chairman of the Board of Trustees of Cape Coral, am authorized to make legal decisions on its behalf.

7.      Plaintiff intends to actively monitor and vigorously pursue these actions for the benefit of the class.

8.      Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.    Plaintiff has neither served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___4th___ day of December 2020. January, 2021

City of Cape Coral Municipal General Employees' Retirement Plan

By:_____
Michael Ilczyszyn
*Chairman of the Board of Trustees*

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 4/29/2020 | 159 | $84.34 |
| Common Stock | BUY | 4/30/2020 | 169 | $84.26 |
| Common Stock | BUY | 5/6/2020 | 230 | $87.88 |
| Common Stock | BUY | 5/8/2020 | 178 | $87.89 |
| Common Stock | BUY | 5/11/2020 | 156 | $90.34 |
| Common Stock | BUY | 5/12/2020 | 220 | $94.46 |
| Common Stock | BUY | 5/22/2020 | 156 | $78.85 |
| Common Stock | BUY | 6/9/2020 | 185 | $81.24 |