# EXHIBIT B

**Trustees of the Teamsters Union No. 142 Pension Fund**
**LIFO Losses in Intercept Pharmaceuticals, Inc.**
Class Period: 9/28/2019 - 10/7/2020
Retained Shares Valued At                    $32.35

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 1,539 | | | | | | | |
| | | | | | *Sales offsetting opening balance:* | | 0 | | $0.00 |
| Purchase | 10/2/2019 | 190 | $64.53 | $12,261.00 | Sale | 6/30/2020 | 333 | $47.91 | $15,954.03 |
| Purchase | 10/3/2019 | 35 | $65.04 | $2,276.53 | Sale * | 12/29/2020 | 44 | $32.69 | $1,438.48 |
| Purchase | 10/4/2019 | 35 | $63.16 | $2,210.46 | Retained | | 2,635 | $32.35 | $85,249.28 |
| Purchase | 10/7/2019 | 73 | $60.84 | $4,441.41 | | | | | |
| Purchase | 10/8/2019 | 240 | $59.53 | $14,287.99 | | | | | |
| Purchase | 10/15/2019 | 32 | $63.11 | $2,019.45 | | | | | |
| Purchase | 10/22/2019 | 65 | $68.64 | $4,461.61 | | | | | |
| Purchase | 10/29/2019 | 494 | $74.98 | $37,040.12 | | | | | |
| Purchase | 11/5/2019 | 170 | $74.55 | $12,672.91 | | | | | |
| Purchase | 11/13/2019 | 57 | $83.94 | $4,784.53 | | | | | |
| Purchase | 11/20/2019 | 56 | $87.05 | $4,874.54 | | | | | |
| Purchase | 1/23/2020 | 188 | $98.67 | $18,549.32 | | | | | |
| Purchase | 1/23/2020 | 72 | $99.64 | $7,174.20 | | | | | |
| Purchase | 2/4/2020 | 17 | $97.27 | $1,653.66 | | | | | |
| Purchase | 2/20/2020 | 68 | $93.86 | $6,382.24 | | | | | |
| Purchase | 3/19/2020 | 758 | $50.91 | $38,590.69 | | | | | |
| Purchase | 3/31/2020 | 260 | $63.19 | $16,428.39 | | | | | |
| Purchase | 4/15/2020 | 66 | $70.85 | $4,676.07 | | | | | |
| Purchase | 4/23/2020 | 65 | $80.72 | $5,247.12 | | | | | |
| Purchase | 5/13/2020 | 38 | $86.30 | $3,279.51 | | | | | |
| Purchase | 7/16/2020 | 33 | $46.83 | $1,545.35 | | | | | |
| | | 3,012 | | $204,857.10 | | | 3,012 | | $102,641.78 |

*LIFO loss:* ($102,215.32)

*Post-class period sale price adjusted per PSLRA

**City of Cape Coral Municipal General Employees' Retirement Plan**
**LIFO Losses in Intercept Pharmaceuticals, Inc.**
Class Period: 9/28/2019 - 10/7/2020

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/29/2020 | 159 | $84.34 | $13,409.98 | Sale * | 12/28/2020 | 337 | $32.84 | $11,066.84 |
| Purchase | 4/30/2020 | 169 | $84.26 | $14,239.74 | Sale * | 12/28/2020 | 122 | $32.84 | $4,006.39 |
| Purchase | 5/6/2020 | 230 | $87.88 | $20,211.50 | Sale * | 12/29/2020 | 255 | $32.69 | $8,336.62 |
| Purchase | 5/8/2020 | 178 | $87.89 | $15,643.99 | Sale * | 12/30/2020 | 739 | $32.57 | $24,069.36 |
| Purchase | 5/11/2020 | 156 | $90.34 | $14,092.98 | | | | | |
| Purchase | 5/12/2020 | 220 | $94.46 | $20,781.42 | | | | | |
| Purchase | 5/22/2020 | 156 | $78.85 | $12,300.24 | | | | | |
| Purchase | 6/9/2020 | 185 | $81.24 | $15,029.64 | | | | | |
| | | 1,453 | | $125,709.49 | | | 1,453 | | $47,479.21 |

*LIFO loss:* ($78,230.28)

*Post-class period sale price adjusted per PSLRA