**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAKESH CHAUHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI, and SANDIP S. KAPADIA,<br><br>Defendants. | Case No.: 1:21-cv- 00036-LJL<br><br>Hon. Lewis J. Liman |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PAUL SAPAN**
**AND RONY AWAIDA'S MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS**
**AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Paul Sapan and Rony Awaida ("Movants") and proposed Co-Lead Counsel for the Class.

2.     I submit this Declaration, together with the attached exhibits, in support of Movants' motion for appointment as Co-Lead Plaintiffs, and approval of their selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") and Levi & Korsinsky as Co-Lead Counsel for the Class.

3.     Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:     PSLRA Certifications signed by Movants attesting to their transactions of Intercept Pharmaceuticals, Inc. ("Intercept" or the "Company") securities;

Exhibit B:     Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Intercept securities;

1

Exhibit C:    Press Release published November 5, 2020, on *PRNewswire,* announcing the pendency of the securities class action against defendants herein: *Chauhan v. Intercept Pharmaceuticals, Inc., et al.,* Case No. 2:20-cv-05377-SJF;

Exhibit D:    Joint Declaration signed by Movants;

Exhibit E:    Firm Résumé of Levi & Korsinsky, proposed Co-Lead Counsel for the Class; and

Exhibit F:    Firm Résumé of Scott+Scott, proposed Co-Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: January 4, 2021                                  By:  /s/ *Shannon L. Hopkins*
                                                                  Shannon L. Hopkins