# EXHIBIT A

DocuSign Envelope ID: 47E4D3F7-C9C6-4B85-80C5-F174C1EC3726

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Paul Sapan, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

1.      I have reviewed a Complaint against Intercept Pharmaceuticals, Inc. ("Intercept" or the "Company") and authorize the filing of a lead plaintiff motion on my behalf and to file an amended complaint on my behalf.

2.      I did not purchase or acquire Intercept securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities or Exchange Acts.

3.      I am willing to serve as a representative party on behalf of a class of investors who purchased or acquired Intercept securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

4.      To the best of my current knowledge, the attached sheet ("Schedule A") lists all of my transactions in Intercept securities during the Class Period, as specified in the Complaint.

5.      During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

6.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day of _____12/31/2020_____.

DocuSigned by:

*Paul Sapan*

F0B82265D59F4D7...

Paul Sapan

| Case Name | Intercept Pharmaceuticals, Inc. |
|---|---|
| Ticker | ICPT |
| Class Period | 09-28-2019 to 10-07-2020 |

**Client Name**

Paul Sapan

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 10-07-2019 | P | 725 | $ 60.55 |
| 10-25-2019 | S | -100 | $ 73.49 |
| 11-05-2019 | P | 2000 | $ 73.25 |
| 11-05-2019 | P | 2000 | $ 73.00 |
| 11-05-2019 | P | 1000 | $ 71.81 |
| 11-05-2019 | S | -2000 | $ 74.50 |
| 11-05-2019 | S | -3000 | $ 73.75 |
| 12-02-2019 | P | 1000 | $ 107.50 |
| 12-02-2019 | S | -1000 | $ 109.00 |
| 12-05-2019 | S | -25 | $ 119.96 |
| 12-05-2019 | S | -600 | $ 118.22 |
| 12-06-2019 | P | 200 | $ 106.82 |
| 12-09-2019 | P | 1900 | $ 108.23 |
| 12-09-2019 | P | 1000 | $ 110.33 |
| 12-09-2019 | P | 100 | $ 108.21 |
| 12-12-2019 | P | 2000 | $ 115.43 |
| 12-12-2019 | P | 1000 | $ 115.83 |
| 12-12-2019 | S | -3000 | $ 115.90 |
| 12-13-2019 | P | 3000 | $ 113.92 |
| 12-13-2019 | P | 1000 | $ 112.51 |
| 12-13-2019 | P | 1000 | $ 112.50 |
| 12-13-2019 | S | -5000 | $ 114.60 |
| 12-19-2019 | P | 1800 | $ 117.13 |
| 12-19-2019 | P | 1110 | $ 117.15 |
| 12-19-2019 | P | 90 | $ 117.14 |
| 12-19-2019 | S | -3000 | $ 118.15 |
| 12-23-2019 | S | -300 | $ 122.31 |
| 12-23-2019 | S | -460 | $ 122.36 |
| 12-23-2019 | S | -2240 | $ 122.31 |
| 01-02-2020 | P | 2000 | $ 117.99 |
| 01-02-2020 | P | 1000 | $ 117.18 |
| 01-02-2020 | S | -3000 | $ 118.72 |
| 01-13-2020 | P | 2100 | $ 106.70 |
| 01-13-2020 | P | 1000 | $ 106.89 |
| 01-13-2020 | P | 1000 | $ 106.78 |
| 01-13-2020 | P | 900 | $ 108.90 |
| 01-13-2020 | P | 750 | $ 106.67 |
| 01-13-2020 | P | 150 | $ 106.68 |
| 01-13-2020 | P | 100 | $ 108.68 |
| 01-14-2020 | S | -2000 | $ 111.38 |
| 01-17-2020 | P | 1400 | $ 106.63 |
| 01-17-2020 | P | 400 | $ 106.62 |
| 01-17-2020 | P | 306 | $ 106.37 |
| 01-17-2020 | P | 294 | $ 106.43 |

