# EXHIBIT B

| Client Name | Paul Sapan |
|---|---|
| Company Name | Intercept Pharmaceuticals, Inc. |
| Ticker Symbol | ICPT |
| Security Type | |
| Class Period Start | 09-28-2019 |
| Class Period End | 10-07-2020 |
| 90-DAY Lookback Period Start | 10-08-2020 |
| 90-DAY Lookback Period End | 01-03-2021 |
| 90-DAY Lookback Average | $ 32.26 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $456,400.87 |
| Gross Shares Purchased | 81,925.00 |
| Net Shares Retained | 5,765.00 |
| Net Funds Expended | $ 642,377.88 |

**Paul Sapan**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 10-07-2019 | 100 | 60.55 | $ 6,055.00 | 10-25-2019 | 100 | | $ 73.49 | $ 7,349.00 | - | - | - | $ 32.26 | | -$ 1,294.00 |
| 10-07-2019 | 25 | 60.55 | $ 1,513.75 | 12-05-2019 | 25 | | $ 119.96 | $ 2,999.00 | - | - | - | $ 32.26 | | -$ 1,485.25 |
| 10-07-2019 | 600 | 60.55 | $ 36,330.00 | 12-05-2019 | 600 | | $ 118.22 | $ 70,932.00 | - | - | - | $ 32.26 | | -$ 34,602.00 |
| 11-05-2019 | 2000 | 73.25 | $ 146,500.00 | 11-05-2019 | 2000 | | $ 73.75 | $ 147,500.00 | - | - | - | $ 32.26 | | -$ 1,000.00 |
| 11-05-2019 | 1000 | 73 | $ 73,000.00 | 11-05-2019 | 1000 | | $ 74.50 | $ 74,500.00 | - | - | - | $ 32.26 | | -$ 1,500.00 |
| 11-05-2019 | 1000 | 73 | $ 73,000.00 | 11-05-2019 | 1000 | | $ 73.75 | $ 73,750.00 | - | - | - | $ 32.26 | | -$ 750.00 |
| 11-05-2019 | 1000 | 71.81 | $ 71,810.00 | 11-05-2019 | 1000 | | $ 74.50 | $ 74,500.00 | - | - | - | $ 32.26 | | -$ 2,690.00 |
| 12-02-2019 | 1000 | 107.5 | $ 107,500.00 | 12-02-2019 | 1000 | | $ 109.00 | $ 109,000.00 | - | - | - | $ 32.26 | | -$ 1,500.00 |
| 12-06-2019 | 200 | 106.82 | $ 21,364.00 | | | | | | - | 200 | 200 | $ 32.26 | $ 6,451.93 | $ 14,912.07 |
| 12-09-2019 | 1900 | 108.23 | $ 205,637.00 | 12-23-2019 | 1900 | | $ 122.31 | $ 232,389.00 | - | - | - | $ 32.26 | | -$ 26,752.00 |
| 12-09-2019 | 200 | 110.33 | $ 22,066.00 | 12-23-2019 | 200 | | $ 122.31 | $ 24,462.00 | - | - | - | $ 32.26 | | -$ 2,396.00 |
| 12-09-2019 | 460 | 110.33 | $ 50,751.80 | 12-23-2019 | 460 | | $ 122.36 | $ 56,285.60 | - | - | - | $ 32.26 | | -$ 5,533.80 |
| 12-09-2019 | 340 | 110.33 | $ 37,512.20 | 12-23-2019 | 340 | | $ 122.31 | $ 41,585.40 | - | - | - | $ 32.26 | | -$ 4,073.20 |
| 12-09-2019 | 100 | 108.21 | $ 10,821.00 | 12-23-2019 | 100 | | $ 122.31 | $ 12,231.00 | - | - | - | $ 32.26 | | -$ 1,410.00 |
