UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAKESH CHAUHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI, and SANDIP S. KAPADIA,<br><br>Defendants. | Case No.  1:21-cv-00036-LJL |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
PAUL WELLER FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Paul Weller ("Weller"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Weller's motion for appointment as Lead Plaintiff for the Class and approval of Weller's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of Weller in this litigation;

Exhibit B:    Press release announcing the pendency of the above-captioned action;

Exhibit C:    Shareholder Certification executed by Weller;

Exhibit D:    Declaration executed by Weller; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 4, 2021 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1