# EXHIBIT A

**Intercept Pharmaceuticals, Inc. (ICPT)**
**Class Period: September 28, 2019 to October 7, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 85-Day Mean Price $32.4368 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PreClass | 700 | | | | | | |
| Weller, Paul | 11/5/2019 | 50 | $74.0000 | ($3,700) | 12/5/2019 | (200) | $119.5000 | $23,900 | | | | |
| Weller, Paul | 12/6/2019 | 50 | $108.0000 | ($5,400) | 12/16/2019 | (150) | $119.9000 | $17,985 | | | | |
| Weller, Paul | 12/6/2019 | 100 | $110.0000 | ($11,000) | 12/17/2019 | (50) | $120.1450 | $6,007 | | | | |
| Weller, Paul | 1/2/2020 | 50 | $116.0000 | ($5,800) | 12/26/2019 | (50) | $125.0000 | $6,250 | | | | |
| Weller, Paul | 1/2/2020 | 50 | $117.0000 | ($5,850) | 3/4/2020 | (200) | $95.0000 | $19,000 | | | | |
| Weller, Paul | 1/2/2020 | 50 | $117.5000 | ($5,875) | 3/13/2020 | (200) | $70.7566 | $14,151 | | | | |
| Weller, Paul | 1/2/2020 | 100 | $118.0000 | ($11,800) | 5/6/2020 | (50) | $88.5000 | $4,425 | | | | |
| Weller, Paul | 1/3/2020 | 50 | $115.7500 | ($5,788) | 5/6/2020 | (50) | $88.1500 | $4,408 | | | | |
| Weller, Paul | 1/6/2020 | 50 | $113.7500 | ($5,688) | 5/6/2020 | (25) | $91.2500 | $2,281 | | | | |
| Weller, Paul | 1/13/2020 | 100 | $108.0000 | ($10,800) | 5/6/2020 | (25) | $89.0000 | $2,225 | | | | |
| Weller, Paul | 1/13/2020 | 100 | $113.0000 | ($11,300) | | | | | | | | |
| Weller, Paul | 1/22/2020 | 50 | $100.0000 | ($5,000) | | | | | | | | |
| Weller, Paul | 1/24/2020 | 75 | $96.0000 | ($7,200) | | | | | | | | |
| Weller, Paul | 1/27/2020 | 25 | $93.0000 | ($2,325) | | | | | | | | |
| Weller, Paul | 1/27/2020 | 25 | $95.0000 | ($2,375) | | | | | | | | |
| Weller, Paul | 2/11/2020 | 50 | $95.0000 | ($4,750) | | | | | | | | |
| Weller, Paul | 2/24/2020 | 50 | $89.6000 | ($4,480) | | | | | | | | |
| Weller, Paul | 2/24/2020 | 150 | $89.7000 | ($13,455) | | | | | | | | |
| Weller, Paul | 2/24/2020 | 175 | $90.0000 | ($15,750) | | | | | | | | |
| Weller, Paul | 2/25/2020 | 50 | $87.0000 | ($4,350) | | | | | | | | |
| Weller, Paul | 2/25/2020 | 50 | $88.0000 | ($4,400) | | | | | | | | |
| Weller, Paul | 3/5/2020 | 200 | $92.0000 | ($18,400) | | | | | | | | |
| Weller, Paul | 3/11/2020 | 100 | $80.0000 | ($8,000) | | | | | | | | |
| Weller, Paul | 3/11/2020 | 100 | $82.2500 | ($8,225) | | | | | | | | |
| Weller, Paul | 3/16/2020 | 25 | $60.0000 | ($1,500) | | | | | | | | |
| Weller, Paul | 3/16/2020 | 50 | $57.0000 | ($2,850) | | | | | | | | |
| Weller, Paul | 3/16/2020 | 50 | $60.0000 | ($3,000) | | | | | | | | |
| Weller, Paul | 4/2/2020 | 25 | $58.0000 | ($1,450) | | | | | | | | |
| Weller, Paul | 4/21/2020 | 150 | $81.0000 | ($12,150) | | | | | | | | |
| Weller, Paul | 5/1/2020 | 50 | $76.9000 | ($3,845) | | | | | | | | |
| Weller, Paul | 5/7/2020 | 25 | $85.0000 | ($2,125) | | | | | | | | |
| Weller, Paul | 5/22/2020 | 75 | $82.0000 | ($6,150) | | | | | | | | |
| Weller, Paul | 5/22/2020 | 100 | $76.5000 | ($7,650) | | | | | | | | |
| Weller, Paul | 9/1/2020 | 100 | $44.4000 | ($4,440) | | | | | | | | |
| **Weller, Paul** | | **2,500** | | **($226,870)** | | **(1,000)** | | **$100,632** | **2,200** | **$71,361** | **($131,557)** | **($99,656)** |

*Avg Closing Prices from October 8 through December 31, 2020