# EXHIBIT C

Movant's Purchases and Losses                     Case 1:21-cv-00036-LJL     Document 31-3     Filed 01/04/21     Page 2 of 2          Intercept Pharmaceuticals (Q4 2020)

Class Period: 09/28/2019 - 10/07/2020

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Fort Lauderdale Police & Firefighters'** | | | | | | | | | |
| **Retirement System** | 06/22/2020 | 108 | $76.42 | $8,253.77 | 07/22/2020 | 2 | $47.71 | $95.42 | |
| | 06/22/2020 | 280 | $78.46 | $21,968.72 | 07/22/2020 | 12 | $47.76 | $573.10 | |
| | 06/23/2020 | 136 | $81.97 | $11,148.02 | 07/22/2020 | 616 | $46.87 | $28,870.63 | |
| | 06/23/2020 | 221 | $82.29 | $18,185.87 | 07/23/2020 | 2 | $45.83 | $91.66 | |
| | 06/24/2020 | 467 | $78.81 | $36,805.06 | 07/23/2020 | 46 | $45.90 | $2,111.45 | |
| | 06/24/2020 | 511 | $79.18 | $40,460.67 | 07/23/2020 | 739 | $45.67 | $33,750.43 | |
| | | | | | 07/24/2020 | 306 | $45.37 | $13,881.93 | |
| **Movant's Total** | | **1,723** | | **$136,822.11** | | **1,723** | | **$79,374.61** | **($57,447.50)** |

Prices listed are rounded to two decimal places.