# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**INTERCEPT PHARMACEUTICALS, INC. SECURITIES LITIGATION**

I, Richard Rice, as Trustee of the Richard E. and Melinda Rice Revocable Trust 5/9/90 (the "Trust"), certify that:

1.      I have reviewed the complaint and authorize its filing and the filing of lead plaintiff motion on behalf of myself and the Trust.

2.      I am duly authorized to institute legal action on the Trust's behalf, including legal action against Intercept Pharmaceuticals, Inc. and other defendants.

3.      I and the Trust did not purchase the Intercept Pharmaceuticals, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.      I and the Trust are willing to serve as representative parties on behalf of a class and I am willing to provide testimony at deposition and trial, if necessary.

5.      My and the Trust's transactions in Intercept Pharmaceuticals, Inc. securities during the class period are as follows:

        (See attached transactions)

6.      I and the Trust have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7.      I and the Trust will not accept any payment for serving as a representative party, except to receive our pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

1/4/2021

Date

Richard Rice

Richard Rice

Trustee of the Richard E. and Melinda Rice Revocable Trust 5/9/90

**Richard E. and Melinda Rice Revocable Family Trust 5/9/90's
Transactions in Intercept Phamaceuticals Inc.
Common Stock**

### Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 10/7/2019 | Bought | 100 | $60.6031 |
| 10/18/2019 | Sold | -100 | $61.0000 |
| 11/8/2019 | Sold | -300 | $80.0000 |
| 11/12/2019 | Bought | 500 | $82.9732 |
| 11/22/2019 | Sold | -500 | $84.0000 |
| 11/25/2019 | Bought | 500 | $99.8123 |
| 11/25/2019 | Bought | 500 | $96.3561 |
| 11/27/2019 | Bought | 2,000 | $107.8393 |
| 11/27/2019 | Bought | 1,000 | $106.6786 |
| 11/27/2019 | Bought | 1,000 | $105.9689 |
| 11/29/2019 | Sold Short | -500 | $100.0000 |
| 11/29/2019 | Sold Short | -500 | $99.0000 |
| 11/29/2019 | Sold Short | -1,000 | $107.0000 |
| 11/29/2019 | Sold Short | -1,000 | $108.0000 |
| 11/29/2019 | Sold | -1,000 | $108.0000 |
| 12/2/2019 | Bought | 1,000 | $107.7500 |
| 12/4/2019 | Bought | 1,000 | $117.5611 |
| 12/13/2019 | Sold | -1,000 | $112.0000 |
| 12/13/2019 | Sold | -1,000 | $114.0000 |
| 12/19/2019 | Bought | 1,000 | $119.6140 |
| 12/20/2019 | Sold | -1,000 | $119.3000 |
| 12/27/2019 | Sold | -2,000 | $122.0000 |
| 12/27/2019 | Sold Short | -2,000 | $120.0000 |
| 12/27/2019 | Bought | 639 | $123.5500 |
| 12/27/2019 | Bought | 353 | $123.5500 |
| 12/27/2019 | Bought | 8 | $123.5400 |
| 12/27/2019 | Bought | 1,000 | $123.5500 |
| 12/27/2019 | Bought | 2,000 | $121.9736 |
| 12/30/2019 | Bought | 1,000 | $121.8326 |
| 1/14/2020 | Bought | 1,000 | $112.0000 |
| 1/17/2020 | Sold | -2,000 | $105.0000 |
| 1/27/2020 | Bought | 500 | $95.5000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/20/2020 | Bought | 100 | $92.7500 |
| 2/21/2020 | Sold | -100 | $95.0000 |
| 5/6/2020 | Bought | 300 | $89.2976 |
| 5/21/2020 | Bought | 100 | $94.3039 |
| 6/29/2020 | Sold | -2,900 | $47.0600 |

## Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 10/25/2019 | Sold | -200 | $72.0000 |
| 10/28/2019 | Bought | 300 | $71.8577 |
| 11/1/2019 | Sold | -300 | $72.0000 |
| 11/12/2019 | Bought | 500 | $82.8865 |
| 11/22/2019 | Sold | -500 | $88.5000 |
| 11/22/2019 | Sold | -500 | $85.0000 |
| 11/22/2019 | Bought | 500 | $88.1372 |
| 11/25/2019 | Bought | 500 | $99.8428 |
| 11/25/2019 | Bought | 500 | $96.2800 |
| 11/26/2019 | Bought | 1,000 | $100.5984 |
| 11/27/2019 | Bought | 426 | $108.0871 |
| 11/27/2019 | Bought | 100 | $108.0830 |
| 11/27/2019 | Bought | 200 | $108.0789 |
| 11/27/2019 | Bought | 224 | $108.0665 |
| 11/27/2019 | Bought | 100 | $108.0673 |
| 11/27/2019 | Bought | 750 | $108.0700 |
| 11/27/2019 | Bought | 100 | $108.0500 |
| 11/27/2019 | Bought | 100 | $108.0000 |
| 11/27/2019 | Bought | 666 | $104.8772 |
| 11/27/2019 | Bought | 100 | $104.8695 |
| 11/27/2019 | Bought | 25 | $104.8734 |
| 11/27/2019 | Bought | 100 | $104.8405 |
| 11/27/2019 | Bought | 25 | $104.8367 |
| 11/27/2019 | Bought | 30 | $104.8173 |
| 11/27/2019 | Bought | 4 | $104.7790 |
| 11/27/2019 | Bought | 50 | $104.7963 |
| 11/29/2019 | Sold Short | -500 | $102.0000 |
| 11/29/2019 | Sold Short | -500 | $99.0000 |
| 11/29/2019 | Sold Short | -500 | $104.0000 |
| 11/29/2019 | Sold Short | -2,000 | $108.0000 |
| 11/29/2019 | Sold Short | -500 | $100.0000 |
| 11/29/2019 | Sold Short | -500 | $105.0000 |
| 11/29/2019 | Sold | -500 | $105.0000 |
| 11/29/2019 | Bought | 1,000 | $107.5000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/29/2019 | Bought | 1,000 | $108.4228 |
| 12/2/2019 | Bought | 1,000 | $108.0000 |
| 12/4/2019 | Bought | 1,000 | $117.3739 |
| 12/5/2019 | Bought | 500 | $118.5000 |
| 12/6/2019 | Bought | 500 | $116.0000 |
| 12/13/2019 | Sold | -2,000 | $112.0000 |
| 12/19/2019 | Bought | 289 | $119.8057 |
| 12/19/2019 | Bought | 10 | $119.8059 |
| 12/19/2019 | Bought | 400 | $119.8057 |
| 12/19/2019 | Bought | 1 | $119.8151 |
| 12/19/2019 | Bought | 200 | $119.8057 |
| 12/19/2019 | Bought | 100 | $119.7711 |
| 12/20/2019 | Sold | -1,000 | $119.3000 |
| 12/23/2019 | Bought | 475 | $118.8000 |
| 12/23/2019 | Bought | 500 | $118.8000 |
| 12/23/2019 | Bought | 25 | $118.8000 |
| 12/27/2019 | Sold | -1,000 | $120.0000 |
| 12/27/2019 | Sold | -1,000 | $123.0000 |
| 12/27/2019 | Bought | 1,000 | $123.8253 |
| 12/27/2019 | Sold | -1,000 | $123.5000 |
| 12/27/2019 | Bought | 1,000 | $122.8100 |
| 1/2/2020 | Bought | 500 | $117.0000 |
| 1/13/2020 | Bought | 500 | $108.5000 |
| 1/16/2020 | Bought | 200 | $112.0000 |
| 1/27/2020 | Bought | 500 | $93.0000 |
| 1/27/2020 | Bought | 500 | $95.0000 |
| 1/31/2020 | Bought | 500 | $96.0000 |
| 2/13/2020 | Bought | 300 | $94.0000 |
| 2/14/2020 | Sold | -300 | $94.0000 |
| 2/28/2020 | Sold | -200 | $90.0000 |
| 4/17/2020 | Sold | -100 | $75.0000 |
| 5/21/2020 | Bought | 200 | $93.1714 |
| 6/29/2020 | Sold | -6,600 | $46.0056 |

