# EXHIBIT C

| Richard E. and Melinda Rice Revocable Family Trust 5/9/90 Loss Summary | |
|---|---|
| Account 1 Common Stock Total: | -$203,132.70 |
| Account 1 Options Total: | $74,365.00 |
| Account 2 Common Stock Total: | -$361,019.06 |
| Account 2 Options Total: | $105,219.00 |
| **Loss Total:** | **-$384,567.76** |

## Loss Chart

| | |
|---|---|
| **Company Name:** | Intercept Pharmaceuticals Inc. |
| **Ticker:** | ICPT |
| **Class Period:** | September 28, 2019 to October 7, 2020 |
| **Name:** | Richard E. and Melinda Rice Revocable Family Trust 5/9/90 |

### Account 1

Opening Position     1,300

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/7/2019 | 100 | $60.6031 | -$6,060.3100 | | $0.0000 | -$6,060.31 |
| 10/18/2019 | -100 | $61.0000 | $0.0000 | $61.0000 | $6,100.0000 | $6,100.00 |
| 11/12/2019 | 500 | $82.9732 | -$41,486.6000 | $80.0000 | $0.0000 | -$41,486.60 |
| 11/22/2019 | -500 | $84.0000 | $0.0000 | $84.0000 | $42,000.0000 | $42,000.00 |
| 11/25/2019 | 500 | $99.8123 | -$49,906.1500 | | $0.0000 | -$49,906.15 |
| 11/25/2019 | 500 | $96.3561 | -$48,178.0500 | | $0.0000 | -$48,178.05 |
| 11/27/2019 | 2,000 | $107.8393 | -$215,678.6000 | | $0.0000 | -$215,678.60 |
| 11/27/2019 | 1,000 | $106.6786 | -$106,678.6000 | | $0.0000 | -$106,678.60 |
| 11/27/2019 | 1,000 | $105.9689 | -$105,968.9000 | | $0.0000 | -$105,968.90 |
| 11/29/2019 | -500 | $100.0000 | $0.0000 | $100.0000 | $50,000.0000 | $50,000.00 |
| 11/29/2019 | -500 | $99.0000 | $0.0000 | $99.0000 | $49,500.0000 | $49,500.00 |
| 11/29/2019 | -1,000 | $107.0000 | $0.0000 | $107.0000 | $107,000.0000 | $107,000.00 |
| 11/29/2019 | -1,000 | $108.0000 | $0.0000 | $108.0000 | $108,000.0000 | $108,000.00 |
| 11/29/2019 | -1,000 | $108.0000 | $0.0000 | $108.0000 | $108,000.0000 | $108,000.00 |
| 12/2/2019 | 1,000 | $107.7500 | -$107,750.0000 | | $0.0000 | -$107,750.00 |
| 12/4/2019 | 1,000 | $117.5611 | -$117,561.1000 | | $0.0000 | -$117,561.10 |
| 12/13/2019 | -1,000 | $112.0000 | $0.0000 | $112.0000 | $112,000.0000 | $112,000.00 |
| 12/13/2019 | -1,000 | $114.0000 | $0.0000 | $114.0000 | $114,000.0000 | $114,000.00 |
| 12/19/2019 | 1,000 | $119.6140 | -$119,614.0000 | | $0.0000 | -$119,614.00 |
| 12/20/2019 | -1,000 | $119.3000 | $0.0000 | $119.3000 | $119,300.0000 | $119,300.00 |
| 12/27/2019 | -1,000 | $122.0000 | $0.0000 | $122.0000 | $122,000.0000 | $122,000.00 |
| 12/27/2019 | -2,000 | $120.0000 | $0.0000 | $120.0000 | $240,000.0000 | $240,000.00 |
| 12/27/2019 | 639 | $123.5500 | -$78,948.4500 | | $0.0000 | -$78,948.45 |
| 12/27/2019 | 353 | $123.5500 | -$43,613.1500 | | $0.0000 | -$43,613.15 |
| 12/27/2019 | 8 | $123.5400 | -$988.3200 | | $0.0000 | -$988.32 |
| 12/27/2019 | 1,000 | $123.5500 | -$123,550.0000 | | $0.0000 | -$123,550.00 |
| 12/27/2019 | 2,000 | $121.9736 | -$243,947.2000 | | $0.0000 | -$243,947.20 |
| 12/30/2019 | 1,000 | $121.8326 | -$121,832.6000 | | $0.0000 | -$121,832.60 |
| 1/14/2020 | 1,000 | $112.0000 | -$112,000.0000 | | $0.0000 | -$112,000.00 |
| 1/17/2020 | -2,000 | $105.0000 | $0.0000 | $105.0000 | $210,000.0000 | $210,000.00 |
| 1/27/2020 | 500 | $95.5000 | -$47,750.0000 | | $0.0000 | -$47,750.00 |
| 2/20/2020 | 100 | $92.7500 | -$9,275.0000 | | $0.0000 | -$9,275.00 |
| 2/21/2020 | -100 | $95.0000 | $0.0000 | $95.0000 | $9,500.0000 | $9,500.00 |
| 5/6/2020 | 300 | $89.2976 | -$26,789.2800 | | $0.0000 | -$26,789.28 |
| 5/21/2020 | 100 | $94.3039 | -$9,430.3900 | | $0.0000 | -$9,430.39 |
| 6/29/2020 | -2,900 | $47.0600 | $0.0000 | $47.0600 | $136,474.0000 | $136,474.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 0 | | | | **Subtotal:** | **-$203,132.70** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $32.3527 | 0 | **Total:** | **-$203,132.70** |

