**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD RICE, AS TRUSTEE OF THE RICHARD E. AND MELINDA RICE REVOCABLE FAMILY TRUST 5/9/90, and CHRISTIAN STANKEVITZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI, and SANDIP S. KAPADIA,<br><br>Defendants. | Case No. 1:21-cv-00036-LJL |

**CONSENT TO PLAINTIFFS' FILING OF CORRECTED FIRST AMENDED**
**COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

On March 11, 2021, per the Court's Order Regarding the Time to File an Amended Complaint and Briefing Scheduling (Dkt. No. 61), Lead Plaintiff Richard Rice, as Trustee of the Richard E. and Melinda Rice Revocable Family Trust 5/9/90, and Plaintiff Christian Stankevitz (together, "Plaintiffs") timely filed their First Amended Complaint (Dkt. No. 63). Pursuant to the Court's notice to Plaintiffs, the Corrected First Amended Complaint was filed on March 15, 2021 (Dkt. No. 64).

The parties agree that the Court's Order Regarding the Time to File an Amended Complaint and Briefing Scheduling (Dkt. No. 61) specifically allowed Plaintiffs to file the First Amended Complaint, and Defendants do not object to Plaintiffs' filing of the Corrected First Amended Complaint.

Dated: March 17, 2021

**GLANCY PRONGAY & MURRAY LLP**

By: _/s/ Casey E. Sadler_
Robert V. Prongay (*pro hac vice*)
Casey E. Sadler (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
          csadler@glancylaw.com

*Attorneys for Plaintiffs and Lead*
*Counsel for the Class*

Dated:  March 17, 2021

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

_/s/ Scott D. Musoff_
Scott D. Musoff
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
scott.musoff@skadden.com

and

1

James R. Carroll (*pro hac vice*)
Alisha Q. Nanda
Rene H. DuBois
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
james.carroll@skadden.com
alisha.nanda@skadden.com
rene.dubois@skadden.com

*Attorneys for Defendants*
*Intercept Pharmaceuticals, Inc.,*
*Mark Pruzanski, And Sandip S. Kapadia*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 17, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 17, 2021, at Los Angeles, California.

/s/ Casey E. Sadler
Casey E. Sadler