UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| RICHARD RICE, AS TRUSTEE OF THE RICHARD E. AND MELINDA RICE REVOCABLE FAMILY TRUST 5/9/90, and CHRISTIAN STANKEVITZ, Individually and On Behalf of All Others Similarly Situated, | : : : : : : | 21-cv-00036 (LJL) |
| Plaintiff, | : : | ORAL ARGUMENT REQUESTED |
| v. | : : | |
| INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI, and SANDIP S. KAPADIA, | : : : : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DEFENDANTS' MOTION TO
## DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Corrected First Amended Complaint For Violations Of The Federal Securities Laws ("FAC"), dated March 15, 2021, the accompanying Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' First Amended Complaint; the accompanying Declaration of Scott D. Musoff, dated April 26, 2021 and the exhibits thereto; and upon all prior papers and proceedings herein, Defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, and Sandip S. Kapadia will move this Court, before the Honorable Lewis J. Liman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York 10007, on a date and at a time designated by the Court, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, for an Order (a) dismissing the First Amended Complaint with prejudice; and (b) granting such other and further relief as this Court may deem just and proper.

Dated:  New York, New York  
      April 26, 2021

James R. Carroll (*pro hac vice*)  
Alisha Q. Nanda  
Rene H. DuBois  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
500 Boylston Street  
Boston, Massachusetts 02116  
Telephone: (617) 573-4800  
james.carroll@skadden.com  
alisha.nanda@skadden.com  
rene.dubois@skadden.com

/s/ Scott D. Musoff  
Scott D. Musoff (scott.musoff@skadden.com)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Manhattan West  
New York, New York 10001  
Telephone:  (212) 735-3000

*Attorneys for Defendants*  
*Intercept Pharmaceuticals, Inc.,*  
*Mark Pruzanski, and Sandip S. Kapadia*