UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD RICE, AS TRUSTEE OF THE           :
RICHARD E. AND MELINDA RICE                :
REVOCABLE FAMILY TRUST 5/9/90, and    :
CHRISTIAN STANKEVITZ, Individually and  :      21-cv-00036 (LJL)
On Behalf of All Others Similarly Situated,     :
                                                                        :
                                        Plaintiff,            :      ORAL ARGUMENT REQUESTED
                                                                        :
             v.                                                      :
                                                                        :
                                                                        :
INTERCEPT PHARMACEUTICALS, INC.,    :
MARK PRUZANSKI, and SANDIP S.            :
KAPADIA,                                                    :
                                                                        :
                                        Defendants.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF SCOTT D. MUSOFF
IN SUPPORT OF DEFENDANTS' MOTION TO
<u>DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT</u>**

I, Scott D. Musoff, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the Firm Skadden, Arps, Slate,

Meagher & Flom LLP, counsel for Defendants Intercept Pharmaceuticals, Inc. ("Intercept"),

Mark Pruzanski, and Sandip Kapadia.

2.      I respectfully submit this Declaration in support of Defendants' Motion to

Dismiss Plaintiffs' First Amended Complaint (the "Motion") and to transmit true and correct

copies of the following documents to which reference is made in the papers submitted in support

of the Motion:

*Exhibit   Description*

**1.**   Transcript of Intercept's Third Quarter 2020 Earnings Conference Call, dated
November 9, 2020

**2.**   Transcript of Intercept Conference Call, dated February 1, 2018

3.  Intercept Press Release, dated September 27, 2019

4.  Intercept Press Release, dated May 22, 2020

5.  Intercept Press Release, dated June 29, 2020

6.  Intercept Press Release, dated August 10, 2020

7.  FDA-Approved Ocaliva Label, revised February 2018[1]

8.  Securities and Exchange Commission ("SEC") Form 10-Q for the quarterly period ended June 30, 2020, filed by Intercept on August 10, 2020

9.  Transcript of Intercept Conference Call, dated December 16, 2019

10. Transcript of Intercept's Second Quarter 2020 Earnings Conference Call, dated August 10, 2020

11. STAT news article entitled "FDA investigating whether Intercept Pharma drug is tied to potential liver injury risk," dated October 8, 2020[2]

12. SEC Form 4 filings for Dr. Mark Pruzanski during the Class Period

13. Advera Health Analytics, Inc. Pharmacovigilance Signal Detection Guide[3]

14. Evaluate Vantage article entitled "Shedding light on Intercept's opaque disclosure," dated October 13, 2020[4]

15. FDA Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, dated March 2005[5]

---

[1]     *Available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/207999s003lbl.pdf

[2]     *Available at* https://www.statnews.com/2020/10/08/fda-investigating-whether-intercept-pharma-drug-is-tied-to-potential-liver-injury-risk/

[3]     *Available at* https://info.adverahealth.com/pharmacovigilance-signal-detection-the-complete-guide#next_generation_signal_detection_software

[4]     *Available at* https://www.evaluate.com/vantage/articles/news/policy-and-regulation/shedding-light-intercepts-opaque-disclosure

[5]     *Available at* https://www.fda.gov/files/drugs/published/Good-Pharmacovigilance-Practices-and-Pharmacoepidemiologic-Assessment-March-2005.pdf

16. FDA White Paper, Data Mining at FDA, dated August 20, 2018[6]

17. FDA Guidance for Industry, Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products -- Content and Format, dated January 2006[7]

18. Transcript of Intercept's Presentation at the Piper Sandler 32nd Annual Healthcare Conference, dated December 1, 2020

19. FDA Manual of Policies and Procedures 4121.3, Collaborative Identification, Evaluation, and Resolution of a Newly Identified Safety Signal (NISS), effective April 30, 2020[8]

20. Transcript of Intercept's Fourth Quarter 2020 Earnings Conference Call, dated February 25, 2021

21. Transcript of Intercept Conference Call, dated June 29, 2020

22. Intercept Press Release, dated December 10, 2020

23. SEC Form 8-K filed by Intercept on February 22, 2021

24. Intercept Press Release, dated March 10, 2021

25. Intercept Press Release, dated November 5, 2019

26. Transcript of Intercept's Third Quarter 2019 Earnings Conference Call, dated November 5, 2019

27. Intercept Press Release, dated November 25, 2019

28. Transcript of Intercept's Fourth Quarter 2019 Earnings Conference Call, dated February 25, 2020

29. Intercept Press Release, dated May 11, 2020

30. Excerpts from SEC Form 10-Q for the quarterly period ended September 30, 2019, filed by Intercept on November 5, 2019

---

[6]    *Available at* https://www.fda.gov/science-research/data-mining/data-mining-fda-white-paper

[7]    *Available at* https://www.fda.gov/media/72139/download

[8]    *Available at* https://www.fda.gov/media/137475/download

31.  Excerpts from SEC Form 10-K for the fiscal year ended December 31, 2019, filed by Intercept on February 25, 2020

32.  Excerpts from SEC Form 10-Q for the quarterly period ended March 31, 2020, filed by Intercept on May 11, 2020

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 26, 2021, New York, New York.

/s/ Scott D. Musoff
Scott D. Musoff