# EXHIBIT 2

**S&P Global**
Market Intelligence

# Intercept Pharmaceuticals, Inc.
# NasdaqGS:ICPT
# Special Call
## Thursday, February 01, 2018 10:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Contents**

# Table of Contents

Call Participants ........................................................................ 3

Presentation ........................................................................ 4

Question and Answer ........................................................................ 8

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Mark Pruzanski**
*Founder, CEO, President & Director*

**Mark Joseph Vignola**
*Executive Director, Head of Corporate Development & Investor Relations*

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

## ANALYSTS

**Alan Carr**
*Needham & Company, LLC, Research Division*

**Andrew Scott Berens**
*Morgan Stanley, Research Division*

**Brian Corey Abrahams**
*RBC Capital Markets, LLC, Research Division*

**Brian Peter Skorney**
*Robert W. Baird & Co. Incorporated, Research Division*

**Eliana Rachel Merle**
*Crédit Suisse AG, Research Division*

**Jay Olson**
*Oppenheimer & Co. Inc., Research Division*

**Jenny M. Leeds**
*BofA Merrill Lynch, Research Division*

**Joel Lawrence Beatty**
*Citigroup Inc, Research Division*

**Joseph Patrick Schwartz**
*SVB Leerink LLC, Research Division*

**Kelechi Clarence Chikere**
*Jefferies LLC, Research Division*

**Kevin Mahendra Patel**
*Goldman Sachs Group Inc., Research Division*

**Liisa Ann Bayko**
*JMP Securities LLC, Research Division*

**Navin Cyriac Jacob**
*Deutsche Bank AG, Research Division*

**Steven James Seedhouse**
*BMO Capital Markets Equity Research*

## ATTENDEES

**John Vierling**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Thank you for joining the Intercept Pharmaceuticals Ocaliva Label Update Conference Call. [Operator Instructions] Please be advised that this call is being recorded at the company's request and a webcast of this call will be archived on the company's website for 2 weeks from today's date.

I would now like to introduce Dr. Mark Vignola, Intercept's Senior Director of Investor Relations. Please go ahead.

**Mark Joseph Vignola**
*Executive Director, Head of Corporate Development & Investor Relations*

Thank you, operator. Good afternoon, and thank you for joining us on today's call. This afternoon, we issued a press release announcing updates to the U.S. Prescribing Information for Ocaliva, which is available on our website at www.interceptpharma.com.

Before we begin our discussion today, please remember we will be making certain forward-looking statements on today's call, including statements regarding the safety, benefit and efficacy of Ocaliva, the commercial potential of Ocaliva, any future events that may be experienced by patients who use Ocaliva and the association of such events with its use, the result of Intercept's educational efforts and its health care providers and other planned and ongoing initiatives, the dosing of Ocaliva as well as other statements which relate to future events. These statements are based on the beliefs and expectations of management as of today. Our actual results may differ materially from our expectations. Investors should read carefully the risks and uncertainties described in our reports filed with the U.S. Securities and Exchange Commission, including the Risk Factors section of our most recent annual report on Form 10-K and in our filings with the SEC. We assume no obligation to revise or update forward-looking statements whether as a result of new information, future events or otherwise.

OCA is an investigational product and has not been approved for use by any regulatory authority in any indication other than primary biliary cholangitis, or PBC. No conclusions can be drawn concerning the safety or efficacy of OCA in these indications at this time.

The format for today's call will include remarks from our CEO, Mark Pruzanski; our Senior Vice President and Head of U.S. Commercial, Richard Kim; and brief comments from Dr. John Vierling from the Baylor College of Medicine. While Dr. Vierling has been compensated for work with Intercept in the past, he's appearing on this call on his own behalf.

Thanks very much, and I'd now like to turn the call over to our CEO, Dr. Mark Pruzanski.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Thanks, Mark. Good afternoon, everyone, and thank you for joining us on today's call. As you know, earlier today, we announced an update to the U.S. label for Ocaliva. The label now includes a box warning, which reinforces a perfect dosing in primary biliary cholangitis or PBC patients, with Child-Pugh Class B or C or decompensated cirrhosis. Such patients are at an advanced stage of their liver disease and represents approximately 2% to 3% of the PBC population. Importantly, the updated label does not change the original dosing recommendations for Ocaliva nor restrict the use of the medication in the PBC population. The updates to the label were the result of close collaboration with FDA to review our postmarketing experience with Ocaliva. Having completed this process, we remain confident in Ocaliva's safety profile and the benefit it provides when used as directed in patients with PBC, a devastating disease that is one of the leading causes of liver failure in women. We believe that these changes will be helpful in the education of physicians about this long-neglected liver disease and look forward to engaging with our physician audience. We continue to believe that Ocaliva represents an important treatment for the thousands of PBC patients who are inadequately addressed by the standard of care.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Before continuing, I'd just like to say that at Intercept, we've been dedicated to the PBC community for well over a decade. We've pioneered the first new approved treatment option in 20 years. There are many patients who are currently benefiting from Ocaliva, and we're committed to helping all of them and the many more with an unmet medical need who inspire the work we do.

Now I'd like to take you through the specific revisions to the label, and also summarize the work that we've done to better understand the complex postmarketing cases that have been reported.