| 01-17-2020 | P | 200 | $ 106.62 |
| 01-17-2020 | P | 200 | $ 106.42 |
| 01-17-2020 | P | 100 | $ 106.41 |
| 01-17-2020 | P | 100 | $ 106.36 |
| 01-21-2020 | P | 3000 | $ 103.69 |
| 01-21-2020 | S | -3000 | $ 105.00 |
| 01-23-2020 | P | 2700 | $ 97.69 |
| 01-23-2020 | P | 2000 | $ 97.50 |
| 01-23-2020 | P | 700 | $ 96.65 |
| 01-23-2020 | S | -5400 | $ 98.25 |
| 01-24-2020 | P | 3000 | $ 97.54 |
| 01-24-2020 | P | 2500 | $ 97.92 |
| 01-24-2020 | P | 2000 | $ 97.70 |
| 01-24-2020 | P | 1500 | $ 97.47 |
| 01-24-2020 | S | -4000 | $ 98.50 |
| 01-31-2020 | S | -400 | $ 92.52 |
| 01-31-2020 | S | -2000 | $ 92.50 |
| 02-05-2020 | S | -1600 | $ 99.01 |
| 02-06-2020 | S | -300 | $ 97.50 |
| 02-13-2020 | P | 3000 | $ 94.84 |
| 02-13-2020 | P | 2900 | $ 94.17 |
| 02-13-2020 | P | 50 | $ 94.11 |
| 02-13-2020 | P | 32 | $ 94.16 |
| 02-13-2020 | P | 18 | $ 94.12 |
| 02-13-2020 | S | -6000 | $ 95.20 |
| 02-14-2020 | P | 2000 | $ 93.26 |
| 02-14-2020 | S | -300 | $ 94.93 |
| 02-14-2020 | S | -2700 | $ 94.35 |
| 02-24-2020 | P | 3000 | $ 90.49 |
| 02-24-2020 | P | 2000 | $ 89.83 |
| 02-24-2020 | P | 1300 | $ 91.25 |
| 02-24-2020 | S | -3 | $ 91.25 |
| 02-24-2020 | S | -1297 | $ 91.14 |
| 02-24-2020 | S | -2000 | $ 91.00 |
| 03-09-2020 | P | 1913 | $ 84.85 |
| 03-09-2020 | P | 87 | $ 84.00 |
| 03-09-2020 | S | -2000 | $ 88.59 |
| 03-23-2020 | S | -4000 | $ 50.72 |
| 04-01-2020 | P | 2500 | $ 60.10 |
| 04-07-2020 | S | -1000 | $ 67.00 |
| 04-16-2020 | S | -15 | $ 75.25 |
| 04-16-2020 | S | -20 | $ 75.23 |
| 04-16-2020 | S | -100 | $ 75.09 |
| 04-16-2020 | S | -100 | $ 75.05 |
| 04-16-2020 | S | -100 | $ 75.29 |
| 04-16-2020 | S | -130 | $ 75.10 |
| 04-16-2020 | S | -300 | $ 75.27 |
| 04-16-2020 | S | -400 | $ 75.28 |
| 04-16-2020 | S | -410 | $ 75.03 |
| 04-16-2020 | S | -510 | $ 75.26 |
| 04-16-2020 | S | -600 | $ 75.04 |
| 04-16-2020 | S | -2200 | $ 75.43 |
| 04-16-2020 | S | -2315 | $ 75.02 |
| 05-01-2020 | P | 3000 | $ 77.54 |
| 05-01-2020 | P | 2248 | $ 77.35 |

| | | | |
|---|---|---|---|
| 05-01-2020 | P | 300 | $ 77.35 |
| 05-01-2020 | P | 275 | $ 77.34 |
| 05-01-2020 | P | 100 | $ 77.33 |
| 05-01-2020 | P | 75 | $ 77.34 |
| 05-01-2020 | P | 2 | $ 77.32 |
| 05-06-2020 | S | -6000 | $ 88.20 |
| 05-07-2020 | P | 6000 | $ 85.00 |
| 06-02-2020 | P | 400 | $ 75.22 |
| 06-02-2020 | P | 400 | $ 75.19 |
| 06-02-2020 | S | -10 | $ 75.25 |
| 06-02-2020 | S | -25 | $ 75.28 |
| 06-02-2020 | S | -200 | $ 75.26 |
| 06-02-2020 | S | -200 | $ 75.19 |
| 06-02-2020 | S | -200 | $ 75.30 |
| 06-02-2020 | S | -300 | $ 75.27 |
| 06-02-2020 | S | -300 | $ 75.28 |

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, RONY AWAIDA , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Intercept Pharmaceuticals, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this December 29,2020 .

Name: RONY AWAIDA

Signed:

| Case Name | Intercept Pharmaceuticals, Inc. |
|---|---|
| Ticker | ICPT |
| Class Period | 09-28-2019 to 10-07-2020 |

**Client Name**

Rony Awaida

Stock

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 01-17-2020 | P | 5000 | $ 108.40 |

Options

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Security |
|---|---|---|---|---|
| 11/15/2019 | Buy to Open | 75 | ICPT Call (Jan 15 '21) ($80) | $22.65 |
| 1/17/2020 | Sell to Open | -29 | ICPT Call (Mar 20 '20) ($120) | $6.00 |
| 1/21/2020 | Sell to Open | -21 | ICPT Call (Mar 20 '20)  ($110) | $6.50 |
| 5/18/2020 | Buy to Open | 50 | ICPT Call (Jan 15 '21)  ($75) | $27.00 |