| 12-12-2019 | 2000 | 115.43 | $ 230,860.00 | 12-12-2019 | 2000 | | $ 115.90 | $ 231,800.00 | - | - | - | $ 32.26 | | -$ 940.00 |
| 12-12-2019 | 1000 | 115.83 | $ 115,830.00 | 12-12-2019 | 1000 | | $ 115.90 | $ 115,900.00 | - | - | - | $ 32.26 | | -$ 70.00 |
| 12-13-2019 | 3000 | 113.92 | $ 341,760.00 | 12-13-2019 | 3000 | | $ 114.60 | $ 343,800.00 | - | - | - | $ 32.26 | | -$ 2,040.00 |
| 12-13-2019 | 1000 | 112.51 | $ 112,510.00 | 12-13-2019 | 1000 | | $ 114.60 | $ 114,600.00 | - | - | - | $ 32.26 | | -$ 2,090.00 |
| 12-13-2019 | 1000 | 112.5 | $ 112,500.00 | 12-13-2019 | 1000 | | $ 114.60 | $ 114,600.00 | - | - | - | $ 32.26 | | -$ 2,100.00 |
| 12-19-2019 | 1800 | 117.13 | $ 210,834.00 | 12-19-2019 | 1800 | | $ 118.15 | $ 212,670.00 | - | - | - | $ 32.26 | | -$ 1,836.00 |
| 12-19-2019 | 1110 | 117.15 | $ 130,036.50 | 12-19-2019 | 1110 | | $ 118.15 | $ 131,146.50 | - | - | - | $ 32.26 | | -$ 1,110.00 |
| 12-19-2019 | 90 | 117.14 | $ 10,542.60 | 12-19-2019 | 90 | | $ 118.15 | $ 10,633.50 | - | - | - | $ 32.26 | | -$ 90.90 |
| 01-02-2020 | 2000 | 117.99 | $ 235,980.00 | 01-02-2020 | 2000 | | $ 118.72 | $ 237,440.00 | - | - | - | $ 32.26 | | -$ 1,460.00 |
| 01-02-2020 | 1000 | 117.18 | $ 117,180.00 | 01-02-2020 | 1000 | | $ 118.72 | $ 118,720.00 | - | - | - | $ 32.26 | | -$ 1,540.00 |
| 01-13-2020 | 2100 | 106.7 | $ 224,070.00 | 04-16-2020 | 2100 | | $ 75.02 | $ 157,542.00 | - | - | - | $ 32.26 | | $ 66,528.00 |
| 01-13-2020 | 785 | 106.89 | $ 83,908.65 | 04-16-2020 | 785 | | $ 75.43 | $ 59,212.55 | - | - | - | $ 32.26 | | $ 24,696.10 |
| 01-13-2020 | 215 | 106.89 | $ 22,981.35 | 04-16-2020 | 215 | | $ 75.02 | $ 16,129.30 | - | - | - | $ 32.26 | | $ 6,852.05 |
| 01-13-2020 | 100 | 106.78 | $ 10,678.00 | 01-14-2020 | 100 | | $ 111.38 | $ 11,138.00 | - | - | - | $ 32.26 | | -$ 460.00 |
| 01-13-2020 | 900 | 106.78 | $ 96,102.00 | 04-16-2020 | 900 | | $ 75.43 | $ 67,887.00 | - | - | - | $ 32.26 | | $ 28,215.00 |
| 01-13-2020 | 900 | 108.9 | $ 98,010.00 | 01-14-2020 | 900 | | $ 111.38 | $ 100,242.00 | - | - | - | $ 32.26 | | -$ 2,232.00 |
| 01-13-2020 | 750 | 106.67 | $ 80,002.50 | 01-14-2020 | 750 | | $ 111.38 | $ 83,535.00 | - | - | - | $ 32.26 | | -$ 3,532.50 |
| 01-13-2020 | 150 | 106.68 | $ 16,002.00 | 01-14-2020 | 150 | | $ 111.38 | $ 16,707.00 | - | - | - | $ 32.26 | | -$ 705.00 |