**Richard E. and Melinda Rice Revocable Family Trust 5/9/90's Transactions in Intercept Phamaceuticals Inc. Options**

### Account 1

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 10/7/2019 | Sell to Open | Call | 10/11/2019 / 61.00 | -1 | $1.40 |
| 10/11/2019 | Expired | Call | 10/11/2019 / 61.00 | 1 | $0.00 |
| 10/14/2019 | Sell to Open | Call | 10/18/2019 / 61.00 | -1 | $1.05 |
| 10/18/2019 | Assigned | Call | 10/18/2019 / 61.00 | 1 | $0.00 |
| 11/4/2019 | Sell to Open | Call | 11/08/2019 / 80.00 | -3 | $1.50 |
| 11/8/2019 | Assigned | Call | 11/08/2019 / 80.00 | 3 | $0.00 |
| 11/12/2019 | Sell to Open | Call | 11/15/2019 / 85.00 | -5 | $1.05 |
| 11/15/2019 | Expired | Call | 11/15/2019 / 85.00 | 5 | $0.00 |
| 11/18/2019 | Sell to Open | Call | 11/22/2019 / 84.00 | -5 | $1.10 |
| 11/22/2019 | Assigned | Call | 11/22/2019 / 84.00 | 5 | $0.00 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 100.00 | -5 | $1.25 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -2 | $1.31 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -3 | $1.31 |
| 11/25/2019 | Buy to Close | Call | 11/29/2019 / 102.00 | 5 | $0.73 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -5 | $1.25 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 99.00 | -3 | $1.22 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 99.00 | -2 | $1.22 |
| 11/26/2019 | Sell to Open | Call | 11/29/2019 / 107.00 | -10 | $0.35 |
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 108.00 | -20 | $1.25 |
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 110.00 | -5 | $0.80 |
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 110.00 | -5 | $0.80 |
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 112.00 | -10 | $0.30 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 100.00 | 5 | $0.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 102.00 | 5 | $0.00 |
| 11/29/2019 | Expired | Call | 11/29/2019 / 107.00 | 10 | $0.00 |
| 11/29/2019 | Expired | Call | 11/29/2019 / 108.00 | 20 | $0.00 |
| 11/29/2019 | Expired | Call | 11/29/2019 / 110.00 | 10 | $0.00 |
| 11/29/2019 | Expired | Call | 11/29/2019 / 112.00 | 10 | $0.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 99.00 | 5 | $0.00 |
| 12/2/2019 | Sell to Open | Call | 12/06/2019 / 112.00 | -10 | $2.75 |
| 12/2/2019 | Sell to Open | Call | 12/06/2019 / 118.00 | -10 | $1.10 |
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 120.00 | -1 | $1.45 |
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 120.00 | -9 | $1.50 |
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 124.00 | -10 | $1.05 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 112.00 | 10 | $0.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 118.00 | 10 | $0.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 120.00 | 10 | $0.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 12/6/2019 | Expired | Call | 12/06/2019 / 124.00 | 10 | $0.00 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -1 | $2.65 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -1 | $2.65 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -7 | $3.13 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -1 | $2.65 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 115.00 | -2 | $2.05 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 115.00 | -8 | $2.06 |
| 12/13/2019 | Assigned | Call | 12/13/2019 / 112.00 | 10 | $0.00 |
| 12/13/2019 | Sell to Open | Call | 12/13/2019 / 114.00 | -10 | $1.50 |
| 12/13/2019 | Expired | Call | 12/13/2019 / 114.00 | 10 | $0.00 |
| 12/13/2019 | Expired | Call | 12/13/2019 / 115.00 | 10 | $0.00 |
| 12/17/2019 | Sell to Open | Call | 12/20/2019 / 125.00 | -10 | $1.40 |
| 12/18/2019 | Sell to Open | Call | 12/20/2019 / 124.00 | -5 | $1.07 |