### Account 2

Opening Position     1,200

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/28/2019 | 300 | $71.8577 | -$21,557.3100 | | $0.0000 | -$21,557.31 |
| 11/1/2019 | -300 | $72.0000 | $0.0000 | $72.0000 | $21,600.0000 | $21,600.00 |
| 11/12/2019 | 500 | $82.8865 | -$41,443.2500 | | $0.0000 | -$41,443.25 |
| 11/22/2019 | -500 | $88.5000 | $0.0000 | $88.5000 | $44,250.0000 | $44,250.00 |
| 11/22/2019 | 500 | $88.1372 | -$44,068.6000 | | $0.0000 | -$44,068.60 |
| 11/25/2019 | 500 | $99.8428 | -$49,921.4000 | | $0.0000 | -$49,921.40 |
| 11/25/2019 | 500 | $96.2800 | -$48,140.0000 | | $0.0000 | -$48,140.00 |
| 11/26/2019 | 1,000 | $100.5984 | -$100,598.4000 | | $0.0000 | -$100,598.40 |
| 11/27/2019 | 426 | $108.0871 | -$46,045.1046 | | $0.0000 | -$46,045.10 |
| 11/27/2019 | 100 | $108.0830 | -$10,808.3000 | | $0.0000 | -$10,808.30 |
| 11/27/2019 | 200 | $108.0789 | -$21,615.7800 | | $0.0000 | -$21,615.78 |
| 11/27/2019 | 224 | $108.0665 | -$24,206.8960 | | $0.0000 | -$24,206.90 |
| 11/27/2019 | 100 | $108.0673 | -$10,806.7300 | | $0.0000 | -$10,806.73 |
| 11/27/2019 | 750 | $108.0700 | -$81,052.5000 | | $0.0000 | -$81,052.50 |
| 11/27/2019 | 100 | $108.0500 | -$10,805.0000 | | $0.0000 | -$10,805.00 |
| 11/27/2019 | 100 | $108.0000 | -$10,800.0000 | | $0.0000 | -$10,800.00 |
| 11/27/2019 | 666 | $104.8772 | -$69,848.2152 | | $0.0000 | -$69,848.22 |
| 11/27/2019 | 100 | $104.8695 | -$10,486.9500 | | $0.0000 | -$10,486.95 |
| 11/27/2019 | 25 | $104.8734 | -$2,621.8350 | | $0.0000 | -$2,621.84 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/27/2019 | 100 | $104.8405 | -$10,484.0500 | | $0.0000 | -$10,484.05 |
| 11/27/2019 | 25 | $104.8367 | -$2,620.9175 | | $0.0000 | -$2,620.92 |
| 11/27/2019 | 30 | $104.8173 | -$3,144.5190 | | $0.0000 | -$3,144.52 |
| 11/27/2019 | 4 | $104.7790 | -$419.1160 | | $0.0000 | -$419.12 |
| 11/27/2019 | 50 | $104.7963 | -$5,239.8150 | | $0.0000 | -$5,239.82 |
| 11/29/2019 | -500 | $102.0000 | $0.0000 | $102.0000 | $51,000.0000 | $51,000.00 |
| 11/29/2019 | -500 | $99.0000 | $0.0000 | $99.0000 | $49,500.0000 | $49,500.00 |
| 11/29/2019 | -500 | $104.0000 | $0.0000 | $104.0000 | $52,000.0000 | $52,000.00 |
| 11/29/2019 | -2,000 | $108.0000 | $0.0000 | $108.0000 | $216,000.0000 | $216,000.00 |
| 11/29/2019 | -500 | $100.0000 | $0.0000 | $100.0000 | $50,000.0000 | $50,000.00 |
| 11/29/2019 | -500 | $105.0000 | $0.0000 | $105.0000 | $52,500.0000 | $52,500.00 |
| 11/29/2019 | -500 | $105.0000 | $0.0000 | $105.0000 | $52,500.0000 | $52,500.00 |
| 11/29/2019 | 1,000 | $107.5000 | -$107,500.0000 | | $0.0000 | -$107,500.00 |
| 11/29/2019 | 1,000 | $108.4228 | -$108,422.8000 | | $0.0000 | -$108,422.80 |
| 12/2/2019 | 1,000 | $108.0000 | -$108,000.0000 | | $0.0000 | -$108,000.00 |