As mentioned, the label has been revised to include a box warning that gives greater prominence to the existing dosing schedule for patients with advanced cirrhosis who require a lower dose of Ocaliva. This group, with this advanced disease stage, comprises approximately 2% to 3% of the PBC population and is at high risk of liver decompensation, failure and mortality. PBC patients can transition from being stable with compensated disease to experience a decompensation event and deteriorate rapidly thereafter. In an analysis of data from the Global PBC study group, the largest PBC natural history database, demonstrated that within only 1 year of experiencing a decompensation event, 41% of UDCA-treated patients died or received a liver transplant. Therefore such patients must be carefully monitored. The label now more prominently highlights the need for physicians to assess patient's Child-Pugh status when cirrhosis is suspected and select the appropriate Ocaliva dose. The updated label also increases the prominence and reinforces existing monitoring recommendations for PBC patients treated with Ocaliva but does not introduce new monitoring requirements that differ from established standard of care.

Finally, we're also working to harmonize the Ocaliva label globally. We're currently working with the European Medicines Agency to update the Ocaliva European label to similarly reinforce appropriate dosing in patients with advanced cirrhosis. In the meantime, we'll be issuing a Dear Health Care professional communication to educate on the anticipated changes to the label.

I'd now like to review the postmarketing analyses that underpinned our work with FDA. As we've previously communicated, over the course of normal postmarketing pharmacovigilance, we've observed cases of hepatic decompensation and failure in patients with advanced cirrhosis when Ocaliva was dosed more frequently than the recommended starting dosage. As a reminder, postmarketing data are constantly changing, and reports of adverse events required careful review and analysis. Many case reports often have incomplete information such as cause of death, disease status, and/or dosing information making a full assessment of causality difficult. In fact, as stated in our updated label, because postmarketing events are reported voluntary from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure, particularly in PBC patients who have progressed to liver disease. Despite these limitations, we undertook a comprehensive approach to evaluating our postmarketing experience, including in paneling and independent hepatic adjudication committee of experts in drug-induced liver injury to review the postmarketing cases cited in FDA's September 2017 Drug Safety Communication. This committee concluded that: first, a causal relationship between Ocaliva and liver decompensation and/or liver failure could not be established; second, the pattern of events appears to be consistent with the natural history of the underlying disease. In addition to the work of this committee, we commissioned a further detailed assessment of a broader updated set of postmarketing data. The conclusions of this work are consistent with the independent committee's prior findings. For this reason, as stated, we remain confident in Ocaliva's safety profile and the benefit it provides when used as directed in patients with PBC across the disease spectrum.

At the same time, it is important to remember that PBC is a serious progressive disease, and we do expect that our postmarketing experience will continue to reflect that fact.

Now I want to turn the call over to Richard to speak about our efforts to educate physicians about the appropriate dosing of Ocaliva and our plans to introduce the new Ocaliva label.

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Thanks, Mark. The updated label and medication guide are important developments. As we know, there have been some confusion amongst the physicians and patient communities since the FDA's Drug Safety Communication in September. While we have seen improvement in physicians' understanding of a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

need for a lower dose in patients with advanced cirrhosis, there has also been some confusion about how to differentiate these patients from those with earlier stage disease, including patients with well-compensated cirrhosis.

Through our customer interactions and market research, it's clear that some physicians and patients have been waiting for us to provide an update to them. We believe that our updated label will provide further clarity, guidance and confidence to physicians to ensure the appropriate use of Ocaliva. Right now, our goal is to communicate these label updates to key stakeholders. All team members across the entire commercial and medical organizations have been trained on the label updates and starting tomorrow, will be in front of customers. In the coming days, we will increase our communication efforts to engage with our target physicians through direct outreach, personal calls, mail, e-mail and speaker training and programs. In addition, we have started reaching out to patient advocates, and using our Interconnect hub, we will be reaching out to patients using the medication guide. As we execute this coordinated effort, we will be collecting feedback and we look forward to providing updates to you on our future calls.

We feel really good about the outcomes here with this label. I've already had the chance to speak with a few physicians, and the feedback from them has been positive. But there is still a lot of work ahead of us. There are a large number of patients who have the potential to benefit from Ocaliva, and our team is eager to get the word out and keep driving our lunch forward.

I'd now like to introduce Dr. John Vierling from the Baylor College of Medicine. Dr. Vierling is a board-certified in internal medicine and gastroenterology and a fellow of the American College of Physicians. Additionally, Dr. Vierling is a former President of the AASLD and a highly respected opinion leader in the field of hepatology. Over to you, Dr. Vierling.

**John Vierling**

Thank you very much, Richard. As noted before, I have been involved in PBC as a clinician. That spans about 40 years at this point. And in research design to alleviate the unnecessary suffering of this largely female population with this cholestatic autoimmune liver disease. I previously was a principal investigator in the Phase II and Phase III studies of obeticholic acid in PBC, and also as a presenter at the GI drug advisory committee meeting that led to its approval.

With that background, I want to point out and emphasize that PBC remains enigmatic in terms of our understanding of its actual root cause and thus, therapies have been designed and very gratifyingly have shown benefit in retarding or preventing the pace of natural progression of this disease, which was inexorable and inevitable in all patients before the advent of the use of ursodeoxycholic acid. All such patients died and/or got a liver transplant. And as you're well aware, liver transplantation in this country and worldwide is also only available to a limited population of patients with any liver disease.

After we treated these patients with ursodeoxycholic acid, it was recognized that 40% had an unmet need. In other words, they were progressing and seeking therapies and cures that did not exist, and were suffering liver failure, premature death or transplantation. And in this sense, obeticholic acid has addressed with safety and efficacy the unmet need of that population as a second-line therapy. And we're very gratified that it's available to our patients, and our patients are very gratified by the availability of this drug.