| 01-13-2020 | 100 | 108.68 | $ 10,868.00 | 01-14-2020 | 100 | | $ 111.38 | $ 11,138.00 | - | - | - | $ 32.26 | | -$ 270.00 |
| 01-17-2020 | 285 | 106.63 | $ 30,389.55 | 04-16-2020 | 285 | | $ 75.26 | $ 21,449.10 | - | - | - | $ 32.26 | | $ 8,940.45 |
| 01-17-2020 | 600 | 106.63 | $ 63,978.00 | 04-16-2020 | 600 | | $ 75.04 | $ 45,024.00 | - | - | - | $ 32.26 | | $ 18,954.00 |
| 01-17-2020 | 515 | 106.63 | $ 54,914.45 | 04-16-2020 | 515 | | $ 75.43 | $ 38,846.45 | - | - | - | $ 32.26 | | $ 16,068.00 |
| 01-17-2020 | 100 | 106.62 | $ 10,662.00 | 03-23-2020 | 100 | | $ 50.72 | $ 5,072.00 | - | - | - | $ 32.26 | | $ 5,590.00 |
| 01-17-2020 | 75 | 106.62 | $ 7,996.50 | 04-16-2020 | 75 | | $ 75.03 | $ 5,627.25 | - | - | - | $ 32.26 | | $ 2,369.25 |
| 01-17-2020 | 225 | 106.62 | $ 23,989.50 | 04-16-2020 | 225 | | $ 75.26 | $ 16,933.50 | - | - | - | $ 32.26 | | $ 7,056.00 |
| 01-17-2020 | 306 | 106.37 | $ 32,549.22 | 03-23-2020 | 306 | | $ 50.72 | $ 15,520.32 | - | - | - | $ 32.26 | | $ 17,028.90 |
| 01-17-2020 | 294 | 106.43 | $ 31,290.42 | 03-23-2020 | 294 | | $ 50.72 | $ 14,911.68 | - | - | - | $ 32.26 | | $ 16,378.74 |
| 01-17-2020 | 200 | 106.62 | $ 21,324.00 | 03-23-2020 | 200 | | $ 50.72 | $ 10,144.00 | - | - | - | $ 32.26 | | $ 11,180.00 |
| 01-17-2020 | 100 | 106.42 | $ 10,642.00 | 02-14-2020 | 100 | | $ 94.35 | $ 9,435.00 | - | - | - | $ 32.26 | | $ 1,207.00 |
| 01-17-2020 | 100 | 106.42 | $ 10,642.00 | 03-23-2020 | 100 | | $ 50.72 | $ 5,072.00 | - | - | - | $ 32.26 | | $ 5,570.00 |
| 01-17-2020 | 100 | 106.41 | $ 10,641.00 | 02-14-2020 | 100 | | $ 94.35 | $ 9,435.00 | - | - | - | $ 32.26 | | $ 1,206.00 |
| 01-17-2020 | 100 | 106.36 | $ 10,636.00 | 02-14-2020 | 100 | | $ 94.35 | $ 9,435.00 | - | - | - | $ 32.26 | | $ 1,201.00 |
| 01-21-2020 | 3000 | 103.69 | $ 311,070.00 | 01-21-2020 | 3000 | | $ 105.00 | $ 315,000.00 | - | - | - | $ 32.26 | | -$ 3,930.00 |
| 01-23-2020 | 2700 | 97.69 | $ 263,763.00 | 01-23-2020 | 2700 | | $ 98.25 | $ 265,275.00 | - | - | - | $ 32.26 | | -$ 1,512.00 |
| 01-23-2020 | 2000 | 97.5 | $ 195,000.00 | 01-23-2020 | 2000 | | $ 98.25 | $ 196,500.00 | - | - | - | $ 32.26 | | -$ 1,500.00 |
| 01-23-2020 | 700 | 96.65 | $ 67,655.00 | 01-23-2020 | 700 | | $ 98.25 | $ 68,775.00 | - | - | - | $ 32.26 | | -$ 1,120.00 |
| 01-24-2020 | 400 | 97.54 | $ 39,016.00 | 01-31-2020 | 400 | | $ 92.50 | $ 37,000.00 | - | - | - | $ 32.26 | | $ 2,016.00 |