| 12/18/2019 | Sell to Open | Call | 12/20/2019 / 124.00 | -5 | $1.07 |
| 12/19/2019 | Sell to Open | Call | 12/20/2019 / 121.00 | -10 | $1.25 |
| 12/20/2019 | Expired | Call | 12/20/2019 / 124.00 | 10 | $0.00 |
| 12/20/2019 | Buy to Close | Call | 12/20/2019 / 125.00 | 5 | $0.02 |
| 12/20/2019 | Buy to Close | Call | 12/20/2019 / 125.00 | 5 | $0.02 |
| 12/20/2019 | Expired | Call | 12/20/2019 / 121.00 | 10 | $0.00 |
| 12/23/2019 | Sell to Open | Call | 12/27/2019 / 120.00 | -10 | $2.05 |
| 12/23/2019 | Sell to Open | Call | 12/27/2019 / 120.00 | -10 | $2.05 |
| 12/27/2019 | Assigned | Call | 12/27/2019 / 120.00 | 20 | $0.00 |
| 12/27/2019 | Sell to Open | Call | 12/27/2019 / 122.00 | -20 | $1.05 |
| 12/27/2019 | Assigned | Call | 12/27/2019 / 122.00 | 20 | $0.00 |
| 12/30/2019 | Sell to Open | Call | 01/03/2020 / 123.00 | -10 | $2.05 |
| 1/3/2020 | Expired | Call | 01/03/2020 / 123.00 | 10 | $0.00 |
| 1/7/2020 | Sell to Open | Call | 01/10/2020 / 120.00 | -19 | $0.65 |
| 1/7/2020 | Sell to Open | Call | 01/10/2020 / 120.00 | -1 | $0.65 |
| 1/10/2020 | Expired | Call | 01/10/2020 / 120.00 | 20 | $0.00 |
| 1/10/2020 | Sell to Open | Call | 01/17/2020 / 126.00 | -10 | $0.40 |
| 1/14/2020 | Sell to Open | Call | 01/17/2020 / 105.00 | -20 | $5.80 |
| 1/14/2020 | Buy to Close | Call | 01/17/2020 / 126.00 | 10 | $1.50 |
| 1/14/2020 | Sell to Open | Call | 03/20/2020 / 130.00 | -10 | $6.00 |
| 1/15/2020 | Sell to Open | Call | 03/20/2020 / 130.00 | -10 | $5.50 |
| 1/17/2020 | Assigned | Call | 01/17/2020 / 105.00 | 20 | $0.00 |
| 1/27/2020 | Sell to Open | Call | 01/31/2020 / 96.00 | -5 | $1.75 |
| 1/31/2020 | Expired | Call | 01/31/2020 / 96.00 | 5 | $0.00 |
| 2/3/2020 | Sell to Open | Call | 02/07/2020 / 97.00 | -3 | $1.13 |
| 2/3/2020 | Sell to Open | Call | 02/07/2020 / 97.00 | -2 | $1.13 |
| 2/7/2020 | Expired | Call | 02/07/2020 / 97.00 | 5 | $0.00 |
| 2/10/2020 | Sell to Open | Call | 02/14/2020 / 97.00 | -5 | $2.10 |
| 2/14/2020 | Expired | Call | 02/14/2020 / 97.00 | 5 | $0.00 |
| 2/18/2020 | Sell to Open | Call | 02/21/2020 / 98.00 | -5 | $1.05 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 2/21/2020 | Sell to Open | Call | 02/21/2020 / 95.00 | -1 | $1.35 |
| 2/21/2020 | Assigned | Call | 02/21/2020 / 95.00 | 1 | $0.00 |
| 2/21/2020 | Expired | Call | 02/21/2020 / 98.00 | 5 | $0.00 |
| 2/24/2020 | Sell to Open | Call | 02/28/2020 / 100.00 | -1 | $1.30 |
| 2/28/2020 | Expired | Call | 02/28/2020 / 100.00 | 1 | $0.00 |
| 3/20/2020 | Expired | Call | 03/20/2020 / 130.00 | 20 | $0.00 |
| 4/7/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -5 | $1.25 |
| 5/6/2020 | Sell to Open | Call | 05/08/2020 / 91.00 | -3 | $1.67 |
| 5/6/2020 | Buy to Close | Call | 05/08/2020 / 91.00 | 3 | $1.93 |
| 5/6/2020 | Sell to Open | Call | 06/19/2020 / 125.00 | -3 | $4.10 |
| 5/19/2020 | Sell to Open | Call | 05/22/2020 / 90.00 | -1 | $1.29 |
| 5/20/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -4 | $2.55 |
| 5/20/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -15 | $2.78 |
| 5/21/2020 | Sell to Open | Call | 05/22/2020 / 96.00 | -1 | $1.05 |
| 5/22/2020 | Buy to Close | Call | 05/22/2020 / 90.00 | 1 | $0.05 |
| 5/22/2020 | Expired | Call | 05/22/2020 / 96.00 | 1 | $0.00 |
| 6/8/2020 | Sell to Open | Call | 06/12/2020 / 85.00 | -2 | $1.20 |
| 6/12/2020 | Expired | Call | 06/12/2020 / 85.00 | 2 | $0.00 |
| 6/19/2020 | Expired | Call | 06/19/2020 / 120.00 | 24 | $0.00 |
| 6/19/2020 | Expired | Call | 06/19/2020 / 125.00 | 3 | $0.00 |
| 6/22/2020 | Sell to Open | Call | 09/18/2020 / 120.00 | -1 | $3.00 |
| 6/22/2020 | Sell to Open | Call | 09/18/2020 / 120.00 | -28 | $3.00 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 1 | $2.90 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 28 | $0.40 |