| 12/4/2019 | 1,000 | $117.3739 | -$117,373.9000 | | $0.0000 | -$117,373.90 |
| 12/5/2019 | 500 | $118.5000 | -$59,250.0000 | | $0.0000 | -$59,250.00 |
| 12/6/2019 | 500 | $116.0000 | -$58,000.0000 | | $0.0000 | -$58,000.00 |
| 12/13/2019 | -2,000 | $112.0000 | $0.0000 | $112.0000 | $224,000.0000 | $224,000.00 |
| 12/19/2019 | 289 | $119.8057 | -$34,623.8473 | | $0.0000 | -$34,623.85 |
| 12/19/2019 | 10 | $119.8059 | -$1,198.0590 | | $0.0000 | -$1,198.06 |
| 12/19/2019 | 400 | $119.8057 | -$47,922.2800 | | $0.0000 | -$47,922.28 |
| 12/19/2019 | 1 | $119.8151 | -$119.8151 | | $0.0000 | -$119.82 |
| 12/19/2019 | 200 | $119.8057 | -$23,961.1400 | | $0.0000 | -$23,961.14 |
| 12/19/2019 | 100 | $119.7711 | -$11,977.1100 | | $0.0000 | -$11,977.11 |
| 12/20/2019 | -1,000 | $119.3000 | $0.0000 | $119.3000 | $119,300.0000 | $119,300.00 |
| 12/23/2019 | 475 | $118.8000 | -$56,430.0000 | | $0.0000 | -$56,430.00 |
| 12/23/2019 | 500 | $118.8000 | -$59,400.0000 | | $0.0000 | -$59,400.00 |
| 12/23/2019 | 25 | $118.8000 | -$2,970.0000 | | $0.0000 | -$2,970.00 |
| 12/27/2019 | -1,000 | $120.0000 | $0.0000 | $120.0000 | $120,000.0000 | $120,000.00 |
| 12/27/2019 | -1,000 | $123.0000 | $0.0000 | $123.0000 | $123,000.0000 | $123,000.00 |
| 12/27/2019 | 1,000 | $123.8253 | -$123,825.3000 | | $0.0000 | -$123,825.30 |
| 12/27/2019 | -1,000 | $123.5000 | $0.0000 | $123.5000 | $123,500.0000 | $123,500.00 |
| 12/27/2019 | 1,000 | $122.8100 | -$122,810.0000 | | $0.0000 | -$122,810.00 |
| 1/2/2020 | 500 | $117.0000 | -$58,500.0000 | | $0.0000 | -$58,500.00 |
| 1/13/2020 | 500 | $108.5000 | -$54,250.0000 | | $0.0000 | -$54,250.00 |
| 1/16/2020 | 200 | $112.0000 | -$22,400.0000 | | $0.0000 | -$22,400.00 |
| 1/27/2020 | 500 | $93.0000 | -$46,500.0000 | | $0.0000 | -$46,500.00 |
| 1/27/2020 | 500 | $95.0000 | -$47,500.0000 | | $0.0000 | -$47,500.00 |
| 1/31/2020 | 500 | $96.0000 | -$48,000.0000 | | $0.0000 | -$48,000.00 |
| 2/13/2020 | 300 | $94.0000 | -$28,200.0000 | | $0.0000 | -$28,200.00 |
| 2/14/2020 | -300 | $94.0000 | $0.0000 | $94.0000 | $28,200.0000 | $28,200.00 |
| 2/28/2020 | -200 | $90.0000 | $0.0000 | $90.0000 | $18,000.0000 | $18,000.00 |
| 4/17/2020 | -100 | $75.0000 | $0.0000 | $75.0000 | $7,500.0000 | $7,500.00 |
| 5/21/2020 | 200 | $93.1714 | -$18,634.2800 | | $0.0000 | -$18,634.28 |
| 6/29/2020 | -6,100 | $46.0056 | $0.0000 | $46.0056 | $280,634.1600 | $280,634.16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$361,019.06** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $32.3527 | 0 | **Total:** | **-$361,019.06** |

| | Loss Summary | |
|---|---|---|
| | Account 1: | -$203,132.70 |
| | Account 2: | -$361,019.06 |
| | **Loss Total:** | **-$564,151.76** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between October 8, 2020 and January 4, 2021.