Its safety and efficacy was recognized to require specific dosing that attended to the actual circumstance of individual patients who had advanced disease, in other words, cirrhosis. Those who have compensated cirrhosis are dosed as all noncirrhotics are dosed. But it was originally known and stated in the original package insert that those had, had advanced cirrhosis with evidence of decompensation, which can be measured by measures like the Child-Turcotte-Pugh scoring system, did not benefit from those doses because of hepatic impairment leading to increased amounts of the drug in the blood and, perhaps, in off-target tissues.

That having been recognized, unfortunately, resulted, and I believe from my personal opinion, some inappropriate use of standard dosing in patients who were hepatically impaired and hence evidence of this toxicity. What I think is so important is the box warning really is gratifying to see that it emphasizes

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and gives clarity to all practitioners of the importance of recognizing that patients who have advanced cirrhosis, Child-Turcotte B and C Class cirrhosis, need to be dosed once weekly and indeed provides a table to indicate how they should subsequently be dosed if one finds that they're responding and can safely increase that dose to a twice-weekly maximum rather than a daily use. This clarity, I think, addresses that unmet need and uncertainty in the practice population and has the potential to allow many more patients to benefit from this therapy.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Dr. Vierling, thanks very much. In closing, I believe this updated label represents an important turning point for the company. Our close collaboration with FDA and a number of hepatology experts has led to a deeper understanding of this these complex postmarketing cases, which has resulted in a label that will improve the care of PBC patients, as Dr. Vierling just noted. And as Richard stated, we now have the opportunity to reengage with physicians, our customers to provide further clarity on the dosing recommendations for patients with advanced cirrhosis. This will be key to reinvigorating growth and building back momentum in our launch.

Finally, the events of the past few months shine a light on the real unmet needs of our PBC patients who progressed to end-stage disease. It reminds us that we need to do everything we can to ensure that patients don't experience the complications associated with advanced cirrhosis. That's why we developed Ocaliva. That's why I founded Intercept. We are committed to doing everything we can to reinforce the safe use of our medication. And as I said in my introductory remarks, we are in tremendous debt to the patient who inspire the work we do every day at Intercept.
I'd now like to open the call up to take your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Ian Somaiya with BMO Capital Markets.

**Steven James Seedhouse**
*BMO Capital Markets Equity Research*

It's Steve calling in for Ian. I was wondering if you guys can provide a little additional detail on the medication guide that's being distributed to patients, what that describes or includes and is that being distributed to all patients or just the Child-Pugh B and C patients?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Yes. Thanks for your question. Richard, can I ask you to answer that?

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Sure. The medication guide is something going forward that will accompany every prescription of Ocaliva in the country. The focus of the medication guide, the first statement is really about important information of patients who know about Ocaliva as we have -- and what it says is if you have primary biliary cholangitis, PBC, with advanced cirrhosis, you may need a lower dose of Ocaliva. That's really one of the key statements in the medication guide. So going forward, once again, probably within a couple of weeks, every new -- or every prescription of Ocaliva will be accompanied by this medication guide.

**Steven James Seedhouse**
*BMO Capital Markets Equity Research*

Okay. And just on the EU label update. Is this -- where are you, I guess, in the process and should we expect a similar time line to what we saw in the U.S. as that negotiation transpires?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Well, again, as I mentioned in my prepared remarks, we're doing this to harmonize on the label. Again, introduce the helpful updated features into the European label. So there shouldn't be any surprises there. And we're in the process right now. And as soon as it's updated, we'll let you know.

**Steven James Seedhouse**
*BMO Capital Markets Equity Research*

Okay. Just one last, if I may. Can you speak at all to the mention of routine monitoring for biochemical response, tolerability progression in the label and I guess what your interpretation of routine is? And if that window varies depending on whether you're noncirrhotic or Child-Pugh A or Child-Pugh B, C?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Yes, sure. So just to reiterate what I mentioned in my prepared remarks, recommendation on the label does not differ at all from standard of care, established standard of care. I think it's probably better to ask Dr. Vierling to comment on what your interpretation is of routine monitoring and how it differs depending on disease stage.

**John Vierling**

Yes. So the routine monitoring of all patients with chronic liver disease, it needs to be diligent in this part of standard of care, which, of course, carries a medical legal implication for the need to carry it out.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And in the United States, any patient with advanced fibrosis or cirrhosis, be that evidenced as clinical basis, imaging basis or having been provided through a biopsy, any and all of those necessitate a follow-up with a specialist every 6 months. That follow-up is initiated with screening that includes endoscopy to detect varices of the esophagus and upper portion of the stomach, which might be of appropriate size to consider prophylaxis to prevent them from bleeding. One of the signs of decompensation is bleeding varices in cirrhotics. And it also involves surveillance imaging of the liver, along with serum alpha-fetoprotein testing every 6 months as surveillance for hepatocellular carcinoma. That is routine. And at those appointments, new blood tests are looked at as well as interim history, medication history and physical examinations are performed. So all of what is required for follow-up for patients with advanced liver disease is standard of care regardless of what drugs they may take and regardless of which disease has caused their decompensated cirrhosis standing. So all Child B and C patients should have that particular level of care routinely performed every 6 months and in addition, clinicians have always been given the patient's admonitions that if certain symptoms were to develop, that they're called immediately and appropriate care will be delivered out of that sequence of every 6 months on an individual basis. So with respect to the guidance and the admonition that there will be required follow-up, it is no different than the requirement that we have is standard of care for these patients.