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-24-2020 | 1600 | 97.54 | $156,064.00 | 02-05-2020 | 1600 | | $99.01 | $158,416.00 | - | - | - | $32.26 | | -$2,352.00 |
| 01-24-2020 | 300 | 97.54 | $29,262.00 | 02-06-2020 | 300 | | $97.50 | $29,250.00 | - | - | - | $32.26 | | $12.00 |
| 01-24-2020 | 700 | 97.54 | $68,278.00 | 02-14-2020 | 700 | | $94.35 | $66,045.00 | - | - | - | $32.26 | | $2,233.00 |
| 01-24-2020 | 500 | 97.92 | $48,960.00 | 01-24-2020 | 500 | | $98.50 | $49,250.00 | - | - | - | $32.26 | | -$290.00 |
| 01-24-2020 | 400 | 97.92 | $39,168.00 | 01-31-2020 | 400 | | $92.52 | $37,008.00 | - | - | - | $32.26 | | $2,160.00 |
| 01-24-2020 | 1600 | 97.92 | $156,672.00 | 01-31-2020 | 1600 | | $92.50 | $148,000.00 | - | - | - | $32.26 | | $8,672.00 |
| 01-24-2020 | 2000 | 97.7 | $195,400.00 | 01-24-2020 | 2000 | | $98.50 | $197,000.00 | - | - | - | $32.26 | | -$1,600.00 |
| 01-24-2020 | 1500 | 97.47 | $146,205.00 | 01-24-2020 | 1500 | | $98.50 | $147,750.00 | - | - | - | $32.26 | | -$1,545.00 |
| 02-13-2020 | 3000 | 94.84 | $284,520.00 | 02-13-2020 | 3000 | | $95.20 | $285,600.00 | - | - | - | $32.26 | | -$1,080.00 |
| 02-13-2020 | 2900 | 94.17 | $273,093.00 | 02-13-2020 | 2900 | | $95.20 | $276,080.00 | - | - | - | $32.26 | | -$2,987.00 |
| 02-13-2020 | 50 | 94.11 | $4,705.50 | 02-13-2020 | 50 | | $95.20 | $4,760.00 | - | - | - | $32.26 | | -$54.50 |
| 02-13-2020 | 32 | 94.16 | $3,013.12 | 02-13-2020 | 32 | | $95.20 | $3,046.40 | - | - | - | $32.26 | | -$33.28 |
| 02-13-2020 | 18 | 94.12 | $1,694.16 | 02-13-2020 | 18 | | $95.20 | $1,713.60 | - | - | - | $32.26 | | -$19.44 |
| 02-14-2020 | 300 | 93.26 | $27,978.00 | 02-14-2020 | 300 | | $94.93 | $28,479.00 | - | - | - | $32.26 | | -$501.00 |
| 02-14-2020 | 1700 | 93.26 | $158,542.00 | 02-14-2020 | 1700 | | $94.35 | $160,395.00 | - | - | - | $32.26 | | -$1,853.00 |
| 02-24-2020 | 3000 | 90.49 | $271,470.00 | 03-23-2020 | 3000 | | $50.72 | $152,160.00 | - | - | - | $32.26 | | $119,310.00 |
| 02-24-2020 | 2000 | 89.83 | $179,660.00 | 02-24-2020 | 2000 | | $91.00 | $182,000.00 | - | - | - | $32.26 | | -$2,340.00 |
| 02-24-2020 | 3 | 91.25 | $273.75 | 02-24-2020 | 3 | | $91.25 | $273.75 | - | - | - | $32.26 | | |
| 02-24-2020 | 1297 | 91.25 | $118,351.25 | 02-24-2020 | 1297 | | $91.14 | $118,208.58 | - | - | - | $32.26 | | $142.67 |
| 03-09-2020 | 1913 | 84.85 | $162,318.05 | 03-09-2020 | 1913 | | $88.59 | $169,472.67 | - | - | - | $32.26 | | -$7,154.62 |
| 03-09-2020 | 87 | 84 | $7,308.00 | 03-09-2020 | 87 | | $88.59 | $7,707.33 | - | - | - | $32.26 | | -$399.33 |
| 04-01-2020 | 1000 | 60.1 | $60,100.00 | 04-07-2020 | 1000 | | $67.00 | $67,000.00 | - | - | - | $32.26 | | -$6,900.00 |
| 04-01-2020 | 15 | 60.1 | $901.50 | 04-16-2020 | 15 | | $75.25 | $1,128.75 | - | - | - | $32.26 | | -$227.25 |
| 04-01-2020 | 20 | 60.1 | $1,202.00 | 04-16-2020 | 20 | | $75.23 | $1,504.60 | - | - | - | $32.26 | | -$302.60 |