## Account 2

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 10/25/2019 | Sell to Open | Call | 10/25/2019 / 72.00 | -2 | $0.50 |
| 10/25/2019 | Assigned | Call | 10/25/2019 / 72.00 | 2 | $0.00 |
| 10/28/2019 | Sell to Open | Call | 11/01/2019 / 72.00 | -3 | $2.00 |
| 11/1/2019 | Assigned | Call | 11/01/2019 / 72.00 | 3 | $0.00 |
| 11/12/2019 | Sell to Open | Call | 11/15/2019 / 85.00 | -5 | $0.85 |
| 11/15/2019 | Expired | Call | 11/15/2019 / 85.00 | 5 | $0.00 |
| 11/18/2019 | Sell to Open | Call | 11/22/2019 / 85.00 | -1 | $1.05 |
| 11/18/2019 | Sell to Open | Call | 11/22/2019 / 85.00 | -4 | $1.05 |
| 11/22/2019 | Assigned | Call | 11/22/2019 / 85.00 | 5 | $0.00 |
| 11/22/2019 | Sell to Open | Call | 11/22/2019 / 88.50 | -2 | $0.30 |
| 11/22/2019 | Sell to Open | Call | 11/22/2019 / 88.50 | -1 | $0.81 |
| 11/22/2019 | Sell to Open | Call | 11/22/2019 / 88.50 | -2 | $0.85 |
| 11/22/2019 | Assigned | Call | 11/22/2019 / 88.50 | 5 | $0.00 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 100.00 | -5 | $1.25 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -2 | $1.32 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -3 | $1.32 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 11/25/2019 | Buy to Close | Call | 11/29/2019 / 102.00 | 5 | $0.72 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 99.00 | -3 | $1.22 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 99.00 | -2 | $1.22 |
| 11/26/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -5 | $1.10 |
| 11/26/2019 | Sell to Open | Call | 11/29/2019 / 104.00 | -5 | $0.65 |
| 11/26/2019 | Sell to Open | Call | 11/29/2019 / 105.00 | -10 | $0.50 |
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 108.00 | -20 | $1.26 |
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 109.00 | -10 | $0.50 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 100.00 | 5 | $0.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 102.00 | 5 | $0.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 104.00 | 5 | $0.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 105.00 | 10 | $0.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 108.00 | 20 | $0.00 |
| 11/29/2019 | Expired | Call | 11/29/2019 / 109.00 | 10 | $0.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 99.00 | 5 | $0.00 |
| 12/2/2019 | Sell to Open | Call | 12/06/2019 / 112.00 | -10 | $2.50 |
| 12/2/2019 | Sell to Open | Call | 12/06/2019 / 120.00 | -10 | $1.00 |
| 12/3/2019 | Sell to Open | Call | 12/06/2019 / 120.00 | -1 | $1.30 |
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 120.00 | -9 | $1.60 |
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 123.00 | -1 | $1.05 |
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 123.00 | -9 | $1.05 |
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 124.00 | -10 | $1.05 |
| 12/5/2019 | Sell to Open | Call | 12/06/2019 / 119.00 | -5 | $2.50 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 112.00 | 10 | $0.00 |