Loss Chart

**Company Name:** Intercept Pharmaceuticals Inc.
**Class Period:** September 28, 2019 to October 7, 2020
**Name:** Richard E. and Melinda Rice Revocable Family Trust 5/9/90

## Options

### Account 1

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/30/2019 | Sell to Open | Call | 01/03/2020 / 123.00 | -10 | $2.05 | $2,050.00 |
| 1/3/2020 | Expired | Call | 01/03/2020 / 123.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **$2,050.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/7/2020 | Sell to Open | Call | 01/10/2020 / 120.00 | -19 | $0.65 | $1,235.00 |
| 1/7/2020 | Sell to Open | Call | 01/10/2020 / 120.00 | -1 | $0.65 | $65.00 |
| 1/10/2020 | Expired | Call | 01/10/2020 / 120.00 | 20 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **$1,300.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/14/2020 | Sell to Open | Call | 01/17/2020 / 105.00 | -20 | $5.80 | $11,600.00 |
| 1/17/2020 | Assigned | Call | 01/17/2020 / 105.00 | 20 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **$11,600.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/10/2020 | Sell to Open | Call | 01/17/2020 / 126.00 | -10 | $0.40 | $400.00 |
| 1/14/2020 | Buy to Close | Call | 01/17/2020 / 126.00 | 10 | $1.50 | -$1,500.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **-$1,100.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/27/2020 | Sell to Open | Call | 01/31/2020 / 96.00 | -5 | $1.75 | $875.00 |
| 1/31/2020 | Expired | Call | 01/31/2020 / 96.00 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **$875.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/3/2020 | Sell to Open | Call | 02/07/2020 / 97.00 | -3 | $1.13 | $339.00 |
| 2/3/2020 | Sell to Open | Call | 02/07/2020 / 97.00 | -2 | $1.13 | $226.00 |
| 2/7/2020 | Expired | Call | 02/07/2020 / 97.00 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **$565.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/10/2020 | Sell to Open | Call | 02/14/2020 / 97.00 | -5 | $2.10 | $1,050.00 |
| 2/14/2020 | Expired | Call | 02/14/2020 / 97.00 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **$1,050.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/21/2020 | Sell to Open | Call | 02/21/2020 / 95.00 | -1 | $1.35 | $135.00 |
| 2/21/2020 | Assigned | Call | 02/21/2020 / 95.00 | 1 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **$135.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/18/2020 | Sell to Open | Call | 02/21/2020 / 98.00 | -5 | $1.05 | $525.00 |
| 2/21/2020 | Expired | Call | 02/21/2020 / 98.00 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **$525.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/24/2020 | Sell to Open | Call | 02/28/2020 / 100.00 | -1 | $1.30 | $130.00 |
| 2/28/2020 | Expired | Call | 02/28/2020 / 100.00 | 1 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **$130.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/14/2020 | Sell to Open | Call | 03/20/2020 / 130.00 | -10 | $6.00 | $6,000.00 |
| 1/15/2020 | Sell to Open | Call | 03/20/2020 / 130.00 | -10 | $5.50 | $5,500.00 |
| 3/20/2020 | Expired | Call | 03/20/2020 / 130.00 | 20 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **$11,500.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 5/6/2020 | Sell to Open | Call | 05/08/2020 / 91.00 | -3 | $1.67 | $501.00 |
| 5/6/2020 | Buy to Close | Call | 05/08/2020 / 91.00 | 3 | $1.93 | -$579.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **-$78.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 5/19/2020 | Sell to Open | Call | 05/22/2020 / 90.00 | -1 | $1.29 | $129.00 |
| 5/22/2020 | Buy to Close | Call | 05/22/2020 / 90.00 | 1 | $0.05 | -$5.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | **$124.00** |