**Operator**

And our next question comes from the line of Michael Yee from Jefferies.

**Kelechi Clarence Chikere**
*Jefferies LLC, Research Division*

This is Kelechi on for Michael Yee. Congrats on getting this all finished up and this issue resolved. I have a couple of questions here. First, is it reasonable to expect that Scripps and IMS remain volatile or could go down over the next couple of months as prescribers see the new label and may need to take some time to adjust? Or do you think that they'll view the label update as great and Scripps will go up and accelerate over the next 1 to 2 quarters? How should we think about that? And then can you remind us how confident you are in when the reverse cirrhosis study will start? Can you talk about how your discussions with the FDA in today's label update have altered, if at all, your view of the reverse study?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Sorry with respect to the first part of the question, we're not issuing guidance on this call. I can ask Richard to comment on, perhaps, the volatility seen in IMS.

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Yes. No, what I would just say is, as I stated earlier, our goal is to really communicate the update in this label. So we don't comment on where it's going to go. But our -- what our focus is to really make sure that the new information is out there. It will take some time to get the information out there so it doesn't happen overnight but that is absolutely our top priority over the next short while of time. And I guess, Mark, you'll take the next question?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Yes. So your second question was with respect to reverse, and we expect to make an announcement on the study within our guidance of Q1.

**Operator**

Our next question comes from the line of Navin Jacob from Deutsche Bank.

**Navin Cyriac Jacob**
*Deutsche Bank AG, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Just want to understand -- so I understand what you're saying about the monitoring in the label as being routine. But just had a question about what the FDA has asked you with regards to any future commitments about postmarketing surveillance of any kind, if that exists?

**Mark Pruzanski**
*Founder, CEO, President & Director*

I think the label speaks for itself in terms of what we and FDA have agreed is appropriate. And the routine monitoring in there is consistent with established standard of care, as Dr. Vierling mentioned a minute ago. So that's what's required at this point in time.

**Navin Cyriac Jacob**
*Deutsche Bank AG, Research Division*

Got it. And then when -- can you remind us when was the last DSMB look into REGENERATE, specifically around safety?

**Mark Pruzanski**
*Founder, CEO, President & Director*

So the DSMC meets on a quarterly basis. They review, not just REGENERATE but all of our ongoing clinical trials. And as of last review, which was not too long ago, recommendation was to continue all studies without any modification.

**Navin Cyriac Jacob**
*Deutsche Bank AG, Research Division*

Got it. And then can you discuss or help us understand the differences between NASH and PBC as it relates to Child-Pugh B, C status in those 2 different patient populations, please?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Sure. I think that I'll ask Dr. Vierling to address that question.

**John Vierling**

It's a very important question and we need to start with the basics that PBC is a cholestatic disease and in this disease, inflammation destroys, physically destroys, the small- and medium-caliber bile ducts and permanently obstructs the outflow of bile from those areas that were being drained by those ducts. The consequence of that is that they develop a cholestatic liver disease, and the toxic potential of those toxic bile acids is what is being addressed therapeutically with ursodeoxycholic acid and the obeticholic acid. So that particular disease is a biliary obstructive disease. NASH is a hepatocellular disease in which the hepatocytes are destroyed and ultimately replaced with bands of scar. They can also progress to cirrhosis and can progress to decompensated Child-Turcotte-Pugh B and C class disease, necessitating transplant, for example. However, it is not a cholestatic disease. And the metabolism and the on-target therapeutic benefits therefore of the obeticholic acid, which has multiple therapeutic potentials in terms of inflammation, lipid metabolism and scarring reaction, to name 3 that are very pertinent to liver disease, are different than in the circumstance of cholestatic toxicity. So these are entirely different diseases that have different targets that are being addressed by this clearly potent obeticholic acid agonist for FXR.

**Navin Cyriac Jacob**
*Deutsche Bank AG, Research Division*

And then one last question, if I may, for Dr. Vierling. How does Child-Pugh A and Child-Pugh B, C match up with fibrosis scoring, specifically the compensated cirrhosis versus decompensated cirrhosis?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Go ahead, Dr. Vierling.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**John Vierling**

Well, they're all part of a nomenclature in an attempt to quantify and classify patients. So advanced fibrosis and cirrhosis, let's take cirrhosis, which is defined as advanced scarring and nodularity of the liver. So what a pathologist defines cirrhosis as, regardless of the disease that caused it. In that, we have a disease which can progress. So cirrhosis is not an endpoint, it is a process. Looking at it as a process it has been subdivided using the Child-Turcotte-Pugh scoring system into 3 classes: A, which are equivalent to points 5 and 6 on a scale that ranges from 5 to 15; Child Class B, which would be a score ranging from 7 to 9; and Child Class C, a score ranging from 10 to 15. That scoring system has 3 elements that are blood tests. So we look nearly at the blood tests. If they're in a certain range, we assign a score ranging from 1 to 3. 2 of the elements relate to symptoms and signs. 1 of the symptoms is hepatic encephalopathy, altered function of the CNS caused by liver disease. The other is fluid retention in the abdomen, referred to as acidic fluid or ascites. And based on the amount of severity of those, 1 assigns points 1, 2 or 3. So the minimum score a patient with cirrhosis can have is a score of 1 in all 5 of those elements, 3 of the lab tests and 2 of the clinically determined tests for a score of 5. If 1 has a score of 3 for all 5 of those elements, then the score is 15. So this is really a way to say where, in the continuum of the progression of cirrhosis to liver failure, and ultimately death unless you have a successful liver transplant, is the patient? So decompensated cirrhosis is Child B or C Class. Compensated cirrhosis is Child A Class or a score of 5 to 6.