| 04-01-2020 | 100 | 60.1 | $6,010.00 | 04-16-2020 | 100 | | $75.09 | $7,509.00 | - | - | - | $32.26 | | -$1,499.00 |
| 04-01-2020 | 100 | 60.1 | $6,010.00 | 04-16-2020 | 100 | | $75.05 | $7,505.00 | - | - | - | $32.26 | | -$1,495.00 |
| 04-01-2020 | 100 | 60.1 | $6,010.00 | 04-16-2020 | 100 | | $75.29 | $7,529.00 | - | - | - | $32.26 | | -$1,519.00 |
| 04-01-2020 | 130 | 60.1 | $7,813.00 | 04-16-2020 | 130 | | $75.10 | $9,763.00 | - | - | - | $32.26 | | -$1,950.00 |
| 04-01-2020 | 300 | 60.1 | $18,030.00 | 04-16-2020 | 300 | | $75.27 | $22,581.00 | - | - | - | $32.26 | | -$4,551.00 |
| 04-01-2020 | 400 | 60.1 | $24,040.00 | 04-16-2020 | 400 | | $75.28 | $30,112.00 | - | - | - | $32.26 | | -$6,072.00 |
| 04-01-2020 | 335 | 60.1 | $20,133.50 | 04-16-2020 | 335 | | $75.03 | $25,135.05 | - | - | - | $32.26 | | -$5,001.55 |
| 05-01-2020 | 3000 | 77.54 | $232,620.00 | 05-06-2020 | 3000 | | $88.20 | $264,600.00 | - | - | - | $32.26 | | -$31,980.00 |
| 05-01-2020 | 2248 | 77.35 | $173,882.80 | 05-06-2020 | 2248 | | $88.20 | $198,273.60 | - | - | - | $32.26 | | -$24,390.80 |
| 05-01-2020 | 300 | 77.35 | $23,205.00 | 05-06-2020 | 300 | | $88.20 | $26,460.00 | - | - | - | $32.26 | | -$3,255.00 |
| 05-01-2020 | 275 | 77.34 | $21,268.50 | 05-06-2020 | 275 | | $88.20 | $24,255.00 | - | - | - | $32.26 | | -$2,986.50 |
| 05-01-2020 | 100 | 77.33 | $7,733.00 | 05-06-2020 | 100 | | $88.20 | $8,820.00 | - | - | - | $32.26 | | -$1,087.00 |
| 05-01-2020 | 75 | 77.34 | $5,800.50 | 05-06-2020 | 75 | | $88.20 | $6,615.00 | - | - | - | $32.26 | | -$814.50 |
| 05-01-2020 | 2 | 77.32 | $154.64 | 05-06-2020 | 2 | | $88.20 | $176.40 | - | - | - | $32.26 | | -$21.76 |
| 05-07-2020 | 135 | 85 | $11,475.00 | 06-02-2020 | 135 | | $75.27 | $10,161.45 | - | - | - | $32.26 | | $1,313.55 |
| 05-07-2020 | 300 | 85 | $25,500.00 | 06-02-2020 | 300 | | $75.28 | $22,584.00 | - | - | - | $32.26 | | $2,916.00 |
| 05-07-2020 | 5565 | 85 | $473,025.00 | | | | | | - | 5565 | 5565 | $32.26 | $179,525.08 | $293,499.92 |
| 06-02-2020 | 35 | 75.22 | $2,632.70 | 06-02-2020 | 35 | | $75.19 | $2,631.65 | - | - | - | $32.26 | | $01.05 |
| 06-02-2020 | 200 | 75.22 | $15,044.00 | 06-02-2020 | 200 | | $75.30 | $15,060.00 | - | - | - | $32.26 | | -$16.00 |
| 06-02-2020 | 165 | 75.22 | $12,411.30 | 06-02-2020 | 165 | | $75.27 | $12,419.55 | - | - | - | $32.26 | | -$08.25 |
| 06-02-2020 | 10 | 75.19 | $751.90 | 06-02-2020 | 10 | | $75.25 | $752.50 | - | - | - | $32.26 | | -$00.60 |
| 06-02-2020 | 25 | 75.19 | $1,879.75 | 06-02-2020 | 25 | | $75.28 | $1,882.00 | - | - | - | $32.26 | | -$02.25 |
| 06-02-2020 | 200 | 75.19 | $15,038.00 | 06-02-2020 | 200 | | $75.26 | $15,052.00 | - | - | - | $32.26 | | -$14.00 |
| 06-02-2020 | 165 | 75.19 | $12,406.35 | 06-02-2020 | 165 | | $75.19 | $12,406.35 | - | - | - | $32.26 | | |
| **Total:** | **81,925.00** | | **$7,838,689.26** | | **76,160.00** | | | **$7,196,311.38** | | **5,765.00** | **5,765.00** | | **$185,977.01** | **$456,400.87** |