| 12/6/2019 | Sell to Open | Call | 12/06/2019 / 116.00 | -5 | $1.22 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 116.00 | 5 | $0.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 119.00 | 5 | $0.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 120.00 | 20 | $0.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 123.00 | 10 | $0.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 124.00 | 10 | $0.00 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -1 | $3.10 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -7 | $3.14 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -2 | $3.10 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 115.00 | -10 | $2.10 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 120.00 | -10 | $1.05 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 120.00 | -10 | $1.05 |
| 12/11/2019 | Sell to Open | Call | 12/13/2019 / 122.00 | -10 | $1.05 |
| 12/13/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -10 | $2.50 |
| 12/13/2019 | Assigned | Call | 12/13/2019 / 112.00 | 20 | $0.00 |
| 12/13/2019 | Expired | Call | 12/13/2019 / 115.00 | 10 | $0.00 |
| 12/13/2019 | Expired | Call | 12/13/2019 / 120.00 | 20 | $0.00 |
| 12/13/2019 | Expired | Call | 12/13/2019 / 122.00 | 10 | $0.00 |
| 12/16/2019 | Sell to Open | Call | 12/20/2019 / 123.00 | -10 | $2.05 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 12/16/2019 | Sell to Open | Call | 12/20/2019 / 125.00 | -10 | $1.35 |
| 12/17/2019 | Sell to Open | Call | 12/20/2019 / 125.00 | -10 | $2.05 |
| 12/19/2019 | Sell to Open | Call | 12/20/2019 / 120.00 | -10 | $1.75 |
| 12/20/2019 | Expired | Call | 12/20/2019 / 120.00 | 10 | $0.00 |
| 12/20/2019 | Expired | Call | 12/20/2019 / 123.00 | 10 | $0.00 |
| 12/20/2019 | Buy to Close | Call | 12/20/2019 / 125.00 | 20 | $0.05 |
| 12/23/2019 | Sell to Open | Call | 12/27/2019 / 120.00 | -10 | $2.05 |
| 12/27/2019 | Assigned | Call | 12/27/2019 / 120.00 | 10 | $0.00 |
| 12/27/2019 | Sell to Open | Call | 12/27/2019 / 123.00 | -10 | $1.05 |
| 12/27/2019 | Assigned | Call | 12/27/2019 / 123.00 | 10 | $0.00 |
| 12/30/2019 | Sell to Open | Call | 01/03/2020 / 124.00 | -10 | $2.05 |
| 12/31/2019 | Sell to Open | Call | 01/03/2020 / 127.00 | -10 | $1.05 |
| 1/2/2020 | Sell to Open | Call | 01/03/2020 / 117.00 | -5 | $1.05 |
| 1/3/2020 | Expired | Call | 01/03/2020 / 117.00 | 5 | $0.00 |
| 1/3/2020 | Expired | Call | 01/03/2020 / 124.00 | 10 | $0.00 |
| 1/3/2020 | Expired | Call | 01/03/2020 / 127.00 | 10 | $0.00 |
| 1/6/2020 | Sell to Open | Call | 01/10/2020 / 118.00 | -2 | $1.17 |
| 1/6/2020 | Sell to Open | Call | 01/10/2020 / 118.00 | -3 | $1.17 |
| 1/7/2020 | Sell to Open | Call | 01/10/2020 / 120.00 | -20 | $0.70 |
| 1/10/2020 | Expired | Call | 01/10/2020 / 118.00 | 5 | $0.00 |
| 1/10/2020 | Expired | Call | 01/10/2020 / 120.00 | 20 | $0.00 |
| 1/10/2020 | Sell to Open | Call | 01/17/2020 / 125.00 | -10 | $1.80 |
| 1/13/2020 | Sell to Open | Call | 01/17/2020 / 109.00 | -5 | $3.50 |
| 1/13/2020 | Sell to Open | Call | 01/17/2020 / 117.00 | -5 | $1.55 |
| 1/13/2020 | Sell to Open | Call | 03/20/2020 / 125.00 | -10 | $5.60 |
| 1/13/2020 | Sell to Open | Call | 03/20/2020 / 125.00 | -10 | $5.60 |
| 1/14/2020 | Sell to Open | Call | 03/20/2020 / 130.00 | -4 | $5.32 |
| 1/14/2020 | Sell to Open | Call | 03/20/2020 / 130.00 | -1 | $5.32 |
| 1/14/2020 | Sell to Open | Call | 03/20/2020 / 130.00 | -5 | $5.32 |
| 1/16/2020 | Sell to Open | Call | 01/17/2020 / 112.00 | -2 | $2.05 |
| 1/17/2020 | Expired | Call | 01/17/2020 / 109.00 | 5 | $0.00 |