Loss Chart

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 5/21/2020 | Sell to Open | Call | 05/22/2020 / 96.00 | -1 | $1.05 | $105.00 |
| 5/22/2020 | Expired | Call | 05/22/2020 / 96.00 | 1 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$105.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/8/2020 | Sell to Open | Call | 06/12/2020 / 85.00 | -2 | $1.20 | $240.00 |
| 6/12/2020 | Expired | Call | 06/12/2020 / 85.00 | 2 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$240.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/7/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -5 | $1.25 | $625.00 |
| 5/20/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -4 | $2.55 | $1,020.00 |
| 5/20/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -15 | $2.78 | $4,170.00 |
| 6/19/2020 | Expired | Call | 06/19/2020 / 120.00 | 24 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$5,815.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 5/6/2020 | Sell to Open | Call | 06/19/2020 / 125.00 | -3 | $4.10 | $1,230.00 |
| 6/19/2020 | Expired | Call | 06/19/2020 / 125.00 | 3 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,230.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/22/2020 | Sell to Open | Call | 09/18/2020 / 120.00 | -1 | $3.00 | $300.00 |
| 6/22/2020 | Sell to Open | Call | 09/18/2020 / 120.00 | -28 | $3.00 | $8,400.00 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 1 | $2.90 | -$290.00 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 28 | $0.40 | -$1,120.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$7,290.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/7/2019 | Sell to Open | Call | 10/11/2019 / 61.00 | -1 | $1.40 | $140.00 |
| 10/11/2019 | Expired | Call | 10/11/2019 / 61.00 | 1 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$140.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/14/2019 | Sell to Open | Call | 10/18/2019 / 61.00 | -1 | $1.05 | $105.00 |
| 10/18/2019 | Assigned | Call | 10/18/2019 / 61.00 | 1 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$105.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/4/2019 | Sell to Open | Call | 11/08/2019 / 80.00 | -3 | $1.50 | $450.00 |
| 11/8/2019 | Assigned | Call | 11/08/2019 / 80.00 | 3 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$450.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/12/2019 | Sell to Open | Call | 11/15/2019 / 85.00 | -5 | $1.05 | $525.00 |
| 11/15/2019 | Expired | Call | 11/15/2019 / 85.00 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$525.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/18/2019 | Sell to Open | Call | 11/22/2019 / 84.00 | -5 | $1.10 | $550.00 |
| 11/22/2019 | Assigned | Call | 11/22/2019 / 84.00 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$550.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 100.00 | -5 | $1.25 | $625.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 100.00 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$625.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -2 | $1.31 | $262.00 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -3 | $1.31 | $393.00 |
| 11/25/2019 | Buy to Close | Call | 11/29/2019 / 102.00 | 5 | $0.73 | -$365.00 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -5 | $1.25 | $625.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 102.00 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$915.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/26/2019 | Sell to Open | Call | 11/29/2019 / 107.00 | -10 | $0.35 | $350.00 |
| 11/29/2019 | Expired | Call | 11/29/2019 / 107.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$350.00** |

Loss Chart

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 108.00 | -20 | $1.25 | $2,500.00 |
| 11/29/2019 | Expired | Call | 11/29/2019 / 108.00 | 20 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,500.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 110.00 | -5 | $0.80 | $400.00 |
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 110.00 | -5 | $0.80 | $400.00 |
| 11/29/2019 | Expired | Call | 11/29/2019 / 110.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$800.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 112.00 | -10 | $0.30 | $300.00 |
| 11/29/2019 | Expired | Call | 11/29/2019 / 112.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$300.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 99.00 | -3 | $1.22 | $366.00 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 99.00 | -2 | $1.22 | $244.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 99.00 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$610.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/2/2019 | Sell to Open | Call | 12/06/2019 / 112.00 | -10 | $2.75 | $2,750.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 112.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,750.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/2/2019 | Sell to Open | Call | 12/06/2019 / 118.00 | -10 | $1.10 | $1,100.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 118.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,100.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 120.00 | -1 | $1.45 | $145.00 |
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 120.00 | -9 | $1.50 | $1,350.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 120.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,495.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 124.00 | -10 | $1.05 | $1,050.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 124.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,050.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -1 | $2.65 | $265.00 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -1 | $2.65 | $265.00 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -7 | $3.13 | $2,191.00 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -1 | $2.65 | $265.00 |
| 12/13/2019 | Assigned | Call | 12/13/2019 / 112.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,986.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/13/2019 | Sell to Open | Call | 12/13/2019 / 114.00 | -10 | $1.50 | $1,500.00 |
| 12/13/2019 | Expired | Call | 12/13/2019 / 114.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,500.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 115.00 | -2 | $2.05 | $410.00 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 115.00 | -8 | $2.06 | $1,648.00 |
| 12/13/2019 | Expired | Call | 12/13/2019 / 115.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,058.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/19/2019 | Sell to Open | Call | 12/20/2019 / 121.00 | -10 | $1.25 | $1,250.00 |
| 12/20/2021 | Expired | Call | 12/20/2019 / 121.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,250.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/18/2019 | Sell to Open | Call | 12/20/2019 / 124.00 | -5 | $1.07 | $535.00 |
| 12/18/2019 | Sell to Open | Call | 12/20/2019 / 124.00 | -5 | $1.07 | $535.00 |
| 12/20/2019 | Expired | Call | 12/20/2019 / 124.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,070.00** |

Loss Chart

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|------|------------------|---------------|--------------|----------|-------|---------|
| 12/17/2019 | Sell to Open | Call | 12/20/2019 / 125.00 | -10 | $1.40 | $1,400.00 |
| 12/20/2019 | Buy to Close | Call | 12/20/2019 / 125.00 | 5 | $0.02 | -$10.00 |
| 12/20/2019 | Buy to Close | Call | 12/20/2019 / 125.00 | 5 | $0.02 | -$10.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,380.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|------|------------------|---------------|--------------|----------|-------|---------|
| 12/23/2019 | Sell to Open | Call | 12/27/2019 / 120.00 | -10 | $2.05 | $2,050.00 |
| 12/23/2019 | Sell to Open | Call | 12/27/2019 / 120.00 | -10 | $2.05 | $2,050.00 |
| 12/27/2019 | Assigned | Call | 12/27/2019 / 120.00 | 20 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$4,100.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|------|------------------|---------------|--------------|----------|-------|---------|
| 12/27/2019 | Sell to Open | Call | 12/27/2019 / 122.00 | -20 | $1.05 | $2,100.00 |
| 12/27/2019 | Assigned | Call | 12/27/2019 / 122.00 | 20 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,100.00** |