**Operator**

Our next question comes from the line of Alethia Young from Crédit Suisse.

**Eliana Rachel Merle**
*Crédit Suisse AG, Research Division*

It's Eliana for Alethea. The updated label had some warning about interrupting treatment in patients with lab or clinical evidence of worsening liver function indicating risk of decompensation. So just in practice, how exactly do you think this will be defined and interpreted? And then secondly, how many patients do you think this interruption could abide to?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Thank you. Yes, it does. And I think, generally, I would answer at a high level that worsening liver function is assessed by bilirubin and albumin and platelets. But Dr. Vierling, if you could talk from your clinical experience?

**John Vierling**

Well, I think as I've pointed out, the monitoring of all patients in standard of care includes a serial testing of liver panels. And those panels always include that bilirubin, alkaline phosphatase, AST and ALT and albumin is standard of use in all of the major laboratory systems in the United States. So one will have the ability to look at all of those. When we think about the progression of the disease itself, we're most concerned by a persistent elevation of alkaline phosphatase, a rising bilirubin or a decreasing albumin. These are features that would be reflected in a potential change of that Child-Turcotte-Pugh scoring system because those elements, along with prothrombin INR, are the laboratory elements, bilirubin, albumin and prothrombin INR in that score. So we would look at those very carefully. And if they are changing the score for any patient, we would then do what is necessary to understand why. And although we could say that drug toxicity represents one of the potential reasons, most often, it is not the reason. We have to do some diligent work and look at all other causes for those abnormalities to identify the answer to that question. Now 2 other aspects are the enzymes, AST and ALT. They can fluctuate in PBC or in other diseases. They are merely reflections of injury to the hepatic cells. When they are perturbed, very often, we have a circumstance with some kind of intercurrent illness or some kind of very mild reaction to standard prescribed or over-the-counter drugs is in play. And we've learned to look at those and not make any gross changes in therapeutics. So we do look at those. That is routine, that is standard of care. And it's really when you have -- it's unaddressed as to why you're seeing something of potential clinical

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

significance. Your first event is to diligently test to find the cause, considering only by the process of elimination that it may be drug-related.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Thanks, Dr. Vierling. Yes. And the only other comment with respect to your question about the number of patients affected, we can't speculate on what will happen out in the postmarketing setting but to say that we would expect a small minority of patients to be impacted this way. And I say that based on our extensive clinical trial experience. And if you remember, our Phase III trial showed in supported approval of Ocaliva showed that virtually all patients experienced improvement, some improvement in these lab parameters or remain stable whereas patients who are only receiving UDCA standard of care, approximately 1/3 of them actually increased over the course of the study. So obviously, we'll keep watching for this. But the recommendation on the label obviously is for the benefit of that patient who does experience worsening of liver function.

**Operator**

Our next question comes from the line of Brian Abrahams with RBC Capital Markets.

**Brian Corey Abrahams**
*RBC Capital Markets, LLC, Research Division*

My first question is, I was wondering, could you give us a sense of what degree of reticence you're seeing amongst prescribers as they look for clarity on safety and await the new label? Is there pent-up demand amongst new patients? Or should we expect maybe the refill delay gap to close, and that will be sort of the first pull through that you get from the re-engagement with physicians?

**Mark Pruzanski**
*Founder, CEO, President & Director*

[ Richard, take the question ].

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Yes. It's a great question. So I think generally, what we're -- reticence is maybe not the right word I would use. But I would just say, people are really seeking clarity. So what we have seen and heard in our research is physicians have just made some of their own adjustments without knowing what to do. Some going for weekly dosing when they weren't sure, or some suggesting some drug holidays. So also as far as pent-up demand, it's hard to sort of really predict. We have seen some of the new patients start to be a little bit slower but it also was compounded by the year-end phenomena that we see. So I think right now, Brian, we just sort of look at the updated label, the chance to get out there again and sort of reinvigorate our communications. And I think we'll sort of learn over the next sort of weeks and months to sort of see where this leads us. But I think we feel pretty good about getting out there in front of our customers again.

**Brian Corey Abrahams**
*RBC Capital Markets, LLC, Research Division*

Makes sense. And then we noticed that the label specifically clarified that the dose-dependent liver-related AEs, which had been previously described in the label, were in early-stage PBC patients, as all of us who follow the dose escalation development know. But I'm just wondering, I guess, to what extent that clarification could actually help increase comfort in dosing at the recommended levels in mild patients. Are you're getting any initial impression that this may be easing any confusion about the non-Child-Pugh B, C patients?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Richard?

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Yes. It's maybe a little too hard to read into that. I think it's a real interesting nuance that you picked up on, Brian. I think for the whole -- our overall position for the updates in the label here, I think, at the macro, it will provide a lot of clarity when there's been a bit of less clarity [indiscernible] a while. So I think it's an interesting point. We'll see how it sort of reads out here. But I think, once again, overall, we feel like this label is going to take away a lot of the questions that prescribers had in the last few months.

**Brian Corey Abrahams**
*RBC Capital Markets, LLC, Research Division*

Got it. One more question, if I could. Would the patients in REGENERATE require any sort of new disclosures, medication guides? And any impact to potential long-term time lines there?