| Client Name | Rony Awaida |
|---|---|
| Company Name | Intercept Pharmaceuticals, Inc. |
| Ticker Symbol | ICPT |
| Security Type | |
| Class Period Start | 09-28-2019 |
| Class Period End | 10-07-2020 |
| 90-DAY Lookback Period Start | 10-08-2020 |
| 90-DAY Lookback Period End | 01-03-2021 |
| 90-DAY Lookback Average | $ 32.26 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $361,850.00 |
| Gross Shares Purchased | 5,000.00 |
| Net Shares Retained | 5,000.00 |
| Net Funds Expended | $ 542,000.00 |

**Rony Awaida**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | | LIFO |
| 01-17-2020 | 1200 | 108.4 | $130,080.00 | 10-12-2020 | | 1200 | $36.03 | | $43,236.00 | 1200 | - | $32.26 | | | $86,844.00 |
| 01-17-2020 | 500 | 108.4 | $54,200.00 | 10-12-2020 | | 500 | $36.03 | | $18,015.00 | 500 | - | $32.26 | | | $36,185.00 |

| Date | Shares | Price | Cost | Date | Shares | Price | Value | Shares | | Price | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-17-2020 | 1750 | 108.4 | $189,700.00 | 10-12-2020 | 1750 | $36.03 | $63,052.50 | 1750 | - | $32.26 | $126,647.50 |
| 01-17-2020 | 50 | 108.4 | $5,420.00 | 10-12-2020 | 50 | $36.03 | $1,801.50 | 50 | - | $32.26 | $3,618.50 |
| 01-17-2020 | 200 | 108.4 | $21,680.00 | 10-12-2020 | 200 | $36.03 | $7,206.00 | 200 | - | $32.26 | $14,474.00 |
| 01-17-2020 | 1300 | 108.4 | $140,920.00 | 10-12-2020 | 1300 | $36.03 | $46,839.00 | 1300 | - | $32.26 | $94,081.00 |
| **Total:** | **5,000.00** | | **$542,000.00** | | **5000** | | **$180150** | **5,000.00** | | | **$361,850.00** |

***Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)***

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

**Rony Awaida**
**Transactions in INTERCEPT PHARMACEUTICALS, INC. -ICPT**
**Class Period: 9/28/2019 and 10/07/2020, inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | | | | | |
|---|---|---|---|---|---|
| | | | LIFO Losses/(Gain) Options | | $270,625.00 |

| Date of Transaction | | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| | 1/21/2020 | SO | -21 | ICPT Mar 20 '20 $110 Call | 6.5 | ($13,650.00) |
| | 3/20/2020 | *Expiration* | 21 | ICPT Mar 20 '20 $110 Call | 0.00 | $0.00 |

| Date of Transaction | | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| | 1/17/2020 | SO | -29 | ICPT Mar 20 '20 $120 Call | 6 | ($17,400.00) |
| | 3/20/2020 | *Expiration* | 29 | ICPT Mar 20 '20 $120 Call | 0.00 | $0.00 |

| Date of Transaction | | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| | 5/18/2020 | BO | 50 | ICPT Jan 15 '21 $75 Call | $27.00 | $135,000.00 |
| | | *After CP* | | | | |
| | 10/12/2020 | SC | -50 | ICPT Jan 15 '21 $75 Call | $0.49 | ($2,450.00) |

| Date of Transaction | | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| | 11/15/2019 | BO | 75 | ICPT Jan 15 '21 $80 Call | $22.65 | $169,875.00 |
| | | *After CP* | | | | |
| | 10/12/2020 | SC | -75 | ICPT Jan 15 '21 $80 Call | $0.10 | ($750.00) |

| Paul Sapan & Rony Awaida Total Summary of Financial Interest | |
|---|---|
| Paul Sapan LIFO Loss | $456,400.87 |
| Rony Awaida LIFO Loss (stocks) | $361,850.00 |
| Rony Awaida LIFO Loss (options) | $270,625.00 |
| **LIFO Loss Total** | **$1,088,875.87** |