| 1/17/2020 | Expired | Call | 01/17/2020 / 112.00 | 2 | $0.00 |
| 1/17/2020 | Expired | Call | 01/17/2020 / 117.00 | 5 | $0.00 |
| 1/17/2020 | Expired | Call | 01/17/2020 / 125.00 | 10 | $0.00 |
| 1/23/2020 | Sell to Open | Call | 01/24/2020 / 100.00 | -20 | $0.49 |
| 1/24/2020 | Expired | Call | 01/24/2020 / 100.00 | 20 | $0.00 |
| 1/27/2020 | Sell to Open | Call | 01/31/2020 / 95.00 | -5 | $2.10 |
| 1/28/2020 | Sell to Open | Put | 01/31/2020 / 96.00 | -3 | $3.26 |
| 1/28/2020 | Sell to Open | Put | 01/31/2020 / 96.00 | -2 | $3.26 |
| 1/31/2020 | Expired | Call | 01/31/2020 / 95.00 | 5 | $0.00 |
| 1/31/2020 | Assigned | Put | 01/31/2020 / 96.00 | 5 | $0.00 |
| 2/3/2020 | Sell to Open | Call | 02/07/2020 / 96.00 | -5 | $1.75 |
| 2/7/2020 | Expired | Call | 02/07/2020 / 96.00 | 5 | $0.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 2/10/2020 | Sell to Open | Call | 02/14/2020 / 97.50 | -5 | $2.10 |
| 2/13/2020 | Sell to Open | Call | 02/14/2020 / 94.00 | -2 | $1.96 |
| 2/13/2020 | Sell to Open | Call | 02/14/2020 / 94.00 | -1 | $1.96 |
| 2/14/2020 | Assigned | Call | 02/14/2020 / 94.00 | 3 | $0.00 |
| 2/14/2020 | Expired | Call | 02/14/2020 / 97.50 | 5 | $0.00 |
| 2/18/2020 | Sell to Open | Call | 02/21/2020 / 97.00 | -1 | $0.55 |
| 2/18/2020 | Sell to Open | Call | 02/21/2020 / 97.00 | -1 | $0.55 |
| 2/18/2020 | Sell to Open | Call | 02/21/2020 / 97.00 | -1 | $0.55 |
| 2/21/2020 | Expired | Call | 02/21/2020 / 97.00 | 3 | $0.00 |
| 2/28/2020 | Sell to Open | Call | 02/28/2020 / 90.00 | -2 | $1.05 |
| 2/28/2020 | Assigned | Call | 02/28/2020 / 90.00 | 2 | $0.00 |
| 3/2/2020 | Sell to Open | Call | 03/06/2020 / 99.00 | -2 | $1.05 |
| 3/5/2020 | Sell to Open | Call | 03/06/2020 / 99.00 | -3 | $1.05 |
| 3/6/2020 | Expired | Call | 03/06/2020 / 99.00 | 5 | $0.00 |
| 3/9/2020 | Sell to Open | Call | 03/13/2020 / 94.50 | -3 | $1.20 |
| 3/9/2020 | Sell to Open | Call | 03/13/2020 / 94.50 | -1 | $1.20 |
| 3/9/2020 | Sell to Open | Call | 03/13/2020 / 94.50 | -1 | $1.23 |
| 3/13/2020 | Expired | Call | 03/13/2020 / 94.50 | 5 | $0.00 |
| 3/17/2020 | Buy to Close | Call | 03/20/2020 / 125.00 | 1 | $0.05 |
| 3/17/2020 | Buy to Close | Call | 03/20/2020 / 125.00 | 2 | $0.05 |
| 3/20/2020 | Expired | Call | 03/20/2020 / 125.00 | 17 | $0.00 |
| 3/20/2020 | Expired | Call | 03/20/2020 / 130.00 | 10 | $0.00 |
| 4/7/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -4 | $1.25 |
| 4/7/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -1 | $1.25 |
| 4/14/2020 | Sell to Open | Call | 04/17/2020 / 75.00 | -1 | $1.05 |
| 4/17/2020 | Assigned | Call | 04/17/2020 / 75.00 | 1 | $0.00 |
| 5/20/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -59 | $2.90 |
| 5/21/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -2 | $2.50 |
| 6/19/2020 | Expired | Call | 06/19/2020 / 120.00 | 66 | $0.00 |
| 6/22/2020 | Sell to Open | Call | 09/18/2020 / 120.00 | -66 | $3.00 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 22 | $0.50 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 31 | $1.25 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 10 | $0.33 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 1 | $0.31 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 1 | $0.55 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 1 | $0.55 |