**Account 1 Options Total:**    **$74,365.00**

Loss Chart

**Company Name:** Intercept Pharmaceuticals Inc.
**Class Period:** September 28, 2019 to October 7, 2020
**Name:** Richard E. and Melinda Rice Revocable Family Trust 5/9/90

## Options

### Account 2

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/2/2020 | Sell to Open | Call | 01/03/2020 / 117.00 | -5 | $1.05 | $525.00 |
| 1/3/2020 | Expired | Call | 01/03/2020 / 117.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $525.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/30/2019 | Sell to Open | Call | 01/03/2020 / 124.00 | -10 | $2.05 | $2,050.00 |
| 1/3/2020 | Expired | Call | 01/03/2020 / 124.00 | 10 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $2,050.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/31/2019 | Sell to Open | Call | 01/03/2020 / 127.00 | -10 | $1.05 | $1,050.00 |
| 1/3/2020 | Expired | Call | 01/03/2020 / 127.00 | 10 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $1,050.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/6/2020 | Sell to Open | Call | 01/10/2020 / 118.00 | -2 | $1.17 | $234.00 |
| 1/6/2020 | Sell to Open | Call | 01/10/2020 / 118.00 | -3 | $1.17 | $351.00 |
| 1/10/2020 | Expired | Call | 01/10/2020 / 118.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $585.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/7/2020 | Sell to Open | Call | 01/10/2020 / 120.00 | -20 | $0.70 | $1,400.00 |
| 1/10/2020 | Expired | Call | 01/10/2020 / 120.00 | 20 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $1,400.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/13/2020 | Sell to Open | Call | 01/17/2020 / 109.00 | -5 | $3.50 | $1,750.00 |
| 1/17/2020 | Expired | Call | 01/17/2020 / 109.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $1,750.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/16/2020 | Sell to Open | Call | 01/17/2020 / 112.00 | -2 | $2.05 | $410.00 |
| 1/17/2020 | Expired | Call | 01/17/2020 / 112.00 | 2 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $410.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/13/2020 | Sell to Open | Call | 01/17/2020 / 117.00 | -5 | $1.55 | $775.00 |
| 1/17/2020 | Expired | Call | 01/17/2020 / 117.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $775.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/10/2020 | Sell to Open | Call | 01/17/2020 / 125.00 | -10 | $1.80 | $1,800.00 |
| 1/17/2020 | Expired | Call | 01/17/2020 / 125.00 | 10 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $1,800.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/23/2020 | Sell to Open | Call | 01/24/2020 / 100.00 | -20 | $0.49 | $980.00 |
| 1/24/2020 | Expired | Call | 01/24/2020 / 100.00 | 20 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $980.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/27/2020 | Sell to Open | Call | 01/31/2020 / 95.00 | -5 | $2.10 | $1,050.00 |
| 1/31/2020 | Expired | Call | 01/31/2020 / 95.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $1,050.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/28/2020 | Sell to Open | Put | 01/31/2020 / 96.00 | -3 | $3.26 | $978.00 |
| 1/28/2020 | Sell to Open | Put | 01/31/2020 / 96.00 | -2 | $3.26 | $652.00 |
| 1/31/2020 | Assigned | Put | 01/31/2020 / 96.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $1,630.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/3/2020 | Sell to Open | Call | 02/07/2020 / 96.00 | -5 | $1.75 | $875.00 |
| 2/7/2020 | Expired | Call | 02/07/2020 / 96.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $875.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/13/2020 | Sell to Open | Call | 02/14/2020 / 94.00 | -2 | $1.96 | $392.00 |
| 2/13/2020 | Sell to Open | Call | 02/14/2020 / 94.00 | -1 | $1.96 | $196.00 |
| 2/14/2020 | Assigned | Call | 02/14/2020 / 94.00 | 3 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $588.00 |