**Mark Pruzanski**
*Founder, CEO, President & Director*

No. These are 2 completely different indications. So the label update today applies only to the end market PBC. Label indication has nothing to do with our NASH program.

**Operator**

Our next question comes from the line of Joseph Schwartz with Leerink Partners.

**Joseph Patrick Schwartz**
*SVB Leerink LLC, Research Division*

I was -- I picked up on something you said about providing some updates in the future to gauge how your education efforts are going. So could you address that a little bit? What should we look forward to there? And then will the FDA be doing anything in particular to monitor how well the label update is working to prevent misdosing?

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Sure. So Joseph, yes, as far as the updates are concerned, so we do a lot of tracking around a lot of metrics, messaging, recall, and other things. What I can say is the feelings around Ocaliva, as far as the efficacy, have absolutely been very strong still. Some of the messaging with all the dose communication, hepatic impairment dosing has been out there as the very high regarded message as well. I think over the next while, we're going to get a lot of this information to just basically see how physicians are reacting to our label. So I would anticipate over the next few months, maybe not for this upcoming earnings call, but for the next, we should have a lot of information to update folks on that aspect. And Mark, did you want to take the second question?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Yes. With respect to future engagement with FDA, we'll continue our routine pharmacovigilance in the postmarketing setting and continue to report and adjudicate cases as they come in to FDA and continue engaging with them. But that's just routine PB work.

**Joseph Patrick Schwartz**
*SVB Leerink LLC, Research Division*

Great. And then just as a quick follow-up, how do you expect the EMA's thought process to differ at all from how the FDA has handled the situation?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

Well, there's a different process, of course. But as I mentioned in my prepared remarks, we are seeking proactively to harmonize our label worldwide. And so we're engaged with EMA on this. And again, we -- our expectation is that we'll update the label to again highlight the need for correct dosing in patients with advanced cirrhosis as the primary goal.

**Operator**

Our next question comes from the line of Joel Beatty with Citi.

**Joel Lawrence Beatty**
*Citigroup Inc, Research Division*

I realize that this type of nonrecurring isn't necessarily needed in NASH. It's 2 different diseases. But could you give a sense of whether it would still be prudent to do this level of monitoring? Or is a different level required in Child-Pugh B and C patients in NASH?

**Mark Pruzanski**
*Founder, CEO, President & Director*

You asked me about -- so in NASH, just to remind you, we're currently in an investigational drug in Phase III so I can't speculate on NASH postapproval. However, I'll just reference back to Dr. Vierling's comment that irrespective of disease etiology, there is monitoring that has to occur out there that is routine standard of care. And particularly, with respect to patients with advanced cirrhosis, there are very prescribed follow-ups that physicians have to undertake.

**Joel Lawrence Beatty**
*Citigroup Inc, Research Division*

Okay, great. And then maybe one other question related to PBC. Could you give a sense of whether physicians have already changed their monitoring behavior to where it needs to be since the safety announcements came around September of last year? Or do you expect with this label change that you'll still need to see additional changes in behavior from them?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Richard?

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Sure. Joel, yes, as far as -- I'm not sure we have all those specific insights. What I would say, though, is our -- what we've seen from what's going on with the Drug Safety Communication out there is I think people are just being a little bit more vigilant. I would sort of articulate it in lines with what Dr. Vierling had said more towards that I would call the standard of care. When nothing new is available in the disease commission for 20 years, you just sort of get set in your way. And I think it was maybe more of a good wake-up call that says -- as the Mark had said, it's a very serious progressive disease. And I think it's just made people mindful of the fact that they shouldn't apply the standard of care of monitoring the patients overall.

**Operator**

And our next question comes from the line of Alan Carr from Needham and Company.

**Alan Carr**
*Needham & Company, LLC, Research Division*

For Dr. Vierling, I wonder if you could comment about your personal experiences and observations since the warning last fall. How has it affected what you do? And your impression of how it's affected patients and maybe some of the physicians and their patients that are close to you?

**Mark Pruzanski**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Founder, CEO, President & Director*

Dr. Vierling?

### John Vierling

Yes. It's a very fair question. I first have to preface that we are a referral center for liver disease and a transplant center. And as such, we have a fairly specialized population. But in this context, we see more patients with Child B and C Class as a transplant center than most centers would even though it's been already stated. Overall, it's probably 2% to 3% of the population, but we see those patients. Now we had known from the beginning, and from the initial approval, that they should not be treated with once-daily dosing. And so we had, when we started them on therapy or provided consultative opinion to the referring physician that they should start, we had been using the weekly therapy along the way. So we really didn't find that this information was out -- was impacting our practice or our patients. It was our standard of care. And remember, the real issue here has been, if you will, inappropriate dosing, daily dosing of patients who should not have been dosed that way. And that's what's gratifying about this box warning. It laser focuses the attention to that issue and it should not be happening again. So we did not find from our patient population that people were reluctant to be on the drug. We explained to them what this meant and what our dosing was designed to achieve in the safety information that accompanied it, which, of course, is what is being endorsed by the FDA. But that's not new. It's something that we did. Now if you look in general practices, you really can't comment, but this didn't change us one iota.

### Alan Carr
*Needham & Company, LLC, Research Division*

Okay, that's helpful. And then for the company, any comments on how -- if this had any impact on use in Europe?