Loss Chart

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/10/2020 | Sell to Open | Call | 02/14/2020 / 97.50 | -5 | $2.10 | $1,050.00 |
| 2/14/2020 | Expired | Call | 02/14/2020 / 97.50 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,050.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/18/2020 | Sell to Open | Call | 02/21/2020 / 97.00 | -1 | $0.55 | $55.00 |
| 2/18/2020 | Sell to Open | Call | 02/21/2020 / 97.00 | -1 | $0.55 | $55.00 |
| 2/18/2020 | Sell to Open | Call | 02/21/2020 / 97.00 | -1 | $0.55 | $55.00 |
| 2/21/2020 | Expired | Call | 02/21/2020 / 97.00 | 3 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$165.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/28/2020 | Sell to Open | Call | 02/28/2020 / 90.00 | -2 | $1.05 | $210.00 |
| 2/28/2020 | Assigned | Call | 02/28/2020 / 90.00 | 2 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$210.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 3/5/2020 | Sell to Open | Call | 03/06/2020 / 99.00 | -3 | $1.05 | $315.00 |
| 3/2/2020 | Sell to Open | Call | 03/06/2020 / 99.00 | -2 | $1.05 | $210.00 |
| 3/6/2020 | Expired | Call | 03/06/2020 / 99.00 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$525.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 3/9/2020 | Sell to Open | Call | 03/13/2020 / 94.50 | -3 | $1.20 | $360.00 |
| 3/9/2020 | Sell to Open | Call | 03/13/2020 / 94.50 | -1 | $1.20 | $120.00 |
| 3/9/2020 | Sell to Open | Call | 03/13/2020 / 94.50 | -1 | $1.23 | $123.00 |
| 3/13/2020 | Expired | Call | 03/13/2020 / 94.50 | 5 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$603.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/13/2020 | Sell to Open | Call | 03/20/2020 / 125.00 | -10 | $5.60 | $5,600.00 |
| 1/13/2020 | Sell to Open | Call | 03/20/2020 / 125.00 | -10 | $5.60 | $5,600.00 |
| 3/17/2020 | Buy to Close | Call | 03/20/2020 / 125.00 | 1 | $0.05 | -$5.00 |
| 3/17/2020 | Buy to Close | Call | 03/20/2020 / 125.00 | 2 | $0.05 | -$10.00 |
| 3/20/2020 | Expired | Call | 03/20/2020 / 125.00 | 17 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$11,185.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 1/14/2020 | Sell to Open | Call | 03/20/2020 / 130.00 | -4 | $5.32 | $2,128.00 |
| 1/14/2020 | Sell to Open | Call | 03/20/2020 / 130.00 | -1 | $5.32 | $532.00 |
| 1/14/2020 | Sell to Open | Call | 03/20/2020 / 130.00 | -5 | $5.32 | $2,660.00 |
| 3/20/2020 | Expired | Call | 03/20/2020 / 130.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$5,320.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/14/2020 | Sell to Open | Call | 04/17/2020 / 75.00 | -1 | $1.05 | $105.00 |
| 4/17/2020 | Assigned | Call | 04/17/2020 / 75.00 | 1 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$105.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/7/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -4 | $1.25 | $500.00 |
| 4/7/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -1 | $1.25 | $125.00 |
| 5/20/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -59 | $2.90 | $17,110.00 |
| 5/21/2020 | Sell to Open | Call | 06/19/2020 / 120.00 | -2 | $2.50 | $500.00 |
| 6/19/2020 | Expired | Call | 06/19/2020 / 120.00 | 66 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$18,235.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/22/2020 | Sell to Open | Call | 09/18/2020 / 120.00 | -66 | $3.00 | $19,800.00 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 22 | $0.50 | -$1,100.00 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 31 | $1.25 | -$3,875.00 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 10 | $0.33 | -$330.00 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 1 | $0.31 | -$31.00 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 1 | $0.55 | -$55.00 |
| 6/29/2020 | Buy to Close | Call | 09/18/2020 / 120.00 | 1 | $0.55 | -$55.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$14,354.00** |