### Mark Pruzanski
*Founder, CEO, President & Director*

Alan, general -- I mean, I think that as I mentioned on the regulatory side, we clearly have been engaged with the EMA in an effort to harmonize the label. And I would say that a lot of European physicians who treat PBC patients are aware of the issues. I'm not -- I can't really speculate on the -- whether there's any tangible impact on patients and Ocaliva prescribing in the European setting as a result of the DSC here in the U.S.

### Operator

Our next question comes from the line of Andrew Berens with Morgan Stanley.

### Andrew Scott Berens
*Morgan Stanley, Research Division*

Congrats on wrapping up the label revisions. I'm sure it was a lot of work to get it done. One maybe for the company. I guess of the patients that are new to the drug now, what percentage of them are getting once-weekly dosing versus once-daily dosing?

### Mark Pruzanski
*Founder, CEO, President & Director*

Andy, as we've said before, so Richard -- Richard can answer that.

### Richard Kim
*President of U.S. Commercial & Strategic Marketing*

Yes. Andy, it's Richard Kim. So yes, right now, what we see is approximately 3% to 4% of patients who are receiving once or twice weekly dosing. If you're curious, it actually started as a higher percentage closer to launch, probably almost double that rate. But right now, we're in about a 3% to 4% of patients who are receiving the once or twice weekly dosing.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Andrew Scott Berens**
*Morgan Stanley, Research Division*

Okay. And then maybe one question for Dr. Vierling. We've heard that some doctors are opting to do a liver biopsy prior to starting Ocaliva, and that's obviously not something that the label today recommended. What would a liver biopsy tell you in relation to PBC that you can't get from lab values? I mean, what would be the reason these doctors might be opting to do a liver biopsy prior to starting the drug?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Dr. Vierling?

**John Vierling**

Well, it's an excellent question. And I'd have to say first that PBC can be diagnosed without any biopsy at all. The issue of whether they're opting to do a biopsy, I really don't know what their thought process is, but among them could be the desire to know, at the basis of a biopsy, whether they do or do not have cirrhosis that yet, if one were asking the question another way, that if they might have cirrhosis, are they decompensated? That can be ascertained without a biopsy. And that's the elements of the Child-Turcotte-Pugh scoring system. But more importantly, we have noninvasive tests, both serum tests that are FDA approved, fibrous scan, which is FDA approved, magnetic resonance, elastography that's FDA approved as well as standard imaging of the liver as well as laboratory tests like low platelet counts and changes in ratios of enzymes that are routinely used in standard of care to clinically diagnose cirrhosis without a biopsy. So I would say, if a biopsy is being done in order to investigate the possibility of cirrhosis, that nonbiopsy techniques are sufficient for that.

**Operator**

Our next question comes from the line of Salveen Richter with Goldman Sachs.

**Kevin Mahendra Patel**
*Goldman Sachs Group Inc., Research Division*

This is Kevin Patel on for Salveen. Given physicians were waiting the label update, what level of reeducation, reengagement is needed to get the PBC launch back on track?

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Yes. Kevin, great question. So right now, one of the things I think I and all of us at Intercept have been most proud about since the launch of Ocaliva is really our focus on educating the broader community and patients around PBC, a rare disease. So this is, a, part of our DNA. And b, we have so many good relationships out there. I think people are just waiting for this. Right now, interestingly, as we were training everyone, the question is how do we prioritize all the folks that we're going to get to because everyone wants to speak to their customers almost all in one big bang. So Kevin, as I said, it won't happen overnight because we do have several thousand people that we have to see. But I think, a, we're super determined to make it happen quickly. And b, we've already exchanged numerous e-mails and phone calls with customers. They are so appreciative of the information. So I think literally, in some very quick conversations, once we can get out there, I think we're going to see a good understanding of what we're trying to get across with the updated label. So it will take some time but I will say the eagerness for us as an organization is massive. So look forward to updating you on future calls as well.

**Operator**

Our next question comes from the line of Brian Skorney from Robert Baird.

**Brian Peter Skorney**
*Robert W. Baird & Co. Incorporated, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sorry if I missed it, but I was just hoping to get an update in terms of the REGENERATE study, when was the most recent DSMB look that was taken on the safety profile? Did that go in at all to the FDA's view on the label today? And can you give us any update in terms of how many patient years you have in REGENERATE at this point? And also, if there's been any impact from this in terms of discontinuations in the study?

**Mark Pruzanski**
*Founder, CEO, President & Director*

So Brian, I partially answered that earlier. The DSMC meets routinely, quarterly at least, reviews all of our ongoing studies. And as of the last recent DSMB review of REGENERATE and, frankly, every other study we're conducting, recommendation, as always, was to continue the studies unmodified. The 2 indications, NASH and PBC, are completely independent of one another. So I don't -- I think you're asking for was there a read through from the NASH setting to the PBC? And the answer is no. And with respect to patient years of experience, we don't -- as a matter of policy, we don't put out blow-by-blow enrollment rates. We did, at the end of September, just given the acute situation with the DSC, et cetera, we did announce that at that point in time, we were over 1,300 patients enrolled. Clearly many, many more patients have been enrolled since then. We continue to guide to first half 2019 for the readout of the interim analysis cohort in the study as we right now continue to enroll the outcomes cohort ultimately to readout on clinical outcomes. So I think I addressed most of your points.

**Operator**

Our next question comes from the line of Jay Olson from Oppenheimer.

**Jay Olson**
*Oppenheimer & Co. Inc., Research Division*

I have a couple of quick ones. First one is does your Interconnect support program capture the patient's Child-Pugh status? And if so, would that serve as a potential mechanism to ensure that Child-Pugh B, C patients do not exceed the twice-weekly maximum dosing frequency?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Richard?