Loss Chart

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/25/2019 | Sell to Open | Call | 10/25/2019 / 72.00 | -2 | $0.50 | $100.00 |
| 10/25/2019 | Assigned | Call | 10/25/2019 / 72.00 | 2 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $100.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/28/2019 | Sell to Open | Call | 11/01/2019 / 72.00 | -3 | $2.00 | $600.00 |
| 11/1/2019 | Assigned | Call | 11/01/2019 / 72.00 | 3 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $600.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/12/2019 | Sell to Open | Call | 11/15/2019 / 85.00 | -5 | $0.85 | $425.00 |
| 11/15/2019 | Expired | Call | 11/15/2019 / 85.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $425.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/18/2019 | Sell to Open | Call | 11/22/2019 / 85.00 | -1 | $1.05 | $105.00 |
| 11/18/2019 | Sell to Open | Call | 11/22/2019 / 85.00 | -4 | $1.05 | $420.00 |
| 11/22/2019 | Assigned | Call | 11/22/2019 / 85.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $525.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/22/2019 | Sell to Open | Call | 11/22/2019 / 88.50 | -2 | $0.30 | $60.00 |
| 11/22/2019 | Sell to Open | Call | 11/22/2019 / 88.50 | -1 | $0.81 | $81.00 |
| 11/22/2019 | Sell to Open | Call | 11/22/2019 / 88.50 | -2 | $0.85 | $170.00 |
| 11/22/2019 | Assigned | Call | 11/22/2019 / 88.50 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $311.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 100.00 | -5 | $1.25 | $625.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 100.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $625.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -2 | $1.32 | $264.00 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -3 | $1.32 | $396.00 |
| 11/25/2019 | Buy to Close | Call | 11/29/2019 / 102.00 | 5 | $0.72 | -$360.00 |
| 11/26/2019 | Sell to Open | Call | 11/29/2019 / 102.00 | -5 | $1.10 | $550.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 102.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $850.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/26/2019 | Sell to Open | Call | 11/29/2019 / 104.00 | -5 | $0.65 | $325.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 104.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $325.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/26/2019 | Sell to Open | Call | 11/29/2019 / 105.00 | -10 | $0.50 | $500.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 105.00 | 10 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $500.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 108.00 | -20 | $1.26 | $2,520.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 108.00 | 20 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $2,520.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/27/2019 | Sell to Open | Call | 11/29/2019 / 109.00 | -10 | $0.50 | $500.00 |
| 11/29/2019 | Expired | Call | 11/29/2019 / 109.00 | 10 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $500.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 99.00 | -3 | $1.22 | $366.00 |
| 11/25/2019 | Sell to Open | Call | 11/29/2019 / 99.00 | -2 | $1.22 | $244.00 |
| 11/29/2019 | Assigned | Call | 11/29/2019 / 99.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $610.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/2/2019 | Sell to Open | Call | 12/06/2019 / 112.00 | -10 | $2.50 | $2,500.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 112.00 | 10 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $2,500.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/6/2019 | Sell to Open | Call | 12/06/2019 / 116.00 | -5 | $1.22 | $610.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 116.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $610.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/5/2019 | Sell to Open | Call | 12/06/2019 / 119.00 | -5 | $2.50 | $1,250.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 119.00 | 5 | $0.00 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $1,250.00 |

Loss Chart

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/2/2019 | Sell to Open | Call | 12/06/2019 / 120.00 | -10 | $1.00 | $1,000.00 |
| 12/3/2019 | Sell to Open | Call | 12/06/2019 / 120.00 | -1 | $1.30 | $130.00 |
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 120.00 | -9 | $1.60 | $1,440.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 120.00 | 20 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,570.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 123.00 | -1 | $1.05 | $105.00 |
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 123.00 | -9 | $1.05 | $945.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 123.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,050.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/4/2019 | Sell to Open | Call | 12/06/2019 / 124.00 | -10 | $1.05 | $1,050.00 |
| 12/6/2019 | Expired | Call | 12/06/2019 / 124.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,050.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -1 | $3.10 | $310.00 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -7 | $3.14 | $2,198.00 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -2 | $3.10 | $620.00 |
| 12/13/2019 | Sell to Open | Call | 12/13/2019 / 112.00 | -10 | $2.50 | $2,500.00 |
| 12/13/2019 | Assigned | Call | 12/13/2019 / 112.00 | 20 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$5,628.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 115.00 | -10 | $2.10 | $2,100.00 |
| 12/13/2019 | Expired | Call | 12/13/2019 / 115.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,100.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 120.00 | -10 | $1.05 | $1,050.00 |
| 12/9/2019 | Sell to Open | Call | 12/13/2019 / 120.00 | -10 | $1.05 | $1,050.00 |
| 12/13/2019 | Expired | Call | 12/13/2019 / 120.00 | 20 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,100.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/11/2019 | Sell to Open | Call | 12/13/2019 / 122.00 | -10 | $1.05 | $1,050.00 |
| 12/13/2019 | Expired | Call | 12/13/2019 / 122.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,050.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/19/2019 | Sell to Open | Call | 12/20/2019 / 120.00 | -10 | $1.75 | $1,750.00 |
| 12/20/2019 | Expired | Call | 12/20/2019 / 120.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,750.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/16/2019 | Sell to Open | Call | 12/20/2019 / 123.00 | -10 | $2.05 | $2,050.00 |
| 12/20/2019 | Expired | Call | 12/20/2019 / 123.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,050.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/16/2019 | Sell to Open | Call | 12/20/2019 / 125.00 | -10 | $1.35 | $1,350.00 |
| 12/17/2019 | Sell to Open | Call | 12/20/2019 / 125.00 | -10 | $2.05 | $2,050.00 |
| 12/20/2019 | Buy to Close | Call | 12/20/2019 / 125.00 | 20 | $0.05 | -$100.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$3,300.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/23/2019 | Sell to Open | Call | 12/27/2019 / 120.00 | -10 | $2.05 | $2,050.00 |
| 12/27/2019 | Assigned | Call | 12/27/2019 / 120.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,050.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 12/27/2019 | Sell to Open | Call | 12/27/2019 / 123.00 | -10 | $1.05 | $1,050.00 |
| 12/27/2019 | Assigned | Call | 12/27/2019 / 123.00 | 10 | $0.00 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,050.00** |

| | | | **Account 2 Options Total:** | | | **$105,219.00** |