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Yes. Jay, it's a great question. So Interconnect did not capture Child-Pugh status. It will capture Child-Pugh status going forward. However, we have previously been collecting data such as alk phos and bilirubin levels. And we actually have clinical nurses on staff there as well who have been reviewing all the cases to go back and actually call back offices where we suspected that there could be patients who could be Child-Pugh B or C. So the good news is from the work that's been done is we found that in the most recent look back, everyone is believed to be on the appropriate dose but we will absolutely be increasing our vigilance with the updated label as well through Interconnect and our specialty pharmacy partners as well.

**Jay Olson**
*Oppenheimer & Co. Inc., Research Division*

Great. And then my second question is I'm curious about the work that was done by the independent adjudication committee. Could you please comment on when those findings might be presented or published?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I can't speculate right now on when they will be, but I can shed a little bit more light right now on their findings. As I mentioned in my prepared remarks, they concluded that causality could not be established between Ocaliva and the events that had been reported. And that the -- those outcomes were consistent with natural disease progression. There have been -- we have been facing obviously over the last few months, a lot of questions about the "mild cases" that were referenced in the original FDA Drug Safety Communication. And there, the adjudication of this committee and the broader expert adjudication that we commissioned really ended up revealing just how fraught it is to interpret postmarketing data just based on raw incoming data. And what I can say right now is that when you think about the 5 patients with supposedly mild disease that were referenced in that DSC, it turns out that 3 of those 5 patients were clearly not "mild." They actually had advanced cirrhosis with clear evidence of hepatic impairment. One of them we had told you about immediately following the DSC was not a PBC patient. It turned out it was a patient with primary sclerosing cholangitis who had documented complications, so-called dominant stricture that was the cause of his decompensation. And then a fourth patient had been successfully rechallenged with an even higher dose of Ocaliva, 10 milligrams a day. And as of last report was doing very well on Ocaliva. And finally, a fifth patient, there just wasn't adequate information to establish the baseline stage of that patient. So again, just looking at those 5, you can see on very careful follow-up and adjudication of each case, just the complexity of postmarketing data and often, the limitations in terms of how to interpret raw cases coming in.

**Operator**

Our next question comes from the line of Liisa Bayko with JMP Securities.

**Liisa Ann Bayko**
*JMP Securities LLC, Research Division*

I think you've sort of indirectly answered my question, actually. I was wondering of the types of patients you're targeting, obviously those that don't get to grow old, so that's sort of a different subset within PBC. Where does this kind of label change apply to? It seems like you know one drug that's 3% to 4% of patients would be Child-Pugh B or beyond. So maybe you've already answered that in that question. I don't know. But anyway, just curious if that was really one of the questions.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Yes. I mean, again, the -- as Dr. Vierling just mentioned a couple of minutes ago, the gratifying thing about the box warning is that it's laser-focused on precisely those patients most addressed with advanced disease, often decompensated cirrhosis representing the 2% to 3% of the population. So really, that is the focus in ensuring that those patients be identified and dosed appropriately. And of course, followed appropriately thereafter.

**Mark Joseph Vignola**
*Executive Director, Head of Corporate Development & Investor Relations*

Operator, I think we'll take -- we have time for just 1 more question.

**Operator**

Our last question comes from the line of Ying Huang with Bank of America.

**Jenny M. Leeds**
*BofA Merrill Lynch, Research Division*

This is Jenny Leeds on for Ying. Just 2 quick ones. First, are you able to provides any clarity on the breakdown currently of scripts between the community and the academic centers to Dr. Vierling's point since he is at a referral center? He's more used to kinds of these monitoring and treatment regime. So just kind of wanted to understand how maybe more community docs would be affected by this? And then also you spoke about how REGENERATE will not be affected. I just wanted to make sure that there was no changes to either the protocol or your thinking around dose for your REVERSE trial.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Richard?

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Yes, sure. Jenny, I'll take the first question. As far as the breakout, so clearly, the majority of our scripts come from gastroenterologists who tend to be -- some of them are associated with academic centers but many of them are part of more group practices. But also keep in mind that we see generally with, certainly, gastro, they generally have less severe patients as well. So as Dr. Vierling alluded to, a lot of the more severe patients tend to be referred to tertiary centers, academic centers with both liver and transplant specialties as well. So hopefully, that provides a little bit of perspective there. And maybe, Mark, over back to you for the second part.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Yes. I think you're asking about the impact of the label on our NASH Phase III program. And the short answer is there is no impact. As was mentioned before, these were 2 completely different indications, different diseases and -- yes.

**Operator**

This concludes the question-and-answer session. I would like to turn the conference back over to Dr. Mark Pruzanski, Chief Executive Officer, for closing remarks.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Thanks, operator. And I want to thank Dr. Vierling for taking time out of his day to join us for the call today and thank everyone for listening in. Obviously, this day has been long in coming but it's a great day for patients with PBC, and it's a great day for Intercept. As I mentioned, this is really a reset point for us. There's a lot of excitement within the company, Richard's team, to get out there, engage with our customers, engage with patient advocacy groups and build back strength and momentum in the launch and address the very extensive, remaining unmet medical need in the PBC population here and abroad. So look forward to coming back to you at our next earnings call, and we'll speak to you then. Thank you.

**Operator**
Ladies and gentlemen, thank you for your participation in today's conference. This concludes today's program. You may now disconnect. Everyone, have a great day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.