# EXHIBIT 9

**S&P Global**
Market Intelligence

# Intercept Pharmaceuticals, Inc.
# NasdaqGS:ICPT
# Special Call
## Monday, December 16, 2019 2:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**Contents**

# Table of Contents

Call Participants ...................................................................... 3

Presentation ...................................................................... 4

Question and Answer ...................................................................... 17

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

**Jason A. Campagna**
*Chief Medical Officer*

**Jerome B. Durso**
*Chief Operating Officer*

**Lisa M. DeFrancesco**
*Vice President of Investor Relations*

**Mark Pruzanski**
*Founder, CEO, President & Director*

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

**Sandip S. Kapadia**
*CFO, Treasurer & Principal Accounting Officer*

**Unknown Executive**

**ANALYSTS**

**Alethia Rene Young**
*Cantor Fitzgerald & Co., Research Division*

**Brian Corey Abrahams**
*RBC Capital Markets, Research Division*

**Liisa Ann Bayko**
*JMP Securities LLC, Research Division*

**Michael Jonathan Yee**
*Jefferies LLC, Research Division*

**Navin Cyriac Jacob**
*UBS Investment Bank, Research Division*

**Steven James Seedhouse**
*Raymond James & Associates, Inc., Research Division*

**Unknown Analyst**

**ATTENDEES**

**Gail Cawkwell**

**Mazen Noureddin**

**Robert Brown, Jr.**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Lisa M. DeFrancesco**
*Vice President of Investor Relations*

Okay. Good morning, everyone. My name is Lisa DeFrancesco, Vice President of Investor Relations at Intercept Pharmaceuticals, and I'd like to thank you for joining us here in New York for Intercept's NASH Commercial Day.

We have a full program planned for you today. Mark Pruzanski, our President and CEO, will kick things off. Then you'll hear from Jason Campania, our Chief Medical Officer; and Gail Cawkwell, our Senior Vice President, Medical Affairs, Safety and Pharmacovigilance. Together, along with our 2 physician guest speakers who Mark will introduce more formally to you in a few moments, they'll speak to you about advanced fibrosis due to NASH and the urgency to treat. We will then take a short break and move to our commercial discussion led by Jerry Durso, our Chief Commercial Officer; and Richard Kim, our President, U.S. Commercial Strategy and Marketing. And we'll then take Q&A.

I would urge you, during the break or following the conclusion of the program, to visit our exhibits and take a look at our NASH challenge booth on display just outside this room in the library.

Turning to Slide 2. I'd like to note that during the presentation, we will be making certain forward-looking statements, including statements regarding our approved product and clinical development program; the timing of any potential approval of our product candidates, including OCA for NASH; and our strategy prospects, financial guidance and future commercial and financial performance. Listeners are cautioned not to place undue reliance on these forward-looking statements which speak only of the date of this presentation, and we undertake no obligation to update such statements, except as required by law. These forward-looking statements are based on estimates and assumptions that, although believed to be reasonable, are inherently uncertain and subject to a number of risks and uncertainties. Some, but not all, of the factors that could cause our actual results to differ materially from our historical results or those anticipated or predicted by our forward-looking statements are discussed in our periodic public filings with the SEC.

The launch preparations described in this presentation are in anticipation of FDA approval of OCA for NASH, which is not guaranteed. All promotional activity of OCA for NASH would only occur following such approval.

And finally, the views and opinions expressed by Dr. Brown and Dr. Noureddin are their own and do not necessarily reflect the views of Intercept.

And with that, we have a busy agenda. So we'll get started.

[Presentation]

**Mark Pruzanski**
*Founder, CEO, President & Director*

All right. Welcome, everyone. Thank you for taking time out ahead of the holidays on a Monday morning to join us for our deep dive into NASH.

As you saw in the video, what sets Intercept apart is our deep focus on progressive nonviral liver diseases. And Debbie is one of the many PBC patients we've come to know well. We've built over the years a successful global rare liver disease franchise. And today, we're going to take you on a deep dive on how we plan to do the same in the march -- much larger indication, NASH, one of the last remaining public health challenges where there are no available therapies.

As all of you know, the road is littered with failures all around us, right up and including this morning, announcement by another company striving to innovate in NASH. But it's imperative that we and others continue to innovate, as I just mentioned in the video, because NASH is a truly progressive disease

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and one of the leading causes of cirrhosis and liver failure and need for transplant with no available pharmacologic interventions. The review of our progress in bringing the first-ever drug to advanced fibrosis patients with NASH and our market view is informed by years of exclusive focus in this therapeutic area and incredible scientific rigor, and of course, an incredible bench of talented and passionate individuals.

I'm going to take you through the journey that got us to this point. And of course, it starts with the scientific bedrock of Intercept. And that is the culmination of years of discovery and development that led to the validation of the Farnesoid X receptor, bile acid receptor. And also, as we've continued to prove our unique bile acid chemistry or bile acid analogs that continue to be the best bet in targeting this receptor, which we continue to believe is the optimal approach for progressive nonviral liver disease therapy.

Now the road has been very hard. When we started and we focused first on PBC and then NASH, there were no regulatory pathways forward. There were no viable pathways forward in drug development. We worked very closely with FDA and other regulatory authorities to define evidence-based surrogate endpoints that could support accelerated approval. And this was, of course, the basis of our success so far in both of these indications.

And while we already had 3 successful placebo-controlled Phase II studies under our belt, 2 in PBC, 1 in diabetic NAFLD, it was really the announcement in early 2014 of the early stopping of FLINT that catapulted us and the entire field with a focus on NASH. Soon after that, we announced the first-ever positive Phase III PBC study, the POISE trial, that supported second-line use of obeticholic acid for the treatment of PBC.

And of course, that led in 2016 and '17 to successive approvals of Ocaliva in the U.S. and Europe. As Jason mentioned in the video, first new therapy in PBC in a generation. That galvanized the forward integration of the company globally. And we exceeded expectations by building out a market and generating in our first full year of launch over $100 million of sales in this rare disease indication.

And in the meantime, we built the largest and industry-leading Phase III program in NASH. Today, we're going to focus a lot on REGENERATE and the hope for approval that it will support in NASH patients with advanced fibrosis without cirrhosis. And of course, you know that we have an ongoing Phase III trial, the REVERSE, in patients with compensated cirrhosis due to NASH, which is soon slated to complete enrollment.

And earlier this year, major event, the first-ever and only successful Phase III readout, with the interim analysis, the 18-month interim analysis in REGENERATE, supporting proceeding to hope for approval based on the unique feature of OCA, which is a robust anti-fibrotic benefit. You all know that fibrosis is the most important histopathologic feature that predicts clinical outcomes in this disease, and it has proven to be exceedingly difficult to demonstrate the ability to improve fibrosis in this disease. And of course, the first-ever NDA. And just announced late last week, now an MAA filed to set the stage for the first-ever approved NASH drug.

And along the way of course, we continue to build our PBC franchise, demonstrating success after success. We've increased guidance this year to close to $0.25 billion in sales in this rare liver disease. And this sets the stage for the blockbuster that we believe NASH will become for OCA. And everything we do every day is for patients like Terri, who is currently living with advanced fibrosis due to NASH, very much at risk of progressing to cirrhosis with no therapeutic options available to her.

So what encapsulates the success that very few biotech companies have the privilege to have, like Intercept, is a long cycle that starts with scientific innovation. We have always followed the science. We have always been rigorous and disciplined in our approach. We've never taken shortcuts. And it's paid off. We've transformed a landscape in PBC, and we've maximized the opportunity to get our drug to as many PBC patients in need as possible around the world. Now we're going to do the same in NASH, a much bigger indication.

Leading the way is a very talented group of executives, some of them you're going to hear from this morning, others you saw in the video, all have extensive experience in our industry from multiple

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

companies, as you can see here. And of course, behind them are a great number of other very talented individuals working at the company.

This is the picture of a successful launch in PBC. And of course, many of you who've followed us over the years know the challenges that we've encountered along the way. But you can see that we have built a market before. We have the track record. And behind this curve, what you don't see but should be aware of, is the deep trust along the way that we've built with physicians, patients, regulatory authorities and payers who've supported us all along the way. And that will stand us in very good stead as we push ahead in NASH. We've built this market globally, and I'm proud of the fact that outside the U.S., we have 1/4 of our sales generated this year in equivalent volume of patients.

We're now approximately 600 strong at the company and growing rapidly. It's just amazing, the quality of talented, unprecedented, who want to come and be part of this exciting journey with us. It's very rare to have the opportunity to be part of a major launch in a brand-new indication like NASH. And we continue to maximize the opportunity for Ocaliva in PBC with approvals now in over 30 countries; and as Lisa mentioned in the video, pricing reimbursement in over 20.

So you all know that this year has been very busy for us, incredibly eventful. I've already gone through some of these milestones, some that I didn't mention is the U.S. license to bezafibrate, and we are pushing ahead now with our plan to develop a fixed-dose combination product with a first focus in PBC. Earlier this year, we shored up our balance sheet with our largest-ever financing, $470 million. And more recently, we had a very strong AASLD, capped by the presentation of NIT data from REGENERATE, and that will be a major focus of today's presentations. And very recently, a great publication in The Lancet. We got all of the important data from REGENERATE into that publication. I urge you to read it if you haven't already.

In the near term, looking to the first half of next year, as I already mentioned, we will soon complete enrollment in REVERSE. We plan on having a continued strong scientific presence at the upcoming meetings, including EASL and DDW. We just announced a tentative date for our advisory committee during FDA's regulatory review of April 22 next year, and we're busy preparing for that. And we continue to anticipate U.S. approval of OCA for the treatment of advanced fibrosis due to NASH within the first half of 2020 and immediately launched thereafter.

So we have an exciting morning planned for you. As already anticipated, we've got 2 experts, Drs. Brown, Bob Brown; and Mazen Noureddin, from opposite coasts, who are joining us today. Dr. Brown is the Clinical Chief of Gastroenterology and Hepatology at Weill Cornell. And Dr. Noureddin founded and is the director of the Fatty Liver Clinic at Cedars Sinai.

Gail and Jason will take you through presentations on OCA's potential to address the unmet need in patients with advanced fibrosis due to NASH. And then after a short break, we'll have Jerry and Richard take you through our market view and a deep dive into our launch preparations for NASH anticipated next year.

But before we get to them, we have a short patient video that we want to show you. And then we'll be calling Dr. Brown up to the stage.

[Presentation]

**Robert Brown, Jr.**

Good morning. I'm Bob Brown from Weill Cornell, a few blocks up in east. Inconvenient by most major metropolitan subway lines, but you can take a cab here in about an hour.

So I'm going to give you my perspective on NASH as a physician who practices here in New York. These are my disclosures.

So when we think about it, you saw patients who are at the advanced stage of NASH. I want to start at the beginning. We're all born with a normal liver. What happens along that route that gets us to where we

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

need these types of therapies? Well, it starts really with insulin resistance. So really, the common pathway of obesity, diabetes, all leaves you with insulin resistance. What does that mean?

It means, one, your body produces too much insulin and then your tissues have to deal with it. And the way your tissues deal with that is your liver takes up fat and puts it away for a rainy day. It was meant for when we had inadequate food and we needed to -- when we killed a buffalo, we would eat it and try to store it so that if we didn't kill a buffalo for the next week, we could live.

And so now we don't have that problem, but we do have the problem that we start storing excess fat in our liver. And for many people, that somehow works, and that's actually the strange part. One would think, you -- we sometimes harvest a liver that's 80% fat and nothing there. But yet for a proportion, that fat makes the liver unhappy. And when the liver is unhappy, it gets inflamed.

Now what triggers the fat to go to inflammation? Nobody knows. Obviously, the more risk factors you have, the more likely, but there are a lot of unpredictable factors. But once there is inflammation, then the path is known because the liver deals with inflammation the same way every time regardless of what causes the problem, whether it's a viral process, a non-viral process. Once there is chronic inflammation, the liver responds by scarring.

No different than your skin, right. If you kept working with your hands, damaging your hands, they would get scarring over time, your hands would get thick like a laborer. Maybe the tips of your fingers will, but the rest of you, you're probably spared that fate. But the liver, when it gets chronically inflamed, it regenerates, but it regenerates with scarring. And that scarring over time, which we call fibrosis, is what causes the problem.

In the absence of fibrosis, your liver can be inflamed and regenerate forever and it wouldn't cause a problem. But with NASH and other progressive liver diseases, it is only the fibrosis that causes an issue. And over time, when that fibrosis is severe, it capsulates little individual parts of the liver, turning them into islands that then become nonfunctional, and that's what we call cirrhosis. So once you have inflammation and fibrosis, you will progress along to cirrhosis unless something else happens.

So when we look at the path of fibrosis which we have staged traditionally from F1 to F4, actually you could include F0, no fibrosis. You really have to think about F4, which is cirrhosis, is yet again the beginning of another path that you saw in the video that led to liver cancer and liver transplant that I'll handle in a moment.

But for us, clinically, we like to think of it in 3 buckets. At one hand is cirrhosis, which is what we want to prevent. In the beginning, there's mild disease, which is where we want people to be. And then there's this transition zone, which is advanced fibrosis and cirrhosis, which is really our warnings place where we have to stop progression before the patient develops cirrhosis.

Now obviously when we think about it, how do these patients come to our attention as liver specialists? Well, the first is, many of you go to your primary care doctor each year, I hope you do. If you don't, Weill Cornell is available, convenient locations, both sides of Manhattan. And you get blood tests. And maybe some of you have been told at some point that one of your liver blood tests was abnormal, maybe you haven't. You may have had abnormal liver blood tests and your primary care doctor never even paid attention. Because oftentimes mild abnormalities are just assume that you drink a little too much and you're okay. And some of you may be, but not all of you. But if they notice that these abnormal blood tests should be evaluated or you notice because you look in your patient portal, and you send your primary care doctor a quick note: "Why is my ALT red?" And he says, "Oh, I don't know. Maybe you should see a specialist." And he sends you to me.

The other reason that increasingly, we're seeing patients is they get an imaging test of their abdomen for some reason. They have pain, whatever it is. And they have fatty liver on that imaging. That will always lead to a referral to me or somebody else, and a diagnosis will be made.

Well, how do we make that diagnosis? First, at the current time, most of the time, non-alcoholic fatty liver disease is a diagnosis of exclusion. We don't have a fatty liver diagnostic test the way we have antibodies for various virus -- viral tests, so we'd exclude other diseases. We'd talk to the patients about their risk

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

factors of diabetes. You can look at them for obesity, insulin resistance, et cetera, and then we would stage them. And generally, we stage them with what we call NITs, or noninvasive tests, and my colleague will go through with you with -- go through those with you in about 10 minutes.

I almost never do a liver biopsy to do staging. We do liver biopsy if we're not clear about the diagnosis. Currently, we have to do liver biopsy to get patients into clinical trials. But if I see a patient with NAFLD who's not going into a clinical trial, all of the staging is done noninvasively.

And hepatologists and gastroenterologists are more likely to see the patients with advanced fibrosis. Though at the current time, many patients progress to advanced fibrosis before they ever see a specialist. And I'm sure if you -- we could ask those patients from the video, when was the first time they were diagnosed? They already had advanced fibrosis.

So let's put that into something that you can get your hands around. I started with a 46 year old investment banker. There's maybe one of them out here, but most of you look like you're half that age. You keep looking younger every year. Some of you can't even imagine 46. But it will come, I promise. Actually, you should hope it will come because the alternative is not as good.

And he comes to me, I see a patient like this with a different age each day, every day that I'm in clinic, probably will see at least 1 this afternoon. Abnormal liver tests and fatty liver on ultrasound from their primary care doctor. Mildly overweight; drinks socially, and that's always in the eye of the beholder; has high blood pressure for which he takes some medication; and he takes a statin for his high cholesterol. And he saw his primary care doctor, who he hadn't seen very much, because he was having some vague ache in his right-upper quadrant. He had mildly elevated liver enzymes, but everything else looked normal. So he was told to reduce his drinking because he had mildly abnormal liver function tests and he was sent for an ultrasound for his pain, which showed fatty liver. And he said, "Well, you have fatty liver and you have these abnormal blood tests, I'd better send you to see somebody." And he came to see me.

So we do an evaluation. We exclude all other forms of liver disease, which is what we're wont to do, and that's all done with blood testing. I talk to him about is drinking and his weight and I did a noninvasive test. In my practice, I would do a FibroScan and a FIB-4. The FIB-4 is an algorithm from routine blood tests, it comes up as 1.95, always does, equivocal. Doesn't say cirrhosis, advanced fibrosis, doesn't -- it certainly doesn't say minimal. So he's in the middle someplace. So I do the FibroScan and it shows he actually has advanced fibrosis. That FibroScan score of 10.1, clearly advanced fibrosis but not cirrhosis.

And we do this CAP score, which is really nice, it stands for controlled attenuation parameter, that gives us a semiquantitative assessment of fat. And his is high, 310. So I know I have a problem. He has fatty liver and he has fibrosis and so I know he has NASH because you can't get to fibrosis without NASH unless he had another cause, which I've already excluded.

So now what? So the answer is, does he need any further testing? No. I've made a diagnosis. He has NASH with advanced fibrosis. Does he need treatment? Yes, he's only 46 years old. And though he may be retirement age in investment banking, he's not ready to die. And so we need to find something for him to make him better, to prevent them from going to cirrhosis. Because one, we know that from many of these placebo-controlled trials that NASH can progress a lot faster than many of the liver diseases that we had studied before.

So if you look at the data from the STELLAR trial, in the placebo arm, you can see that patients can progress from increasing fibrosis stage over periods of time that are measured in years, not in decades. So in 1 to 2 years, he could go from F3 to cirrhosis, from advanced fibrosis all the way to cirrhosis. And once he has cirrhosis, then he has a significant mortality risk. And if you look, those with advanced fibrosis have an increased risk of all-cause mortality. And those with cirrhosis have a substantially increased risk of all-cause mortality.

And so when we think about the balance in patients with NAFLD. Now we have an obesity epidemic. Every year, more and more, a higher and higher proportion of the United States is obese. And so in the patients who don't have fibrosis who have early liver disease, most of them are going to die of cardiometabolic factors. And in those patients, I tell them, the liver is the bellwether of the rest of your body. If you're

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

putting fat in your liver, you're putting fat in your coronary arteries, in your carotid arteries, you're going to have a stroke, you're going to have a heart attack, and we have to work on the entire situation or we're going to have a problem. But as they shift to advanced fibrosis, then liver disease mortality will dominate. And our goal has to be to stop, or better yet, to reverse fibrosis. Otherwise, they will progress to liver-related mortality.

And what does that liver-related mortality look like? Well, once they develop cirrhosis, they are at progressive risk of decompensation. And decompensation involves an increased pressure through that thick, scarred liver that leaves them unable to process foods. You notice that the patients who had advanced fibrosis had all gotten skinny. They didn't start that way. They got skinny because their livers have lost the ability to process food. They get severe muscle wasting, they develop fluid in their abdomen, they develop jaundice or yellowing of the eyes, they develop confusion, inability to think and process that affects their quality of life.

And once they have cirrhosis, they have a risk of liver cancer of 1% to 3% per year. Sounds small, but in a decade, that's 30%. And once they get to cirrhosis, even if we can reverse the fibrosis, we've learned in other liver diseases, that risk of liver cancer persists. Whereas if we stop the liver disease before they develop cirrhosis, they have a normal life expectancy from a liver standpoint. So I look at advanced fibrosis as standing on the brink of a cliff. If we can keep them from going to cirrhosis, we will have a huge impact on their life. Once they get to cirrhosis, we still would have an advantage of therapeutics, but we've lost our opportunity to give them a normal life, which is what we want to give all of our patients.

So when we think about those patients with cirrhosis, who we want to prevent patients from getting to, they are where a huge amount of both morbidity, mortality and health care costs occur. So though those patients with cirrhosis are only 10% of the overall NASH population, they are the vast majority of the health care cost because that's where the complications occur. And because the denominator of patients with NAFLD is so large, 10% of a big number is still a really big number. And so $8.3 billion in health care costs, likely an underestimate. And one thing I can guarantee you is the health care cost of NASH will continue to increase until we have good therapeutics.

Because what do we offer the patient? So I tell young to middle-aged investment banker, "You got to lose weight." Well, everyone who's overweight knows that, right. Any one of you who's struggled with losing weight, like I have, knows it's hard. I mean it's not complex. It's simple. But it's hard. And so lifestyle modifications are the treatment, but most people can't accomplish them. If they could accomplish them, they would have already done that. I don't need to tell people that smoking is dangerous. Everyone who smokes knows that. Everyone who is overweight knows that it would be better to be thinner. So I have not educated my patient in any way, shape or form, when I tell them that they need lifestyle modifications.

So if they fail that, what do I have left? The answer is really nothing. The only therapies we have our Vitamin E and pioglitazone, which really don't work that well. And I hate giving someone a medication that causes a 20% weight gain when I'm telling them that they should be losing weight. So what can I offer them today? Bariatric surgery if they meet the criteria or clinical trials. And what I'm hoping for is in the not-too-distant future, I'll have pharmaceutical drugs to offer them.

So what I think I've tried to say over the last 15 minutes is advanced fibrosis is common because of the big denominator of patients with NAFLD and can be diagnosed easily by almost anybody, certainly by me. And we need to treat patients with advanced fibrosis before they progress to cirrhosis because once they're there, they really are in a point where we have limited options.

Thank you.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

Good morning, everybody. I'm Gail Cawkwell. I head up medical affairs and medical safety at INTERCEPT.

To follow up, I just want to reiterate what Dr. Brown said, that the critical stage of treatment of patients who need treatment are those with advanced fibrosis because absolutely, the most important objective is preventing cirrhosis. And Dr. Brown told you why. As your fibrosis progresses, your survival decreases,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

your liver function decreases. And clearly, there's a need for an FDA-approved treatment for advanced fibrosis due to NASH since there's really very little to offer patients right now.

Additionally, Dr. Brown told you that while only 10% of patients have cirrhosis, the cost of cirrhosis is very high. And indeed, 80% of the cost of treating patients with NASH are taken up by those patients who have cirrhosis. So avoiding cirrhosis is good for the patients, it's good for their quality of life, it's good for their survival and it has a financial impact for both the patient and society.

The idea of treatments being available, of new treatments on the horizon, of any treatment on the horizon, is something that brings really hope to patients out there, as you heard from Wayne and Rosemary in the patient video earlier. But as we move to that stage of having an actual treatment, we move from a world where we did rigorous clinical trials, things like REGENERATE, where we very carefully and methodically studied patients and used multiple biopsies, to a world where we go to a more practical, well-researched, well-identified and well-recognized approach of using noninvasive tests. And as you heard from Dr. Brown, this is an approach that he already uses today. And in a little while, you'll hear a little more from Dr. Noureddin about how he does this in his practice, too.

Noninvasive tests, the importance of them for identifying the right patients, the importance of them for learning more about our patients, is well recognized by regulators, by patient advocacy groups, by medical societies. And as the American Association for the Study of Liver Disease notes, there's been significant interest in developing clinical prediction rules, and these are based on noninvasive biomarkers.

So what does this look like? Well, there's a broad array of noninvasive tests that are already available. These start with simple biochemical tests, things like a FIB-4 or an APRI are things that if you or I went to a doctor earlier this year and had a checkup, these are things that are already on that medical record or on that chart. So a patient who gets referred to a gastroenterologist or hepatologist for evaluation will already have this sort of data on their chart that, that specialist could readily look at. Proprietary serum tests are also things that are readily available, that can be ordered, that you can go on to your lab form as a doctor and check off the box or virtually check off the box on your electronic health record. And then imaging techniques, typically things like FibroScan or other ways of measuring liver density correlate very, very well with liver fibrosis.

And in fact, in recent survey, 82% of hepatologists and gastroenterologists surveyed said that they are able to reliably assess advanced fibrosis using noninvasive measures without conducting a liver biopsy. And why are they so confident? Well, they're confident for good reason. There's excellent data supporting this and research continues in the area of noninvasive tests to help refine the work around them.

It's not only important that a noninvasive test predicts what you see in the biopsy. So it's very nice if that noninvasive test says you're likely to be an F2. But realistically, that's not the most important attribute. You want a noninvasive test to predict outcomes. And we know liver biopsy and findings there are good at predicting outcomes. And what you see here on the left is as your stage of liver fibrosis progresses from earlier stages to moderate fibrosis and advanced fibrosis and ultimately cirrhosis, your survival decreases, very similar to what Dr. Brown already told you. Well, interestingly, if you look on the right, FIB-4, using these common commercially available cutoffs to define advanced fibrosis or to rule out advanced fibrosis also correlate very well with survival, which in the case on the right-hand of this slide, is overall survival plus survival without a transplant.

The other piece of evidence that I think is important to think about with noninvasive tests is how good are their characteristics compared to liver biopsy? So the area under the receiver-operator curve is a measure of a dichotomous test: A test that says, yes, you have something; or no, you don't, and how well that test performs on a variety of measures. And in general, an AUROC, an area under the receiver-operator curve, over 0.75 or 0.8, is a test that people generally feel has good characteristics. And as you can see on the bottom of this slide, this test goes up to a maximum value of 1, that the AUROC for biopsy is about 0.87, and most people would consider this a well-performing test. You'll notice it's not 1, it's not a perfect test, but it is a well-performing test.

And in contrast, the simple tests, the proprietary tests and the imaging tests that we just briefly mentioned really perform very, very similarly. The simple scores, perhaps just not quite as good but quite

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

close. And the proprietary and imaging tests are at least on par to what you get from biopsy. Furthermore, more recent research, and similar to what AASLD said in their quote on the earlier slide, has tried to look for algorithms of pairing together tests to improve accuracy, and research shows that this works very, very well.

What does this look like in a real practice? Well, very similar to what Dr. Brown told you, patient starts out in that hepatology office and often has these simple serum scores on their chart. If those simple serum scores, things like a FIB-4, an APRI or a NAFLD fibrosis score, suggest the patient does not have advanced fibrosis, it's often good enough place to stop and to say, I don't need to do further evaluation for advanced fibrosis, but I will go ahead and monitor that patient in the future. I'll counsel them about lifestyle changes. But I can be confident they don't have advanced fibrosis.

If those tests don't rule out advanced fibrosis, then it's often important to get a second test. And that second test could be one of these proprietary serum tests that are generally commercially available, things like FibroSURE and ELF now commercially available just recently but one that's been very well studied or FibroSCAN or a similar imaging technique. And at that point, that will really help very quickly for that hepatologist or gastroenterologist come to the point where they say, they don't have advanced fibrosis or they do. And it's important to have this sort of algorithm to help people. And again, they're already in practice and research is ongoing.

And to tell you a little bit more about how this looks, about these tests and how they function in a clinical practice setting, I'd like to go ahead and call up Dr. Mazen Noureddin from Cedars-Sinai in Los Angeles.

**Mazen Noureddin**

Good morning. 7:00 in Los Angeles, so I just woke up in Los Angeles. So bear with me. So why I'm here, I'm here to tell you about what I do. I see 17 patients in half a day. I have 3 half days in clinic, and I get about 20 new referrals a week. This is my practice. I also see transplant patients. I see a lot of people like Tony, and I lost people like Tony. I transplanted 2 people last week with NASH, and we do about 120 transplant a year. And we see NASH now increasing and increasing in prevalence. And we did publish data that NASH is leading cause of transplant in women and second leading cause of transplant in men.

I also know a lot about NITs. I published on that. So I will tell you what's been published, but I'll also tell you what I do in my practice. And I'm sourced for a lot of physicians in Southern California, so I'll tell you how they think when they do.

So let's go through this. Those are my disclosures. So NASH has been evolving over the years. But in the last few years, I think the breakthrough was knowing what kills you. So we -- Dr. Brown alluded to the pathway very nicely, start with fat and then you get inflammation and then you get fibrosis and to cirrhosis. And for some time, we thought we should treat all the NASH people until data evolved. And those are some of the data that evolved. These are 2 studies. The first study is a large cohort from Europe where they did have a liver biopsy at baseline. And what they found out on the long term, look at the graph, those are with F2 and more had outcomes, liver outcomes and death, outcomes [ anxieties about ] encephalopathy, liver transplant, the deadly expensive stuff. So here, when it clicked to us, we don't have to go to all these millions, we have to focus on the advanced fibrosis. And there on the right is the meta analysis confirm multiple studies that advanced fibrosis matter.

I gave a talk last week in Southern California, and I -- there was post liver disease meeting, and I said 3 things that you need to know today: natural history, diagnostic, therapeutics. Natural history, you only need to remember one word, fibrosis matter. For diagnostics, NITs are solid. And for therapeutics, we have new therapies in 2020. And this is what the simple message for gastroenterologists.

So I gave this talk in Texas. And I get asked about liver biopsy from people like you and others. But I'll tell you what happens in real life. So when I was in Texas and I said, you have all these people in Galveston and you have a storm coming, you are not going to save all these people by putting them on these 2 boats, which are the liver biopsies. There are too many, liver biopsy will not be enough. You just put them on a bus and take them out of Galveston, which are the NITs. And why this is doable, because we have evidence-based medicine.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So the liver biopsy I showed you are correlated with outcomes, but the NIT does the same thing, and that's when we talk to the FDA. We tell them, you focused on outcomes, here's the NITs. FIB-4, NAFLD fibrosis score and transient elastography have shown over and over in multiple studies that advanced fibrosis predict outcomes. So we got that covered, predicting outcomes.

So those are the available NITs. There are some for the disease Dr. Brown showed, the steatosis, inflammation, fibrosis. So the fibrosis markers are just a lot and plenty and there are a lot of studies: NAFLD fibrosis score, FIB-4, APRI, FibroSURE, ELF, TE and MR elastography. There's some for inflammation and there's some for steatosis.

However, I showed you that fibrosis matter. That's what we're focused on nowadays. And those are actually in use. So when people ask us about liver biopsy, we're like, we're not doing that in real life. NASH has been around. We're seeing these people. In practice, neither I or the gastroenterologists are ordering liver biopsies. We're seeing hundreds and thousands of patients. So those are being used. They are being endorsed by the guidelines society such as NAFLD fibrosis score, FIB-4. Gastroenterologists from the hep C base, they use FibroSURE multiple, multiple times. And I got tons of referrals, FibroSURE, so and so. What do I do? What are you going to treat the patient with, which we put them back into these clinical trials. ELF has been made available this year, and it showed tons of good data in the studies.

A lot of Gilead studies and the Galectin study in this meeting, very accurate tests. Transient elastography have been around for many years. Many people have it, and those that they don't have it, they use the others. MR elastography, I do have an access for this, a lot of academic centers, but is also available.

But let me show you the most commonly used that's in our hands right now, and I think those are the ones that they are already essential in NASH and they're going to be essential in therapeutics area. You do have FIB-4, NAFLD fibrosis score and APRI. Those are -- in my pocket now, there's an app. And I can calculate dose. A lot of gastroenterologists, they calculate dose. This is based on a simple test, age, ALT and AST, one of them is diabetes status. We do this already. Gastroenterologist MELD score, they go to google.com and they put that in and they calculate the MELD score. Child score was supposed to do it in our brain. We don't have that anymore, so we go to that website, we put it, exact same thing. It's FIB-4 now for fibrosis score, I tell you, advanced fibrosis, no, advanced fibrosis. Simple, easy, CMPH, done.

More sophisticated people, some gastroenterologists are used to it from back in the days. In the hep C days, I get positive referrals with FibroSURE. FibroSURE, this is and that, what do I do. And I'm like, bring him, I have so and so clinical trial that I can put him in.

ELF has been made available and has great data, like look at the AASLD, multiple abstract. I was part of the Galectin trial, other companies' trials, is showing consistent number in terms of advanced fibrosis, predicting outcomes and cirrhosis. Transient elastography has been around for years, and I do have all these technologies, except ELF that has been available -- ELF was available in clinical trials, very accurate.

So to increase accuracy, some people say, well, it's not 100%. Again, liver biopsy is not being used, but liver biopsy is actually not perfect because they're sampling [ earth ]. But to increase accuracy, let's say, gastroenterologists, they don't have access for transient elastography. Simply, the data has shown over and over, there are multiple abstract, you do 2 noninvasive testing, and you can use high accuracy. And this is what we're going to see in the future and when we have therapeutics. Right now, they're probably using -- some of them, they're using 1, some are using 2, they're smart enough because they want to increase accuracy. But in the future, probably with the treatments, most people, they're going to use 2.

And this is actually driven by people who we wrote published in Hepatology Communication. So that's what we think is going to happen with therapeutics. Nevertheless, this is what we do on a daily basis. Dr. Brown and I will get a patient with non-alcoholic fatty liver disease. We do noninvasive testing. Rather it's a FIB-4 with FibroSCAN alone, ELF when it comes and then we follow the patient. I've told you already fibrotic NASH is what matters. That's the population we're going to focus on. It's a small population that costs the most, and we do NITs over time.

And what we wrote in that paper, if the patient is responding, we're going to continue treatment. But also, I like the cliff analogy because you don't want them to get to cirrhosis. So those with advanced fibrosis, if

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

you're halting the disease there, they're not dropping off the cliff, so you want to continue treatment. You want to see it like diabetes, this disease is ongoing treatment. So you don't want them to fall off the cliff. So we're going to continue treatment in those people.

So this is like my summary. Practical, we do this already. Those are available. They are on formula, used by gastroenterologists. They're accurate, especially if you combine them, and data has shown that over and over. And there are continuous measure that can show the improvement in fibrosis, which I said at the end of the day, that's what matters.

Thank you very much.

**Jason A. Campagna**
*Chief Medical Officer*

Thank you, Mazen. Good morning, everyone. My name is Jason Campagna. About the next 15 minutes, I'm going to ask you to switch gears a little bit. We want to talk about, given the kind of need that Drs. Brown and Noureddin have laid out for you, what are we at Intercept feel that OCA is really poised to be a potential foundational therapy for this disease, NASH.

And to do that, I want to open up, just to make sure that everybody in the room is on the same page, I know many of you have a lot knowledge of this, so bear with us for a moment, that OCA is a variance of a naturally occurring bile acid analog that works on a receptor known as the Farnesoid X or FXR. And FXR is a nuclear hormone receptor. And like all of these kind of nuclear hormone receptors, they do many things when they're activated. And in the case of FXR, the mechanisms that are regulated are shown there on the left, but they all have to do with elements of liver health and nutritional homeostasis. And the diagram in the middle is just meant to represent that FXR has sites of action located in the small intestine and in the liver. And it's that liver site of action that's obviously really important, we think, for OCA as a naturally occurring bile acid variant.

So as mentioned, OCA, now have shown chemical structure there, is an agonist at this receptor. And in all candor, I mean you heard me in the video, there's a little bit of kind of child-like awe here. I mean you go to medical school and, I mean where you think you kind of know something and you get out in the world, and then there's this new mechanism. It's kind of really fascinating in a way that what we thought were just simple detergents are actually really important signaling molecules that help the body to process nutrition and maintain balance in the face of all sorts of ways in which humans can feed ourselves.

So as Mark mentioned, the company kind of was founded on the idea that there's something really special and important about this receptor and this class of molecules. So what have we learned? Well, we learned that this is hard, that's for sure. And as Mark said, no shortcuts, but we presently, 17 years later, have, we think, the most comprehensive and certainly the largest Phase II clinical program in NASH. We presently have 2 ongoing Phase III clinical trials, shown here, REGENERATE and REVERSE, the kind of simple F1 to F4 diagram, which is intended to convey to you the populations that these studies are focusing upon. REGENERATE, which is obviously the subject of much of the recent attention of the company, is in primarily F2 and F3 subject, although we do have an F1 cohort, which is larger than the FLINT study, our Phase II study from 5 years ago. So it's a fairly large dataset. More to come on that certainly in the next couple of years. And reminder, that study is ongoing, approximately 2,500 patients enrolled and reversed. As Mark mentioned, this is our study in compensated cirrhosis, and we're targeting enrollment of about 900 patients or so by the early part of next year.

Think we -- Mark noted this as well, we're still pretty excited about it, though. Top line data in February and here we are towards the end of the year and a recent publication in Lancet touting all of the results that we're able to compile from the interim analysis at this point.

And just a deeper dive for a moment on REGENERATE. So large Phase III study. But 3 points I'd like to make about it, which I think are crucial to understanding the next few slides. So first, this is a very large study. When you think about clinical trials that are around today in cardiovascular, sure, fair enough, we don't maybe hold a candle to that. But in other diseases, having a 2,500-patient study as Phase III is

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

really quite large. And from that, we're able to take a lot of confidence in the quality and the caliber of the data that we're generating and sharing with you today and in other venues.

The second is that the study is ongoing. We keep mentioning this, but it's important to recognize. The data that we're talking about today is from the interim analysis, which is shown at that month 18 time point. From now on, we will not be able to discern any additional, for example, histology data from this study until we get to the end, although there is a 48-month biopsy. The kind of next wave of excitement really comes with outcomes, which we'll talk about shortly.

And the third point which I think we take great effort to emphasize but I will do so here again that the endpoints could have been an either/or, fibrosis on the left or NASH on the right. But what's important about the fibrosis end point, which we're talking about today, it's a composite end point, and we really needed to win on kind of 4 components. Not only did fibrosis need to improve, but none of the elements of the NAFLD activity score could worsen. So in that kind of amalgam of possibilities, we came out on top with the data that we're about to show you. So just by way of reminder, this is, we think, an important and well-constructed study that gives us a lot of confidence to stand up here today and say, hey, pay attention to us, we think we have something meaningful here.

So I recognize that almost everybody in the room is in finance, but I'm just going to indulge you and ask you to take some of that kind of child-like wonder and just imagine yourselves in the chair of Dr. Brown or Dr. Noureddin or worse, as one of their patients. And just ask for a moment. It's a difficult disease, you've heard it all. It's silent and maybe you have a little right upper quadrant pain and you have these things that are going wrong with you. How do I know that something is working? So the first thing that would happen to you if you're sitting in the chair of one of those clinicians there as a patient and you were to go on OCA 25 milligrams, the first thing that you would notice is that these key markers, these biochemical markers of liver health decline very early and continued to do so almost over the duration of the 18-month period of time that we studied. You can see ALT, AST and gamma GT all go down within the first 1 to 3 months. And in the case of ALT and AST, continue to decline in some manner throughout the course of therapy. Again, put yourself in the shoes of the patient, this kind of information just helps you -- I think you heard in the patient videos this concept of hope, et cetera. Hope has manifested something very simple for these people. Wow, my ALT got better, very important.

Dr. Noureddin just walked you through how -- and his words here, common, used routinely. So these tests, these noninvasive tests, FibroSCAN, shown on the left panel, the FIB-4 biochemistry grouping, shown in the middle, and FibroSURE, a proprietary test shown on the right, these are the tests that doctors are using right now to monitor how NASH is going. And what they would see if they were using these tests on a patient on OCA 25 milligrams are that each of the tests are showing an improvement in their metrics. All of this, because they all track in the same direction, they're all therefore suggestive of a very real and genuine fibrosis benefit that is consistent with the primary endpoint that we've been talking about for the last number of months.

I want to go back to that primary endpoint for a moment. You've seen these numbers before. There's nothing to see here that's new, 23.1%, 11.9%, roughly twofold difference between OCA 25 milligrams and placebo, saw this one stage or more improvement in fibrosis with no worsening of those other components of the NAFLD activity score. But there's 2 other points I'd like to make. The first is that, you've heard it from a number of people, Mark opened and you've certainly heard it in the video where I was speaking, think this is incredibly difficult to do. Mark had noted, another company in their attempt to innovate in this space has had another disappointing morning today.

When I joined the company a number of years ago, I remember literally sitting back and reading about all of these clinical trials that were done. And the truth is no one cares. You do all these clinical trials, you can still fail anyway. It's a hard world. But the notion that you can do these clinical trials, this depth of work and how they pan out, I think we feel, all of us at INTERCEPT, are very fortunate to be able to be in a position to say this is potentially meaningful. But why am I telling you this? We really do have a lot of confidence in what this drug is doing and what it's shown. And as of today, it's the only molecule that's ever been shown to have consistent and positive results in both a Phase II study and a Phase III study on a fibrosis endpoint in NASH. And that's something that obviously we're fairly excited about.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That robustness, that, I think depth of confidence that we have in the data are also shown with some additional ways to look at fibrosis. So if we take away this NAFLD activity score component and just simply ask the question that the clinicians would ask, how is my patient doing, or is their fibrosis getting any better. We heard from Dr. Brown that it's an important metric. Improving their fibrosis is an important metric. What we see is about 4 out of 10 patients improve fibrosis on OCA compared to placebo. And when you look even further down into the data, we actually find that a little more than 1 in 10 patients while on OCA improved by 2 stages or more, which we feel is very meaningful and, again, represents to us, at least, and we hope to you, the confidence that we have that this fibrosis benefit that we're seeing is real and it's genuine.

So I'm going to share with you some data that will help you to now think a little bit more broadly about how noninvasive technologies match up with the histology. So first, shown on the left here, this is as expected, FIB-4 on the top, FibroSCAN at the bottom. When we have histologic improvement by 1 stage or more, both of those tests also show improvement. That's excellent. And that should be expected. This is consistent with Gail's kind of graphic that she showed you on the area under the receiver operating curve. These tests generally do pretty well in following fibrosis. Great. Similarly, when patients have a worsening of their histologic fibrosis, these tests also show a worsening. Good.

Now that I have you believing in the tests, I'll show you something really interesting, the middle panel. When you look at patients that had no evidence of histologic improvement, the same noninvasive technologies actually showed an improvement, suggesting that the fibrosis benefit is much more robust than is detectable by simple histology. Now that shouldn't surprise any of you, right. It's a binary scale, 3 versus 4. You can have a fibrosis stage III and have a liver that's scarred in that manner and improve it a lot but still not enough for a pathologist to call it F2, but there's a lot less scarring, as Bob talked about, the scarring in the liver. So we think that these tests as providing a kind of continuous look at the liver as opposed to discrete, gives us new, or I'd say different information than histology alone.

These are new data that we've not previously shared. And similar to what was shown back -- Mazen called it back in the day of hep C, it wasn't all that long ago. But with what was shown with other therapies in chronic liver disease, when you see an improvement in fibrosis early on, in our case, 18 months, which we've shown that as you follow these patients over time, you can continue to see further improvement. So what we're showing you here from our REGENERATE study are patients within the interim analysis cohort that at the time when we locked our database for the interim analysis, there were some patients in the study that had been in -- had visits past the 18-month time point, think the ones that were randomized very early on. So we were able to look at those interim analysis patients and ask, well, what happened to you after your 18-month visit? And what we're showing you here are data for FibroSCAN looking at those patients. And what you can see on the curve is that a better colic acid, OCA continues to show an improvement over placebo as far out as 30 months.

Moving to safety and tolerability. I think the most important message that I can give you is that there's nothing new here today. We've started off with our top line results back in February and most recently at EASL. We've kind of built out the safety picture that's now shown on the next 2 slides. I think we are still very confident, and I am certainly confident, that the safety and tolerability profile is consistent with what one would want for the use of a drug as a chronic therapy in patients that have a disease like NASH.

And just by way of reminder of the high points, our safety profile, the tolerability, the most common adverse event was as expected, pruritus. We've previously talked about hepatobiliary, the gallstone-related adverse events, the incidence of pancreatitis and our hepatic serious adverse events are generally similar across the groups with the exception there of gallstones, which we have talked about before.

As well, expected with OCA, from as far back as our Phase I clinical trials, we did, of course, see an increase in LDL-cholesterol, and statin therapy was effective at attenuating those increases, and importantly, the distribution of cardiovascular adverse events across all of our treatment arms were well balanced, and we did see some changes in our glycemic parameters, but of not terribly important clinical significance.

I'll finish off with the final slide here by, again, reminding you that REGERNERATE is an ongoing study and it is an event-triggered study. So when we accumulate a predetermined number of events, the study

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

will end. What are those events that we're looking for? Well, at the bottom, it's certainly more histologic progression of cirrhosis. So that's the first thing that could trigger it. But certainly, all the other ones above it, these are the so-called hard endpoints that Dr. Brown kind of showed you on one of his slides that are meaningful and important. These are the kinds of events that we'll be tracking in REGENERATE, and therefore, it would be the first study that is poised to deliver actual clinical data on how a therapeutic performs in NASH. So that's something to look forward to in years' time from now.

And with that, I'm going to turn this back over to Gail for -- with our physician panel. So thank you.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

All right. Let's [indiscernible] up a little. Thank you. Great. So over the next 15 minutes, we're going to take some time to answer some of the questions that you all sent in and that Lisa was able to kind of put together. But given the limited time, this will be a facilitated Q&A based on those questions. And at the end of the day, we will have an open Q&A where you'll be able to stand up and actually ask those questions to the INTERCEPT team.

So let's start off by asking about REGENERATE data. You've both seen a lot of REGENERATE data over the course of this year. Indeed, you just saw some brand-new data from Jason today. What do you think is the most important piece of REGENERATE data that you've seen? What's most meaningful for you, Dr. Brown?

**Robert Brown, Jr.**

I would say reversal of fibrosis is the most important thing. I think we already knew from the top line data released earlier that there was a reversal of fibrosis. I think the most exciting is that when you go out from 18 to 30, not only does it not plateau, it continues to improve. I think that's really critical because we don't want patients to plateau, we want them to continue to improve. And many of those patients look like they went from advanced fibrosis to myelofibrosis.

Secondly, I think it's really important that you get a very rapid drop in ALT because for patients, they need to know that it's working. They don't want to wait 30 months taking a medication to not know that they're getting an effect. And so it's an ALT drop, we know that's a meaningful clinical surrogate for inflammation. To see such a rapid drop in inflammation and then ongoing drops over time suggest that you're seeing ongoing improvement and will be important for the patients as they follow themselves through this process.

Now over time, be great to have as we delve into this data set in more detail, can we predict based on the early changes in biochemistry who the responders -- the best responders are. I think that'll be interesting.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

Great. Anything you want to add to that?

**Mazen Noureddin**

Along the same line what Bob said, so the REGENERATE data, this is the first successful Phase III trial. And to me, this is really great in multiple aspects. It did hit on the fibrosis, which again, as I told you when I went and I gave the talk and I said fibrosis mattered, that's what predicts mortality -- morbidity and mortality. So it did hit that.

But most importantly, also for me, it did confirm what we do in clinical practice. So we use these noninvasive testing, but now we have drug that works. And it's showing that these noninvasive testing is going in the same direction. As Bob alluded, ALT is going down, the FibroSURE is going down and the FIB-4 as well as the transient elastography at 12 and 18 months. So this is great.

What you actually have here the -- Jason went over the slide, I think was -- I took the number, 67, this is kind of almost like breaking news. It's -- after the 18 months, I always told people, like, the 23% response is like, this is a long-term disease, it takes very long to get this fibrosis. This is a great step, and the fibrosis is expected to continue to improve. And this is what he just showed, that fibrosis went, and Bob said that very nicely, the transient elastography was about 12.5 and 13, and you see it at 18 months dropping to 10-ish, which is your -- this is 1 stage fibrosis. And by the 30 months, it dropped another stage of fibrosis. So this is really good for such a drug. It gives me confidence that I'm going to continue to see further improvement.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

Great. And obviously, it's early data, but we're all excited about it, too.

**Mazen Noureddin**

And NIT, as I showed you, correlates with outcomes. So it's likely this improvement -- we'll see eventually the outcomes improvement.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

Great. And speaking sort of about outcomes improvement, you told us earlier that you see really a huge number of patients with NASH already in your practice. So let's take a step back to really where we are today. And can you give us a sense of, as somebody who, that's really your job is taking care of those patients, what does it feel like to have the treatment options or the lack of treatment options you have today to offer your patients?

**Mazen Noureddin**

I'll give you an example. Many examples of patients, I get these patients and they walk in clinic, and let's say, I do transient elastography. And the first thing, I'm looking at the numbers. And if it's slow and I'm like, oh, gosh, thank God. But then if I get the 13 and 14, I learn to -- learn my eyes not to pop because the patients will be alert. But then you're going to have the conversation with them about the advanced fibrosis. And a lot of them is like, I don't drink, why this happened to me, no one told me before. So it is a feel of frustration. And then the next step is another feel of frustration, what do I do now? And luckily, we have clinical trials to offer here and there, but a lot of people don't want to do a biopsy and don't want to go on that. So now like with having options, I think this frustration will be mitigated.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

Yes. No, I can certainly understand that. Bob, maybe let's turn to you in terms of thinking about the future. So we've had a successful Phase III study with REGENERATE in obeticholic acid. Our filing is in, and we're hopeful for an approval in the first half of next year. If that happens and there's a medicine out there, how is that going to change your practice? What are you going to do differently? Is this a medicine you'd wait to use, that you would start to use right away? Just in general, how would things be different?

**Robert Brown, Jr.**

I mean we -- this is a drug we already have experience with. So we've been using Ocaliva in PBC for years now. So we'd probably start using it immediately in our patients with advanced fibrosis. Obviously, how you tier for patients with milder liver disease, you'd work on -- still work on lifestyle, but so many of my patients have already failed lifestyle modifications as a way of changing their ALT or their fibrosis stage on noninvasive imaging. So we would -- as the patients come in, we would start them on drug depending on how the payer landscape works and how easy it is to get it and what hoops we need to jump through. But I think that we have a lot of patients who are waiting for new therapeutics. And for those with advanced fibrosis, I think this would be the next go-to step.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

Great. Anything different? Or if you're thinking about your practice also, how would you be looking at signs of success and outcomes perhaps?

**Mazen Noureddin**

Just what we were presented earlier, we have a diagram that I have been using in clinical practice. We evaluate at baseline with noninvasive testing. And as you showed in REGENERATE data, as I said, this is the first successful drug. So now like we have way more confidence that what we have been doing actually

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is the right thing. And now we're going to just do the same thing. NITs and, over time, improvement in NITs, which is fibrosis marker, along the ALT, which you also showed here, is what we're going to do, I think, in our clinical practice when we study this in the trial.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

Great. You spoke a lot about noninvasive tests in your section, of course. Do you have a preferred test? Is there one test you always go to? Do you use the full spectrum? How do you approach it?

**Mazen Noureddin**

Sure. I like a combination theory. I'm very excited about that the ELF is becoming available in clinical practice. I use transient elastography a lot. As I said, I'm at academic center. I have a very robust program. I have MR elastography, which is very accurate. I don't think it will be used in regular practices. But there is a menu of options, and from these menus, I'll pick these 3 as my top, and I teach the internal medicine people about the FIB-4, NAFLD fibrosis score, yet I think these tests will be used by gastroenterologists and hepatologists will be managing the disease, and I teach them those as well.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

And do you get to a point where perhaps you do, do a biopsy? Or how do you use biopsy in your practice aside from the clinical trial setting?

**Mazen Noureddin**

Honestly, I am one of the people who get accused that I don't do enough biopsies. I rarely do biopsies unless if it's a clinical trial. I really go in extensive NITs, and it should, data should. Now I was very happy to see this sequential and combo. I use liver biopsy when there's doubt about the diagnosis. And sometimes, what do I mean by doubt? We get these cases that there's another disease like autoimmune hepatitis and sometimes, like there are lean NASH patients with high elevated liver enzymes, we've still done, like, do you really have NASH? And we do a biopsies. And I'll give you an example, like last week, we -- I wanted to check on biopsies, how many biopsies I have in the next 3 weeks because we wanted samples for research. And next 3 weeks, I see 50 a week, 150. And my assistant told me, you have 2. So scheduled out of the 150. So that gives you an idea what's my practice and preference are.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

And I think you told us earlier, you have about 20 new patients a week. So you have added the, perhaps 60 new patients, you're talking about just a few biopsies.

**Mazen Noureddin**

Yes, my center is happy with me, my wife is not.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

And how about you, Dr. Brown, is there -- how do you think about the use of biopsy in -- within the spectrum of using noninvasives versus biopsies?

**Robert Brown, Jr.**

Well, we used to use biopsy for both diagnosis and staging. So you couldn't really define fibrosis stage noninvasively. Now you can stage patients with virtually 100% accuracy using noninvasive testing. So biopsy is really reserved for when the diagnosis is uncertain. The truth is that many of our diseases currently are still diseases of exclusion. We don't have a test beyond history and looking at the patient to diagnose NAFLD or even alcohol-related liver disease from anything other than the history. And so if

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

there's doubt as to whether there is either a different diagnosis or the possibility of 2 diagnoses, then you need a liver biopsy. And then the liver biopsy will give you diagnosis and staging.

When I feel confident of the diagnosis and I only need staging, I usually use a combination of blood tests and imaging tests, and which imaging test depends on the need. If they need an MRI for other causes, I think MR elastography is great. If they don't need an MRI for other causes, like they don't have cirrhosis, then I do FibroSCAN with a blood test. And I usually use APRI and FIB-4 because they're available when you first see the patient, and RESERVE FibroSURE and ELF when the APRI or the FIB-4 don't give me a clear answer.

**Gail Cawkwell**

Great. So both Houston, West Coast, it sounds like you both feel pretty confident on staging without a biopsy and diagnosing without a biopsy except in those cases that are really quite complicated.

**Mazen Noureddin**

And based on the numbers of patients we have seen, we had no issues doing that approach, zero. Don't you agree?

**Robert Brown, Jr.**

Yes. I mean the number of liver biopsies I've done in my practice is down by 60% from prior to the advent of FibroScan to now.

**Mazen Noureddin**

And also, like I had conversation with payers, and I got called as an expert. And one of the things that I was surprised by is because of the hep C data, then they were familiar with the noninvasive testing. Like one mentioned, the other one mentioned FibroSURE in the room. So that's why I say, look, when people ask me about liver biopsy, I put the island example. It's like old style, and we're not doing that anymore, and you're not going to save these people with 2 old boats.

**Gail Cawkwell**

I mean it's a good point that it's not that these noninvasive techniques were developed for NASH. We've -- there's been validation and research on them in NASH, but there's -- they've been around for some time related to hep C.

Let's maybe move to really a different area. We've been talking today mainly about obeticholic acid, of course, but there are other things in the NASH pipeline out there, other things that relate to treating more of the NASH side, more of the fibrosis side. Are there other things in the pipeline as you look beyond obeticholic acid and beyond this first part of next year that you're excited about or you're interested in, Dr. Brown?

**Robert Brown, Jr.**

Well, I think what's exciting is there are so many compounds. If I could predict which ones are going to get to market and succeed, I'd probably be in one of your chairs and not in my chair. And if I knew, I probably couldn't tell you anyway because it would be confidential information.

So what I can say is, I think our approach will be, one, individualized to a certain extent. For patients who have mild disease, you're going to focus on inflammation before they get to fibrosis. For those with advanced fibrosis, reducing inflammation will be important, but really, you have to get an antifibrotic in there because preventing cirrhosis is, at the end, your goal. And many patients will probably end up on a combination of agents. So I think it's going to be both individualized and a lot of them are going to be combinations. And we've seen over the last few years, just as we saw with hepatitis C, many will fail, some will succeed, and the marketplace will be driven in part by who does the best in their development program, and then who does the best at getting to market and marketing their product once it's out there. And then safety and efficacy will always drive all of these equations.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So what I can predict is there will be multiple successes and multiple failures. And I guess it's your guys' job out there to try to guess better than me and the rest of the market as to who's there first and who's there better. But we're anxiously awaiting 1 drug, and I think it's pretty clear who that first one is going to be.

**Mazen Noureddin**

I'm glad Bob went first. I'll use his wisdom and not predict, especially walking in here today the [indiscernible] was announced as negative. I don't want to go to speculation because I did not read the press release. So I'll leave that to later. But you said in the next year or so. So it's looking like you guys.

In terms of a drug that I like as MOA, I like the GLP-1s in general. And this is not a competition. There's a lot of partnership here. People want to think about this field as diabetes. So we have metformin first. And then on top of metformin, we started adding medications. And this is almost every single expert in the field think that will happen. And one attractive molecular is the GLP-1s, which as I'm sure you guys know it well, showed benefit in diabetes, but also should benefit in weight loss. And I'm looking forward to see datas from the pipelines on the GLP-1s.

**Gail Cawkwell**

Now Dr. Brown talked a little bit about the importance of probably combination therapy in the future. When you think about those combinations, how do you think about obeticholic acid within that sort of future landscape when there's multiple medicines?

**Mazen Noureddin**

Absolutely. I do think FXRs are one of the most potent drugs in the field, and they're going to be the backbone of every single therapy. So yes, obeticholic acid will be essential, will be the first drug. And what comes in the future might be add to it, especially if -- as I said, GLP-1s will be attractive for me, too, for these people to lose weight. So I will not be surprised if I see people taking OCA on top of it, a weight loss medication such as GLP-1.

**Gail Cawkwell**

Great. Well, Dr. Noureddin, thank you very much for your time this morning and in the panel; Dr. Brown, thank you as well. We're now going to go ahead and take a 10-minute break, and then we will start our next section focused on our launch preparation activities. Thank you.
[Break]

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Jerome B. Durso**
*Chief Operating Officer*

So good morning, everyone. I'm Jerry Durso. I'm the Chief Operating Officer, building on the discussion this morning, an informative and an interesting discussion for you, I'm sure. We wanted to take now the next session and talk a little more in-depth about the launch strategy. So I will start and lay out some of the foundational insights from really a deep market research program over the last several years, give you some idea of some of the highlights that are really foundational when we think about the launch. I'll talk about how we see the market here on the -- looking at the diverge of coming to market for patients with advanced fibrosis due to NASH. We'll talk a little bit about the focused areas of the launch. And then Richard Kim, our President of U.S. Commercial and Global Marketing, will follow me to talk more in-depth about all the good work that the teams are doing, preparing the launch to come.

So it's been a very deep year. Mark mentioned all of the milestones for 2019. I can say it's been a busy 2019, but it's been a busy 3 years that I've been involved with Intercept because as the market has evolved, clearly, we've tried to build on the science, build on the customer insights, the patient insights and work together as a group to bring the first potential therapy to market for patients with advanced fibrosis due to NASH.

So as we've progressed, we've continued to build the foundation for the launch as we, a, gathered the clear insight, and you got more insight today about the product profile of OCA. All of the data based on REGENERATE that we've been able to communicate this year, really giving us clarity on what OCA can do for this advanced population that we discussed. Large progress continued really over the past several years in terms of our customer understanding, what they're thinking about, what they're considering from all sides in this disease area. And that's really allowed us to frame a clear launch strategy, which we're going to talk about over the next hour or so.

Along the way, we've taken the opportunity to ensure we had the right team. You always need the right people behind any sort of effort, but particularly when it comes to a launch and building on strong capabilities of the group that was able to launch successfully in PBC with Ocaliva, but also looking at every step, what else do we need in the organization in terms of people, resources, in terms of skills, deep experience in launch. And we've tried to take that along the way for the additions to the team we've done to date and also for those that will come as we continue progressively to ramp the organization in order to launch well.

Last and certainly not least, hopefully, you got a sense a little bit this morning that there is momentum in the market. We're participating in the required education. This is an area that does need to be educated. Again, there haven't been any therapies available, but you get a sense that based on the data, based on all the evolution of the understanding of the ways to identify these patients, there's good momentum on that.

So we start with a strong framework, but as you can imagine, there's some key ongoing processes, which will allow us to ultimately make some of the final decisions around the launch. So the payer dialogue, which has been ongoing, we've talked about that at some of the previous quarterly earnings calls. That will continue throughout the next period as we get ready and as we work in parallel on the important regulatory discussions, which will ultimately yield a final label. And it's really with that final label in hand that the progression and the finality of the discussions with the payers will move to the next level. So good progress. Really we feel extremely good about the progress that we've made, but there is some work to do, and we'll continue to work together, again, to be first in the area, hopefully providing solutions for patients that haven't had anything up to now.

So usually when you launch, and having had the opportunity over the years to be part of many different launches, you take a look at what do you know in this area. And so there's a lot of information that's typically available. You look at the data and the labels of your competitors. You look at all of the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

prescription data that you can get easy access to. You look at the clear treatment continuum that usually exists. So you start with a basis of information that allows you then to think about your product in a way that is building on a market that is more or less well-defined at times. Obviously, there's some variability. That wasn't the case here. And I think we've taken the opportunity over the last several years as the leader to really build a deep knowledge base. And I can tell you again, having participated in a good deal of launches, this is as deep and robust a program as any I've ever been a part of. We've done a significant amount of primary research. Again, the information didn't typically exist in the way that you normally would be able to digest it. So we built it. Thousands -- literally, thousands of interviews with physicians, with patients, with payers getting a sense of concerns, how they think about the disease, what do they think about treatment options, profiles of different potential compounds. We also built and took advantage of the opportunity that we're in an era of big data. In medicine, there are large data sets available that we had the opportunity to access to both mine and integrate. Looking at some large medical claims databases, lab results in some of the areas of noninvasives that you heard this morning. There's diagnosis codes. So really taking advantage again of what we're hearing directly from the customers through primary research and then looking at the overlap in the data sets that are available and continue to emerge. And we also took advantage of the fact that we are focused exclusively on liver disease. And so all of the good positive interactions that we're able to have as a normal course of business, the constant interaction with the scientific leaders, advisory boards, even looking at the questions that we're getting in from the field on a regular basis through our medical information outlets.

So just to say, what we're going to talk about this morning is based on a deep program. And again, it's an evolving space. And we've even seen in the couple, 3, 4 years that we've been out, we've seen the emergence of new thinking and evolving of the thinking, and consistent with the discussion this morning. If you asked some of those questions to those 2 experts 2, 3, 4 years ago, you would have got different answers. The market is an evolution and as the leader, we've been in the middle of that, and that's allowed us to really build our launch framework accordingly.

So I will probably say the word focused a lot of times. It is the way we think about the launch. Again, we took the insights that we have and have tried to build the right map for our teams and for our overall launch effort. We build on this foundation of our established capabilities here. It's about our understanding of the disease, our strong, unique development capabilities. The fact that we're in contact in PBC currently with many of the key physicians who will be treating NASH patients. So again, we build on the strength and that is really our strong existing capabilities, but really think about the launch as the opportunity to flex up from the really strong base that we've been able to set up with the PBC launch.

It's important to find the right patients, and we are going to continue to focus on enabling the identification of advanced fibrosis patients noninvasively. I'll give you some more information. Maybe -- you heard from some of the experts today. I'll talk a little bit about what's coming back in market research from the broader populations of physicians. There is education that will be required here, which we'll continue to put forth, but it's good that we are building on momentum that's existing.

Success with the payer is critical for every launch. It's particularly important for a brand new therapeutic area. So the partnership, which Richard will go into in a little more detail, of that two-way dialogue that we've started a while back that we'll continue through the launch, ensuring that we're in the right intersection point with what patients need to be treated and the concerns and questions that the payers have. And I think, again, we feel good about the progress. We'll talk some more about that.

And last and certainly not least, as the first opportunity to bring a therapeutic area with a unique antifibrotic benefit, we have the opportunity to really establish OCA as the foundational therapy and ensuring that all of the customers understand this unique benefit in a way that allows them to use OCA effectively when it's available is going to be an important dimension as well.

So focus is key. So first part of focus is we're going to continue to focus on the specialists, okay? So we've talked a little bit for a while about this being a specialty-focused launch. What we continue to mean by that is we're going to focus on those physicians that are most equipped to manage the advanced patient. These are primarily the hepatologists and gastroenterologists that are out there. They treat more NASH patients, and they tend to treat more of the advanced population, okay. It makes sense. They get patients

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that are being referred in. They also view themselves as the manager of this condition and of the liver, while the PCPs are playing a more secondary role here and are really looking at the condition more in the earlier state, and we're looking at it in the context of some other -- of the other comorbidities that are out there. While being the liver-focused specialists that they are, the goal, understanding that these patients will -- many of them progress, and the fact that urgency is required is really in the domain of the specialists. And they're already using the identification tools that we talked about this morning. So again, we're building on the momentum that's out there.

It's also clear, and you got a little bit of a flavor from some of the comments from the physicians in the panel this morning. There is a frustration with the specialists, okay. They haven't been able to do much for these patients beyond monitoring, lifestyle interventions, et cetera. So the fact is they are frustrated, which makes them much more ready to use the new therapies. So we're going to focus on the hepatologists and gastroenterologists. When we talk about where we see the initial target of our efforts, it will be focused on those patients with advanced fibrosis due to NASH that are with the specialists currently.

So there's a lot of interest in how we look at the market, how we size the market. So I wanted to take some time and rankly, go in some detail. First, how we built the market map, which I'll show you, and then give you some of the details behind the figures. As I said, this has been something that we've worked on in depth, and we wanted to make sure that we could give you the full picture.

So step 1 was to ensure we were comfortable with the quantification of the overall prevalence of NASH in the U.S. So we relied on one of the well-recognized epidemiology publications, the Estes published a NAFLD epidemiology model last year in hepatology. And that model was kind of the basis that we started our quantification with. Now we had an opportunity to actually get access to the model and do some additional work to take that model, which has some baseline and some longer-term assumptions, but forecast that and come up with a number that corresponded to where the market would exist in 2020, Okay. We then went and recalibrated that prevalence using noninvasive data, okay. So again, in the context, we had access to some large databases, which looked at NIT data that exists for a representative population of the U.S., about 40 million patients in this database where the NIT data was available. So we were able to then recalibrate and consider how did the overall population break down in this concept of early and advanced fibrosis, okay. We also then took a look at some of the other published data that also gave you some distribution and got comfortable that we were in a tight range.

Third, since we're going to target the specialists at launch, it was important that we define the patients under specialist care currently. And we looked at that 2 ways. Again, we look at the available data in terms of claims, in terms of NIT information that was available for a large -- and those patients that were already under the care of a specialist. And then we correlated that with a bottom-up approach where we actually went to a large number of physicians in a quantitative research and asked them about their patient load. The good thing with that is that the number that I'll show you, ultimately, which is 0.5 million patients who are advanced -- who have advanced fibrosis due to NASH and are already under the care of a specialist, that top-down and bottom-up approach correlated very nicely.

So to give you some details then on the figures. So as I said, we started with the overall estimate based on Estes, which yielded about 19 million patients with NASH and fibrosis -- I'm sorry, with NASH overall. And then we did our internal work looking at the approach of early and advanced fibrosis. Again, utilizing NIT data and the published cutoffs that are available and sized that to 16 million patients with fibrosis due to NASH in the U.S. and about 3 million of them who would fit that category of advanced fibrosis without cirrhosis, okay. We then took the step 3 that I outlined earlier, and we cascaded that down, that there's 1.5 million patients currently under hepatologist and gastroenterologist care currently. And again, these are patients where the data is available according to the published noninvasives that you can define where they fit in this context of early fibrosis, advanced fibrosis without cirrhosis.

So to take a little bit more of a deep dive into the patients that are currently with specialists, again, this is where we arrived, this 0.5 million patients, which will be the launch priority for us as we initially go into market with OCA, okay. These are patients that have already been referred, they're with the specialists, and the information exists for them to be defined as advanced fibrosis without cirrhosis.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

There are large numbers of patients, as you can imagine, who are also not yet under the care of a specialist. That's the large group that, again, there's less information available. They're not typically identified as being at risk. We would expect a couple of dynamics, which I think were important. So as we look at that 0.5 million patients that we will focus our -- as our launch priority on, remember, this is in the context of no therapeutics being available currently. All right. So the first thing you would expect to happen if OCA comes to the market is that there will be, for the first time, more of an overt reason for primary care physicians to refer patients with NASH. And so we would expect the first area of growth of that 0.5 million to come just as a result of a therapeutic being available for the first time, all right.

Now we also have a group out there that we have identified with compensated cirrhosis, who potentially could be an additional population in the future if the reverse population reads out and we move forward there. But again, for the launch, we will stay laser-focused in the initial phase on this 0.5 million patients who are advanced and who are already under the care of a specialist, okay. It is a subset of our broader indication, which might anticipate as a result of REGENERATE, which goes to a broader population. But again, the focus for us will be on the advanced population, and I'll give you some depth on how we arrive there based on the research.

So the statement was made several times by the external experts that physicians are using the available tests already in the marketplace. This is one of the pieces of feedback out of some recent market research where we ask hepatologists and gastroenterologists, how often are you using these tests. And so 56% said they're using the so-called simple tests. So these are the calculations done based on readily available information that's already typically in a liver panel. And about 93% of them saying they're using the confirmatory NITs. Now why the difference? Well, the fact is the simple tests are based on information that's available, but physicians aren't always doing the calculation, okay. Sometimes there are apps that are available, but that will be one of the parts of the opportunity with the education. We'll be ensuring that they're using the information that's already available on an automatic basis, and we'll -- that'll be part of our efforts in education is to provide tools to make that happen as easy as possible. So they're using the available tests, and they're confident in using them to identify advanced fibrosis. So 82% of specialist surveys believe that they can reliably assess advanced fibrosis without NITs.

Now biopsies have and will continue to happen in the marketplace. So one of the pieces of data out of a claims database, and now this is for all patients who have an ICD-10 coded for NASH. So this is a formal diagnosis, which, frankly, isn't happening. The diagnosis code is not used that often yet. There's no reimbursement behind it, but it gives you a good proportionate sense for an overall population where a look back, showed about 10% -- a little less than 10% of those patients who had a formal diagnosis of NASH had a biopsy. You would expect for the advanced population that, that number is higher. We do know that the advanced population biopsy happens more often. But again, it's in the minority of the cases, but we would expect for that 0.5 million initial target of advanced patients that the biopsy rate would be higher than this less than 10% that you see already in the overall NASH population.

So the education will continue. Again, it's important to note, we want physicians to continue to use the test that they have access to and they're comfortable with, okay. So we think about this, and I think the data indicates, consistent with the discussion this morning that multiple tests gives better accuracy. And this kind of approach where you have a simple test, which could be based on readily available information that's typically a part of a liver panel, and then some sort of confirmatory test gives good solid precision and ability for a physician with their clinical judgment to make a diagnosis of early or advanced fibrosis. So we'll continue to encourage hepatologists to utilize the test and, right now, to utilize the published cutoffs that map back to these designations.

Physicians, they can identify the patients. And again, there's a couple of examples that you might consider. George is a patient. Based on a simple FIB-4 calculation, advanced fibrosis could be excluded, probably unnecessary for a confirmatory test. And I think there could be a good understanding at the physician level that, that may not be a patient that I have to urgently focus on. So a good algorithm will rule out patients that should be ruled out. But at the same time, a patient like Rachel, who might fall about in the middle on a FIB-4, but where FibroSURE clearly designates her at advanced fibrosis, a physician could be confident that a recognition and an identification of advanced fibrosis can happen for these patients, okay. So again, a part of our job will be not necessarily driving a single way to recognize

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the patients but ensuring that the pragmatic tools are available can help physicians to find the patients effectively.

Okay. We're going to focus on the advanced population. It is where the need is in terms of their risk of progression. And clearly, physicians understand that this is an inflection point. So this is some additional data from a recent market research study where we asked physicians, what's their urgency to treat as patients progress. And you can see the early fibrosis patient, the early fibrosis segment, not huge urgency, frankly. As patients progress, you can see that dramatically increase, about 2/3 of the physicians reporting very urgent to treat those patients. And as you would expect, once patients get to cirrhotic state, the urgency continues to ratchet up. Unfortunately, less options for those patients, as we know. So again, we're focusing on the patients where that inflection point at the physician level is clearly there.

We're also building on the questions that the payers have. The payers are concerned about the complications and the economics that go. As patients progress to cirrhosis, they want to avoid those outcomes and those costs. It's -- while it's a minority of the patients, about 10% of the patients, they're at a huge risk, over 100x higher risk of liver-related morbidity compared to those without fibrosis, and they account for the bulk of the direct medical costs in NASH. So again, the payer is focused on how do I make sure that I'm treating the right patients and I'm preventing the thing I'm most concerned about. Therefore, when we ask payers in the research setting, about 70% believe there's a significant unmet need, specifically for these patients with advanced fibrosis due to NASH. And 84% of the commercial payers that we surveyed believe that advanced fibrosis patients are the most suitable population for OCA. So again, we're aligning the focus of our launch plan in this initial population that we'll go for consistent with all the feedback that we're getting from our customers about the issues that they believe they need to address urgently in this disease.

Now turning the page a little bit to think about OCA and the data that we have and how that plays into the mindset and the priorities that the treating physician has. So not surprisingly, the specialists cite the fibrosis relating -- related endpoints as extremely meaningful and important to them. You can see the data in front of you. The first, most important endpoint they are concerned about is how do I prevent progression to cirrhosis. But very quickly right behind it, halting progression of liver fibrosis, fibrosis reversal of one or more stages. Okay. So based on the data and the antifibrotic effect that OCA delivered in the REGENERATE study, we're encouraged by what we believe will be a product profile that will be able to meet the needs of a good group of the prescribing physicians out there. Obviously, there will be education that will be required. We anticipate, like any new area, that we will need to get out there and ensure that we're working consistently through all of our efforts to make the link of the need that the physicians have and the profile that we'll be able to bring, but the data makes us very encouraged.

So we also ask these specialists about the specific profile. And just a couple of items here. We got a good reaction to the efficacy profile, and this is more in qualitative discussions where they're looking at -- the physicians are looking at a blinded product profile in a market research setting. They're encouraged by the interim data. Of course, the reversal of fibrosis. But the fact that it happens in just 18 months is one of the things which is extremely encouraging. They understand that this disease takes a long time. And the fact that we had the opportunity in just 18 months to have this effect on the fibrosis endpoints in the interim cohort is encouraging for the physicians. And the fact that the improvements in ALT happen and they happen quickly, important for the dialogue between the physician and the patient, and also makes physicians encouraged that they are potentially impacting the underlying disease.

So some of these verbatims here, I think speak to the emotion and the mindset that some of our specialists have. They're excited for the first time to be able to bring something, a little bit of relief where they haven't been able to offer anything -- sometimes after significant workup of the patient, they finally get to the point where the physician can have the discussion with the patient about their condition, unfortunately, not bring them much. So that relief is there and hope.

One of the advantages of the large amount of clinical data that we have on obeticholic acid is that the drug is well understood. And in that context, most of the physicians are viewing some of the well-known effects of OCA, the LDL and the pruritus profile, for example, as manageable. So again, I think we think about the efficacy, we think about a well-known drug based on a deep amount of clinical data and we get clear

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

on how we'll begin to dialogue about the OCA -- about OCA and the opportunity it has once we're able to bring it to market.

So there's anticipation of OCA. About 2/3 of the physicians surveyed in this particular piece of research had an unaided awareness of OCA. You can see then on a native basis, which gets you to over 90%. Again, I think based on where we are in advance of the launch, I would categorize that from my experience as a very solid number. And about 3/4 of them are telling us that they would probably or definitely prescribe a drug like -- with a profile like OCA if it came to market in the advanced population.

So our job will continue to be to get the word out appropriately to educate the market, and ultimately, upon approval to initiate our promotional efforts, but we start with good momentum and a framework of understanding upon which to build.

So last and certainly not least, we think about the patient. And I think consistent with what I've described earlier where the physicians and the payers look about this progression from early to advanced as a point of inflection, as patients advance, they are also more concerned about their disease and more likely to engage about potential treatment. Makes sense, but it's always good to see it play out in a robust set of market research data. So when you ask patients, how concerned are you about NASH, the advanced population is more concerned, extremely concerned, about 80% of them, over 80%. They have more interest in a medication like OCA. And again, this concept of hope is one that resonates. So there is more interest as patients move from early advanced. And their probability that they would ask their physician about a medication with OCA's profile also goes up.

All right. So again, the focus on the patient with advanced fibrosis due to NASH who's with the specialist will be the initial focus on the launch. And we believe from all of the customers' sides, it's where the need and the recognition of the need allows us to initiate the launch in the most effective way.

So to summarize, hopefully, what I've given you a flavor for today, the stage is set for us. There's a lot of work to do. We're continuing to focus as always in a new area. This will take time, this will take effort, but we feel good about where we are in delivering a strong launch. I think our target population are those patients with advanced fibrosis due to NASH without cirrhosis who are under the care of a specialist, and it is a significant unmet need today. The specialists can identify them in practice, and they can manage them noninvasively. The payer dialogue, which will continue as we progress over the coming months, but makes us confident that the payers recognize the urgent need to treat the advanced patient. And we know based on all of the depth of clinical knowledge that we have that OCA is well positioned to potentially become the treatment of choice for these patients.

So that hopefully is a clear translation of all of what we've learned and how we think about in the context of setting up the framework for a launch. I'd like to now turn it over to Richard Kim, who's the President of U.S. Commercial and Strategic Marketing. He will go through how we're preparing the market and preparing our launch. Thank you.

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Thanks, Jerry. All right. Thank you, Jerry, and good morning, everyone. Really excited to be here to represent a lot of the collective work of our team working on the launch for OCA in advanced fibrosis due to NASH. By the way, the more time you say advanced fibrosis due to NASH, it just rolls off your tongue after a bit. So I've -- we've got months of practice ahead of you guys.

So okay. So as Jerry said, we have lined up all of our work against 4 key launch pillars. What I can say is we're in full execution mode against these pillars. What I hope you take away from today is really a few things. First, we're really going to build upon our leadership of what we've established in liver disease, and that's really through the gateway of PBC and the success that we've had in really establishing Ocaliva and Intercept as a leader in this space.

Second is we really understand our customers, the hepatologists and the gastroenterologists. Now we're going to take that great insight to make sure we can help focus them and how to identify the right and appropriate patients for future consideration absolutely using NITs. And then upon approval, we'll use that

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

insight to really make sure we appropriately communicate the value proposition for OCA as well. I also want to make sure you leave here having a clear view that we have a very clear plan and are being very proactive in our engagement with payers as well.

So representing the totality of our plan, I also want to mention, I may be representing or speaking about some things that my colleague, Gail Cawkwell's team is doing through their medical affairs work as well.

Okay. I woke up this morning and like many of you have been traveling a bit, and I was trying to remember where I was, and I realized I had a bit of a déjà vu moment. As it was almost exactly 4 years ago, we did a similar program for PBC. And I actually know some of you were at that program 4 years ago as well. Maybe in a room with a little less wood paneling and a little less gold paint, but an event similar to this. And the questions that we were being asked -- I was being asked at that time were, hey, Richard, is the second line PBC market real? Can you guys really build the infrastructure to commercialize a product? How are you going to identify these patients? A little bit of a similar position to where we are today.

What I think I could say is we've really successfully addressed those concerns and brought a world-class launch to PBC. How did we do it? We built from the bottom-up a fully integrated commercial team and hired some of the finest people in the industry that I've had a chance to work with. We've also established and really retained our deep relationships with hepatologists and gastroenterologists throughout our entire journey. And what we did is we've really focused on education. Knowledge is key. People make great decisions when they have the right knowledge, and we really fill the void in PBC where a lot of the physicians didn't get the adequate training during their residencies and fellowships on PBC.

I'm super thrilled with the work that our market access team has done, now securing over 90% access for lives of Ocaliva in the United States. I'd also be remiss if I didn't talk about the terrific work that the team has done with patients and patient advocacy groups. One quick anecdote is before we started this journey in PBC, PBC was called primary biliary cirrhosis. Now that was a term that made it very difficult for patients and physicians to engage. Now the team worked with patient advocacy groups, also the physician groups, as you know, to change the name from cirrhosis to primary biliary cholangitis. And that simple change really changed the dynamic of the dialogue within a physician's office.

So what has that translated into? As you can see on the right, when hepatologists and gastros get experience with Ocaliva, they generally have a really positive experience. 94% of physicians reporting they have a positive experience as they've grown experience with using Ocaliva. Additionally, our persistency not only continues to outperform UDCA as the standard of care, but what we're starting to see is year-over-year, our persistency rates are increasing and getting better. And I would really attribute that to a few things. One is we built a world-class patient services hub, and they have really worked very closely with the specialty pharmacies to ensure that the right level of care is getting out there to patients. Two, we've built a terrific field team, including now reimbursement access managers who go into the offices, who actually help office and office staff work through both the initial product acquisition and persistency as well. And three, probably the most important thing is we see physicians are gaining more experience and more confidence, even as we've expanded our treater base to go beyond the specialists and go to more community gastros, we see the experience and knowledge and comfort really growing over time as well.

Okay. So when we first launched in PBC, we had to make some choices. We focused on covering about 5,000 hepatologists and gastroenterologists who we believed we're the busiest of the liver physicians out there as well. The way we did this is really something pretty cool in my opinion. We tie traditional prescription data and claims data, but we were also able to link our own unique lab data, in addition, using our hub and specialty pharmacy data to create a very unique portrait of every single targeted customer we have to have a better knowledge of who has the right patients and when to go out to see them as well.

Now as you transition to NASH, we're going to absolutely leverage this foundational base of these more advanced liver specialists for both hepatologists and gastroenterologists. What we're also going to do is cover beyond these 5,000, an additional 10,000 gastroenterologists, to give us about 15,000 in total that we'll cover, pretty much the entire hepatology and gastro base in the United States. So when you think about these additional 10,000 physicians, I can't guarantee exactly what every physician will do, but what I can say is we know they have large patient load for NASH, and they will either be critical in the diagnosis

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of, referral or treatment of these patients as well. That, I will tell you, who it is exactly on every clinic, we can't. But the 15,000 will give us a chance to really reach the vast majority of people who we believe will be managing this disease actively.

Okay. So now we've had to build out our teams to make sure we cover this. And someone said, "Hey, Richard, this slide, you had tripled the number of physicians, and now you're tripling your size. That seems like the least analytical thing you could have done to come up with this." Well, I will assure you, we have done an awful lot to torture the numbers that we have as well. So we actually started, and once again I'm going to represent some of the work that Gail's team is doing in PBC with a footprint of around, give or take, 10 MSLs, 10 folks in our field access team and about 50 TBMs or sales representatives. So that's where we began our journey.

As we think about how we're building out towards NASH, we're going to build and leverage the terrific hepatology and liver experience that we've attracted to this company that we've built over the last 4 years. But now we're adding in people with great GI experience. And if you heard the video from [ Lisa Bright ], we're now attracting people with just great GI experience, people who have launched in very complicated disease and competitive spaces to really help round out our entire team as a totality. So that brings us to numbers of about 30 MSLs from Gail's team and about -- who have been actively deployed already since the earlier parts of this year. Our field market access team where we expanded, and those folks have been very actively engaged already with the payer conversations, and we've now also begun the build-out of our sales team with our first group actively out there for the last few months educating on the disease state and NITs. I will say, we've been pretty damn popular on LinkedIn. In fact, one real cool story I can share afterwards is I got this really cool poem from someone who really wanted to work at Intercept. Unfortunately, it didn't quite work out for him, but I really like that poem. I'm going to keep it in my desk for a future reference.

So within these numbers of patients that we're talking about, we also realize we have to evolve our business model to address the complexity of how you acquire health care in the United States. So there's 3 new sleeves of field-based teams that we've now created. Once again, within Gail's medical team, they've now created 2 new roles of MSLs. One, a group of MSLs will specifically work on access. Now as you know, access is complicated, and almost every conversation we have with payers involves a clinical foundation. So Gail's now upped the number of folks that we have medically who will specifically work with the payer group. Second, I think this is really cool. Gail's also hired field-based hepatologists. Now these are people who really want to come to work at Intercept, and this will allow us as a collective team to have more peer-to-peer discussion with both gastroenterologists and hepatologists. So Gail, thank you. I think it's been some great additions. And the people that she's hired have been really, really great to work with.

So when you get to a launch, you know that thought leadership really matters. There's oftentimes a few people whose opinions really matter in the marketplace. Commercially, we're realigning some of our efforts to make sure that we have territory business managers who will specifically cover some of the biggest of all the academic centers across the country, to make sure that we have the right specific resources and enable those people with different tools to have those interesting conversations with the thought leaders. And you'll see some of the names here, like New York Presbyterian, Penn, Stanford. One more team that we're now adding is a key account management team. So more than half of the lives in this country are now organized for integrated health care systems. And beyond integrated health care systems, there are hundreds upon hundreds of group GI practices in the United States. These groups have big, big ambitions, and they're a little bit more complex to work with. So we now have created a key account management team with a specific task of working within IDNs and GI group practices across the country as well. I can tell you what that color-coded map looks like afterwards, if you remember, after this break, but we have done an awful lot of work to really understand the different types of systems and groups and how to best work with them across the country as well.

Okay. It's been a really busy year at congresses for us and real kudos to our R&D team and our medical team where I can confidently say, REGENERATE data has been everywhere.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Clearly, it began with that watershed moment where Suberi Nasi presented the top line data at EASL earlier this year. I'd also say we had a terrific showing at AASLD just last month. But where the focuses now sort of shift is getting the REGENERATE data to where our broader customer base will be. Now that includes DDW, the Digestive Disease Week, which is the main meeting for the American Gastroenterological Association. Also last month, the American College of Gastroenterology had their annual meeting in San Antonio, where REGENERATE was front and center as well. But beyond the physician groups, we're also now seeing the data being presented at the bottom, GHAPP, which is the Gastroenterology & Hepatology Advanced Practice Providers. It's really a meeting for the NPs and PAs across the country who are specifically focusing on GI and liver disease. Terrific showing Las Vegas earlier this year. And recently, at the AMCP, which is one of the biggest payer congregations and meetings, the Academy of Managed Care Pharmacies. Recently in October, there was a showing at that meeting as well.

So I think we can say is the REGENERATE data has been everywhere. But maybe what's been more important is really a mental change as far as the types of questions that we're receiving. So when you go back to EASL and even DDW, I think people were still absorbing our data. If you ask the medical team and anyone within the company, we're getting more questions on can you explain the data? I'm not sure I understand the data. What are all these different endpoints? And so as we sort of transition out of the spring and summer meetings towards the fall and winter, I think we've seen a real mindset shift in our customers sort of saying, I think I really understand the data. And in fact, when data has been augmented like the NIT data at AASLD, now the conversation is focusing a little bit on, can you explain the data, to now how do I start to get ready for potentially having a first therapeutic option available in 2020.

By the way, one last thing I do want to mention, as has been said before, we're really thrilled with The Lancet publication, a really terrific, well-balanced publication. As one thought leader told me just 2 weeks ago, he said, Richard, you can probably anticipate that this may become one of the most referenced papers in liver disease that we've seen for quite some time. So I really do hope that happens.

All right. Let me now shift to a little bit of what we've been doing specifically to prepare this marketplace for education. Earlier this year, the team launched NASH Tipping Point. It's a really cool digital campaign. And as you can see the graphic that really talks about that inflection point between advanced fibrosis and cirrhosis and hopefully not going over that tipping point. Now this campaign is really focused on reaching those gastroenterologists and hepatologists across the country. And there's been a lot of geo mapping and other things that have been done to really enhance the reach of this entire program. We've already reached over 120,000 of our customers since this program has been launched in about May of this year. And if you look at the bottom right, this is a picture from AASLD last month, where people were taking the NASH Tipping Point challenge. If you're so inclined, we actually have a couple booths set up in the library right next door.

If you've ever been to a congress, you know it's tough to flag someone's attention unless you have really good coffee or nice donuts in the morning, something like that. What we see is when people stop, they are very engaged. We had huge connectivity at these meetings. And also when people stop on average, they're spending over 5 minutes engaged in the NASH Tipping Point challenge. It's really hard to get anyone -- I have 2 teenagers -- it's really hard to get anyone. That's like 37 years in teenage lives, I think. But it's really hard to get people's attention, but we've seen a great level of engagement. And what we can say is pretty much everywhere we go, there has been this hunger and thirst for more knowledge and education on NASH, on advanced fibrosis and on NITs.

Okay. I said that our team's already been deployed. There are some of the tools on the left. They have a lot of tools to use with the physicians right now. As I mentioned, the field team's deployed; the medical team, way in advance; the access team is out there. And now we've also deployed our sales team, really focusing on disease education on NITs and advanced fibrosis.

Early this year, we kicked off our speaker bureau and actually now have, on a weekly basis, speaker disease programs going on across the country as well. Gail's MSL team is also doing a lot of, what we called roundtables. And generally, I'm not sure these programs have always worked well in my past. But because of sort of this void of knowledge, these programs are being exceptionally well attended by a lot of physicians across the country.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So I've shared a lot of what we're doing as a company. Let's take a step back to look at the marketplace now. So you heard a lot from Dr. Noureddin and Dr. Brown and Gail, talk about NITs in the marketplace. But what we see now is a real big momentum shift that even started without Intercept. So now lab companies such as LabCorp, through them, any physician in this country can now order a FIB-4 or an APRI test with its own unique CPT code. So rather than even having to go to an app or website, they can now actually just order these reports themselves. And guess what, we see this growing and evolving relatively rapidly over time as well.

So now many of you are very familiar with the diagnostic companies that are out there, and here's just a couple. We know that Echosens now has over 1,200 FibroScan machines in operation in North America, between the U.S. and Canada, and that number is growing. We've had a terrific collaboration with Echosens in the clinical studies, and we've had a lot of discussions commercially with them as well. And Siemens just a couple weeks ago, announced that the ELF test is now available in the United States. I think it's in a smaller domain, and we expect ELF test to become more readily available next year as well.

So for us, we're going to leverage the great work that we've been doing. We're also going to leverage where this marketplace is going. And our goal is to make sure at the point of care, people can easily and simply identify patients who may be at higher risk. Like I said, some of that may come through ordering a lab test. It may come through an app. But generally, as you heard from the other physicians, a lot of these things are being done already within the marketplace.

One last thing I want to mention on the bottom right corner is a lot of the dialogue we're now having with some of the larger institutions and group practices are really focusing on how can they actually start to leverage their EMR data to use algorithms to identify patients who may be at risk. If you think about it, all the information that they need for FIB-4 is already within their EMR. And now where a lot of the groups are going, is how can I apply algorithms to now get the right patients to come into GI and hepatology offices, not just the fatty liver patients who may have more benign disease. So it's been a really terrific swell of activity that's gone on just over the last few months there as well.

Now I'd be remiss to not talk about the hundreds and hundreds of things that we have to do to get ready upon approval for OCA as well. I will say, once we have that label, we will train and certify every one of our field team members in rapid time, and we will be out there immediately. And as you guys know, the label is always the most valuable right upon launch, but I would also argue even more valuable when you're in a new de novo disease state as well. So we'll have speaker programs going on across the country. And I will guarantee you with the multichannel media marketing that we'll do, no one will know who's in the space that OCA is not approved. I can also mention that the trade name for OCA has already been submitted to the FDA. As you know, we separate -- filed a separate NDA. So that's going through the separate review process right now as well. And obviously, we'd anticipate having news on that prior to approval.

Okay. Let me now switch to payers, a focal point for a lot of questions that I receive as well. So the first thing that I have learned about dealing with payers throughout my career, and it's over 25 years in this industry, is they hate surprises, okay? The last thing you want to do is say, "Hey, we just got approved. Here's our price. And now here's the criteria we want to talk to you about." The whole key with payers, in my opinion, is being very proactive in bringing them on the journey with you. And that's exactly what our teams have been doing as well. There are, however, 3 key questions that I think our team receives the most when it comes to the payer landscape.

So the first is on the population size. They hear the same things that you do, 100 million people with NAFLD, 19 million people with NASH. Those are big numbers. People are concerned about blowing out their budgets. Where we are focusing is exactly what Jerry just outlined with -- earlier in the presentation, is we know, and they know within REGENERATE, the highest unmet need population are those with advanced fibrosis due to NASH.

We are also communicating because of the serious nature of this disease, at launch, we definitely want hepatologists and gastroenterologists to be the main caregiver. Once we begin this dialogue with them, I think we're starting to move these payers away from this 100 million or 20 million prevalence that they hear as well. So really defining this population is really absolutely key. And when they understand that it's

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

like 500,000 patients, then guess what? The next question they ask us is how to identify them. So we're going through a lot of the work. And the good news with the NITs is they've also had a lot of experience in allowing people to identify patients with NITs in other liver diseases. And this is where hep C helps us a lot. There's a lot of familiarity with using NITs if it's FibroScans. As you heard from Dr. Noureddin, FibroSURE is used an awful lot in the space by gastroenterologists as well. So there's a lot of experience there.

So the question within the question, I guess, asked a lot is, are payers going to mandate a biopsy? And I'll tell you what, I can't guarantee anything that payers are going to do. I'm not going to do that right now. But what I can say is their journey and knowledge has been really cool to see. Just like a lot of the physicians, they have been evolving their thinking as well on the use of NITs. And the one thing we do absolutely know is payers want to be consistent with medical practice. That is their best ammunition in dealing with any issues on any claim. So it's been an ongoing journey. We're really excited to be out there. And I also think some of the more recent data that's come from AASLD will be a big boost to the conversations going on with the payers.

So last question is probably one you have as well, what's the price? I don't have a next slide on the price. I've been told that was taken out. I'm just hoping -- we're not there yet, okay. We still have to understand our label and get through these more detailed conversations with the payers. But what we can say is we've done a lot of work on research on this and when payers understand the value proposition, they understand that we're focusing on advanced fibrosis due to NASH without cirrhosis, we see a very strong willingness to pay for OCA in that specialty product range. So there's a lot of work that continues to go on. But the thing that we know is the more clearly we can communicate the connectivity point across all these streams is by focusing on the appropriate and right target population, which is advanced fibrosis due to NASH. So our teams have been very active, both on one-on-one. I mean usually, how you win the battle with payers is on an account-by-account basis. We have a lot of tools there. In fact, we're going to update our third iteration of our proactive payer deck that the team uses today. I showed you this here is -- in the middle, you'll see some pictures from the AMCP meeting where there was a 5-minute wait to speak to our team at that congress because of the surge of knowledge that people are really desiring within the NASH space. And we continue to do a lot of market research and ad boards with this entire space because you cannot have enough insight into what payers are thinking and doing. It can change a little bit with the political environment, which is why we continue to be with them on a week-to-week basis as well.

So when you think about this engagement plan, it's a journey. Like I said, you can't get it all done in 1 conversation or 1 meeting. And our teams have been actively -- been deployed earlier this year to begin this journey with payers. It first started at the beginning, with really focusing on the NASH disease education, advanced fibrosis, where NITs could be used. We've supplemented that with educating on REGENERATE. And as we leave every congress, we also update on latest data that we have as well. So now where the teams have transitioned is a much more detailed account-by-account conversations to really define the target population, advanced fibrosis due to NASH without cirrhosis. And as we get clarity on our label and approval, we will then trigger the very detailed conversation with payers about coverage criteria and also prior authorization criteria as well. It's a journey.

So the other thing to think about is what does coverage really look like in this space? Here's a few things to think about. On the bottom, we assume that our target population will be -- will have commercial coverage in about 50% to 60% of the population. We also know when we look at our launch or when we look at the sort of analogs of other specialty product launches, in general, it'll probably take about 9 months from approval to secure the majority of commercial coverage decisions. So as you sort of see from approval, what happens a lot of times is you'll get some of the decisions on medical necessity. Then they will actually thoroughly review the product and set up an official prior authorization criteria. Now part of our key is to make sure that PA criteria is relatively simple for people to execute. And then additionally, from a Medicare perspective, we definitely anticipate that will take us longer to get to just like most specialty product launches. So that will be definitely a second wave of opportunity for us to focus in on later on in the launch. So the reason why we are so uber focused on our payer activities and initiatives is because they absolutely hold the key towards access for patients to getting medication in the United States.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our team continues to be very active in their work with patient and patient advocacy groups. Some of the big ones you already know like the American Liver Foundation have and will continue to be out there. We know that the Global Liver Institute, if you've ever met Donna Cryer, she is a force you don't want to mess with. Well, good news is we're in her good graces. But they have a lot of great work going on there as well. She is a terrific source of inspiration, and they have a really cool program, educating both patients and policymakers of going beyond biopsy. The Fatty Liver Foundation in the middle was a group founded by Wayne and Rosemary, who we heard from the videos early on, really because years ago, they saw a void for knowledge and education for people living with fatty liver disease and with NASH. And there's other groups like NASH Knowledge and the Obesity Action Coalition, who are really making sure that there's more knowledge out there within this space.

Now our team, led by our patient advocacy group, is really focused on making sure the right stories are out there for people living with NASH. And it's not just these people who are obese and it's not just people who have diabetes, but it's a lot of different types of people across the space as well.

So a bit of a whirlwind. But what I hope you leave with is we are absolutely poised to deliver in advanced fibrosis due to NASH. We're absolutely leveraging our expertise and heritage that we built in hepatology because we already did it in PBC, and there's a lot of things that we're just going to repeat and scale up. But we're also going to leverage our new insights that we have and the relationships we have with hepatologists and gastroenterologists to address them being able to identify the right patients, leveraging NITs, and once again, upon approval, communicate the value proposition of OCA. And hopefully in a quick period of time, convince you that we are absolutely uber focused on what we're doing with payers.

So when we think about where we are, what I can say is we'll absolutely be ready to launch upon approval. But for us, it goes beyond launching and being ready. We're here to transform. We're here to transform liver disease, we're here to transform NASH. And it's not just because we want to do at Intercept, we want to validate a marketplace. It's because of all the people who are actively today waiting and living with NASH. So if I really think about it, for us, it really comes down to access. We talk about access from a payer perspective, but it also comes down to access for options for patients; access for hope; access for people like Manuel, who've been living with NASH throughout his life as well and giving the chance to have a change. The one thing I will guarantee you is our entire Intercept team will be in relentless pursuit of making sure we have a world-class launch for all the thousands of people out there like Manuel that we have to make sure have options in the future.

Thank you very much for your time. And with that, I'm going to turn it back over to our leader, Mark Pruzanski. One of the reasons I decided to join the company was Mark, so come on up here, Mark.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Thanks, Richard. All right. I'm going to close by bringing us back to the factors that underpin our success and leadership in progressive nonviral liver disease. And I showed you this before, and I think you can agree that there is tremendous value in the foundation that we've built and the associated expertise and long-standing experience with OCA as a foundation for our success in PBC and how that translates in terms of readiness for NASH.

Now today, we focused most of our presentation on the interim data from REGENERATE that we anticipate will support our first approval in the U.S. in the first half of next year and the opportunity that we have in the U.S., primarily. But in the name of maximizing access to patients like Manuel, Richard just mentioned, I just want to take you through what we intend to do longer term beyond the U.S. launch next year. And of course, with the filing of the MAA, we expect to replicate the success that we've had on the PBC side by getting OCA approved in multiple markets over time and access to NASH patients with advanced fibrosis worldwide. Along the way, with REVERSE practically fully enrolled, we have great confidence in the ability of OCA to show improvement in fibrosis with no worsening of NASH in the early compensated cirrhosis population. And of course, as Jerry highlighted, that represents a significant opportunity in a segment with clear high unmet need.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We will continue to stay one step ahead of any who follow us with hope for demonstration of clinical benefit on outcomes. And you saw today a very clear association between improvement in noninvasive tests, and not just fibrosis but also clinical outcomes. And we obviously anticipate that we'll be able to confirm clinical benefit in the post-marketing setting. And then, of course, as Drs. Brown and Noureddin confirmed today, we anticipate a future where to appropriately serve this huge heterogeneous population, we'll see bespoke combinations of therapies with OCA as the foundational therapy, we believe. But we intend over time to test combinations of OCA with other promising mechanisms and of course, develop next-generation assets.

Now underpinning all of this, supporting our lead asset is a very valuable intellectual property portfolio that we've amassed over time. Upon expected approval next year, we intend to list at least 6 patents in the Orange book protecting OCA for NASH. And this is, of course, composition of matter, but also methods of treatment, API and drug product. With expected grant of patent term extension, of course, many of you know that the patent -- the composition of matter patent will expire 2027 but I want to emphasize the broader portfolio of patents that run through 2030 and even into the mid-30s, we believe, we'll be able to safeguard OCA hopefully beyond the composition patent. So very nice underpinning in terms of exclusivity. And of course, from a life cycle standpoint, we've got combinations like the one that we're developing with bezafibrate that we hope will extend the franchise for years beyond.

So I'll end there. And by bringing us back to some of the faces you've seen today and others, these are actual PBC and NASH patients we've come to get to know very well over our years of focusing exclusively on progressive nonviral liver disease. This is why all 600 people at Intercept work tirelessly day in, day out, to do what we do. It's for people with these diseases we aim to serve. And as you've heard today from my colleagues, we think deeply, we are very rigorous and relentless in our pursuit of innovation in order to benefit patients with these diseases.

So I'll end there. I think we're right on time. And I'll ask my colleagues to join me back up on stage. I think we've got 25, 30 minutes for Q&A. We'll take all of your questions. And then I've been asked to remind you that there are boxed lunches on your way out. Afterwards, you can take them. And as Richard mentioned, we've got 2 NASH Tipping Point booths set up. It's actually really cool and interactive, and you can -- well, I think you've learned a lot today, but it's fun to do if you have the time.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Mark Pruzanski**
*Founder, CEO, President & Director*

Yes. And there are 2 mics in the audience. And it is webcast. So we're still webcast, right?

**Lisa M. DeFrancesco**
*Vice President of Investor Relations*

Yes.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Okay. So then, please do use the mic.

**Brian Corey Abrahams**
*RBC Capital Markets, Research Division*

Brian Abrahams, RBC. Really helpful information. Maybe a 2-parter question on adoption curves. I was wondering if you could maybe give us a sense of the pent-up demand among those 500,000 initial target population patients. Maybe benchmark the rapidity of adoption you might expect based on your market research and historical precedent. And I guess I'm talking more about intention to prescribe versus reimbursement access. And then I had 1 follow-up question.

**Jerome B. Durso**
*Chief Operating Officer*

Yes, maybe I'll start, Brian. So I think we think about, again, that initial target audience of 0.5 million patients with advanced fibrosis due to NASH without cirrhosis as patients that are available and with specialists. We would anticipate a couple of dimensions that -- I think we wouldn't anticipate a warehousing effect, okay. The dynamic which we would expect to happen is more that the individual patients will present at their next scheduled visit. These patients tend to see their specialists a couple of times a year or so. So that's one of the important dimensions. The other important dimension is that the payer time is -- the payer access, as Richard said, will take some time for us to work through. So you have those 2 dynamics going on. At the same time, it's a new therapeutic area. And so for the first time, there is a drug to prescribe, but it takes some work to build the habit. So again, we're not anticipating warehousing. We're anticipating -- this looks often like new chronic therapies do where patients progress on their normal rhythm. Physicians get information about a new therapy and then have an opportunity to prescribe and then have the context of what is the individual payer situation based on the plans that I'm affiliated with.

**Brian Corey Abrahams**
*RBC Capital Markets, Research Division*

Got it. And then just as a follow-up, you mentioned another 2.5 million potentially eligible individuals. What sorts of steps can you take specifically to expand into that untreated or referral population? How quickly would you expect those patients to potentially get on board? And how important are treatment guidelines in helping shape that adoption?

**Jerome B. Durso**
*Chief Operating Officer*

So treatment guidelines are always important and useful. And I think in an area like NASH, we will see a continued evolution on multiple parts of the treatment continuum and including the guidelines. So we would look forward to that from the appropriate groups in the future. So we're going to stay focused with the specialists at the time of launch. Couple of dynamics you should have in mind when you think about how that 500,000 initial target population will change over time. As I said, right now, there's

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

not a -- although there are patients that are being referred, there's not a large motivation for primary care physicians to be referring patients. And there's no drug available, they know this. So the first area of growth will be a drug that is available. And so that we would see that be one of the dynamics. The additional item that you have is you have the prevalence growing overall. So I referenced the Estes publication as one of the baseline parameters. That publication estimates kind of mid- single-digit growth just in a normal way. So we would anticipate, just as a result of the initial increase in referrals, that the growth in that population would be stronger because this is, again, funneling through. We have education to do in the market. We do have education to do with the specialists, so that will be, again, the place that we'll start and the opportunity to really focus and execute well with those treaters who are going to be seeing and utilizing OCA first will be a core part of our efforts.

**Navin Cyriac Jacob**
*UBS Investment Bank, Research Division*

Thanks for hosting this event. Navin Jacob, UBS. A couple of questions, if I may. Just wondering, as far as the payer landscape is concerned, I realize it's tough given our -- you're still in early parts of those discussions. But when would you expect post approval the timing of the majority of commercial lives covered? How long would that take to happen? And also, any color around what percentage of the patient population is commercial versus Part D? Any kind of color like that would also be helpful. And then I have some follow-ups after that.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Richard?

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Sure. I think I can take that. So yes, so as I may have mentioned earlier, I think the way we think about this is our target population, we anticipate having about 50% to 60% commercial coverage. There is going to be a reasonable portion of Part D. But other segments that will be important in this space, also include the VA DoD channel as well. As what we would anticipate as we see with other specialty product launches is to get the vast, but not maybe all, but the vast majority of commercial coverage decisions within the first 9 months. So that's how I would sort of think about it. And it's been a really good dialogue. In many ways, payers are concerned. But in many ways, they also know that OCA is may be the only option -- therapeutic option for patients as well.

**Navin Cyriac Jacob**
*UBS Investment Bank, Research Division*

And then 2 more, if I may. One, just on pricing, I realize you're not talking too much about pricing. But any update on your ability to have dual pricing in PBC versus NASH? And then just a question on the ADCOM. Just want to confirm, the FDA is not requiring any new information from you with the pushback of the timing of the date of the PDUFA. And then expectations around the ADCOM, is biopsy or the requirement or lack thereof going to be part of the question that the ADCOM will be asking?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Jerry, you want to take the first one?

**Jerome B. Durso**
*Chief Operating Officer*

Yes. So I'll start on price. What we've tried to do is ensure that we have optionality as we move from the period we're in to final decision around label, ultimately, approval. So filing separate NDA, if successful, potentially gives us a different brand, a different NDC code and some options in market. However, we really need to work through all the in-depth discussions with payers, see the final label. And so that would be a decision around differential pricing that we would take at a future point.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Yes, Navin -- with -- sorry. With respect to -- is my mic on? Yes. With respect to -- no, it's not on. Anyway, with respect to the -- just keep talking -- yes, I'll just keep talking. So no, it's just the webcast. So with respect to ADCOM, there's a standard -- we're in the process of engaged review right now at standard -- question -- I forget the first part of your question, but I can't second guess at this point what questions are going to come in front of the ADCOM panel. If, to your point about biopsy requirement, yes or no, I think you'll agree from the data presented today and expert testimonials that that's an easy one, frankly, to handle. It's very clearly where the world is heading.

**Navin Cyriac Jacob**
*UBS Investment Bank, Research Division*

And no new information required -- no new information is required for the FDA [indiscernible].

**Mark Pruzanski**
*Founder, CEO, President & Director*

Well, any regulatory review for any NDA is going to evolve back and forth in FDA, looking at data and asking questions. So that's very standard course.

**Liisa Ann Bayko**
*JMP Securities LLC, Research Division*

Liisa Bayko from JMP. Wanted to reiterate congratulations on a great Analyst Day. I was really intrigued by the 30-month data. I just wanted to ask how you think of that as a proxy for what the rest of the patients might look like. Maybe you can describe these patients a little bit more. And how consistent was the data across different aspects? I know you showed -- I think you showed the FibroScan, if I recall.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Yes. We showed the FibroScan. We're looking at other NITs. And with the caveat that this was a smaller subset of the population that had reached that time point. I mean obviously, the data are very exciting because we see, as we anticipated, frankly, in our publication and with reference to viral hepatitis and also to NASH with bariatric surgery that after years and years or even decades of scarring, of progressive fibrosis, what you see at 18 months is not the end of the story with a robust anti-fibrotic. And with longer treatment, what we think we're seeing is a clear suggestion that there's further benefit, histologic benefit with these patients. So I think that's all we can say for now. We need to take a look at these patients more carefully. But clearly, exciting data. And given that in the real world, as you heard from the experts, they're not going to be biopsying these patients, right. They don't intend to. They don't -- they intend to follow the course of -- I mean starting with ALT, but also these noninvasives to be able to monitor treatment response. What we were able to show here is very, very encouraging. Also shows you that longer-term treatment for -- depending on the patient and how intractable the disease is -- longer, really, long-term treatment is going to be required. And I think Mazen, he had said at one point, in answer to one of Gail's questions that the intention here is to treat long term. And what we've seen -- my final point, what we've seen in the FLINT data where we had 24-week off-treatment follow-up in patients who had fibrosis improvement. Remember that you see clear rebound of liver enzymes, right, within 24 weeks. And I think in the last couple years, with the presentation of other companies' data sets, you can see that histologically, the disease is more dynamic than we thought. So whereas it takes years and then decades to develop, once you're there, it becomes more intractable. And so we'll learn more about the natural history over time. But Gail, I don't know if you...

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

No, I mean I think that, that's about right. It's promising. It's exciting, but we'll have to see. And I think it's also that correlation of NITs to outcomes, and that's an important potential preview of what we may see, we'll have to wait and see, but what we may see in the future.

**Liisa Ann Bayko**
*JMP Securities LLC, Research Division*

And just in terms of your discussions you're having with payers of prior authorization, can you maybe comment on some of the criteria that are in discussion? Is there anything beyond noninvasive testing and making sure that it's kind of on label patient? And then is there any discussion about criteria to stay on therapy?

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Yes, it's a great question. So to be very candid, right now, we're not in the specific conversations around the criteria. We're going to need to leverage the label for us to be able to have those. We have conceptually spoken with payers. And as I said, some are starting from a biopsy framework. But I think the knowledge of payers, just like the entire field, has really been growing rapidly around why NITs make sense. And once again, their own past knowledge is they're allowing NITs to be used for diagnosis and management of patients and other liver diseases. So I think it's been a really good dialogue that's going on. I think once we have a label, that will catapult and accelerate those conversations. But right now, I think it's just been a really good engaging dialogue. And that's -- and I'm encouraged by what I see. But I'm also not going to guarantee anything quite yet. But I think the conversations have been quite good with the payers thus far.

**Alethia Rene Young**
*Cantor Fitzgerald & Co., Research Division*

Alethia Young, Cantor. Two questions. One, when you think about this 500,000 patient population, are there any other disease categories which might be analogous to it when you frame -- think about it that way? And then the second question is, if I may -- maybe I'll ask 3. The second one is around -- with your survey, obviously, it looked very compelling but were there any kind of points of safety or anything constructive from people that you might have to address as well? And then my third question is around the FibroScans, I think there are 1,200, seems like that's a very important piece of the story line in diagnosing advanced fibrosis patients. So how do you think about expanding, growing that presence? Is that presence mostly in like kind of the academic centers that you talked about? And that's it.

**Jerome B. Durso**
*Chief Operating Officer*

Okay. So first question was -- I want to go back to here.

**Mark Pruzanski**
*Founder, CEO, President & Director*

The 500,000. Analog.

**Jerome B. Durso**
*Chief Operating Officer*

Oh, analogs. Analogs. Yes. Yes, I mean, Alethia, we've done quite a bit of work on analogs, and I can say confidently, there isn't a great analog for the situation that we're in. There is -- what we tried to do is look at a lot of launches, taken bits and pieces from each. There -- this is a unique situation where there's no previous therapeutic available. And so I don't want to point you to a single analog, and we've looked at them kind of in -- on a composite basis, and I wish there was 1 or 2 that we could go to that was extremely predictive, but it really is a unique situation. That's one of the points that makes it so interesting. Your follow-up to that was...

**Alethia Rene Young**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Cantor Fitzgerald & Co., Research Division*

Safety from the service...

**Jerome B. Durso**
*Chief Operating Officer*

Oh, yes, safety. Yes. So look, we've done a lot of in-depth work on the product profile. And as I said in the presentation, overall, we're really encouraged. There is a -- as you would expect, the product is well understood. There are some physicians asking about pruritus, not from a concern from their standpoint per se because, again, many of these physicians have used OCA and PBC and understand it. More trying to get help on how to guide patients during this period, if they see some of the side effects pop up as patients progress for therapy. And I would categorize that in kind of the stuff we'll have to help physicians with in terms of the management initially. I think we fall back once the physicians kind of get a sense that the dropout rate in REGENERATE in spite of pruritus that was reported, wasn't different from active to placebo. That's helped. We hope, consistent with PBC, we'll get some items in the label, which will allow us to fortify. But the physicians are thinking about, again, how to manage their patients in the real world. And we understand that we'll have to provide support, both for the physicians and for the patients directly, which will be a core part of the plan. And then the third was on FibroScan, Richard, why don't you...

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Yes. And maybe just to add onto Jerry's comment on pruritus. The other thing that we see from the research is in general, pruritus is not a showstopper to initiate therapy. More physicians are concerned around persistency, and that's why they want to make sure that they have the right tools. And as Jerry said, have grown a lot of experience with Ocaliva and PBC. When it comes to the FibroScan, it's absolutely an important area in this space. But as Jerry said, our goal is really not to choose a winner. It's really to help physicians leverage the technology that they, a, have access to; and b, are familiar with using as well. Having said that, we're involved with very good discussions with Echosens. And I guess 1 perception I would have from my view on FibroScan is, clearly, there's a lot of them placed within more academic centers. But one of the interesting phenomenon that's growing as well is because of the growing number of fatty liver patients with NGA practices, the last thing what they want to do is refer all these patients out to who may be either another group or potentially their competition. So we are starting to see definitely some more of the gastroenterologists getting more engaged. It may be not the best way financially for asking them to look at things on an individual transaction. But it's very important as far as the overall suite of services that they can offer to their fatty liver patients as well.

**Unknown Analyst**

Thanks for hosting this event for us. [ Saho Casmey ], B. Riley FBR. My first question is related to the documented liver outcomes. Any additional color on the time line for when we can start to see some of the additional data? And then specifically, kind of what metrics will be included?

**Mark Pruzanski**
*Founder, CEO, President & Director*

Jason?

**Jason A. Campagna**
*Chief Medical Officer*

At this point -- microphone? At this point, we can state nothing new, right. The trial is ongoing. It's outcomes driven. We have predetermined analyses based on certain event accruals of when we'll look for looks and get a sense for what's going on, but we haven't crossed those thresholds yet. And you could see from the time line we put up earlier, the study was slated to go a minimum of 48 months. We're just crossing the kind of 3- to 4-year boundary now. So I think we'll have a better sense and a feel for this, probably sometime in 2020. But right now, nothing new.

**Unknown Analyst**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. And then just another brief question from a different angle. Following the PBC model, how do you plan for not having a titration option that we saw there and how that may impact the review going forward.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Well, as you know, the 25-milligram dose is the dose that was shown to be effective in the study. The 10 achieved a p-value of less than 0.05, but that wasn't good enough per our SAP to support the 10. So ultimately, it'll be a review issue, but the focus here is on the 25-milligram dose. When we've spoken to physicians, who are very familiar with the data, I mean their strong inclination is to get patients on the effective dose drug, which is the 25-milligram dose. But at this point, cannot second guess what FDA is going to do with that.

**Unknown Analyst**

Two quick questions. So the first question actually goes to Jerry and Richard. Question for you is, I mean we learned from the presentation earlier today that 80% -- I mean 80% of the cost come from cirrhotic patients, right? So you're going to -- your initial label is going to be non-cirrhotic, right, until the REVERSE study comes out. So how much control do you have over sort of the price point, given that you're mostly going to be treating F3, maybe some F2 who are at high risk?

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Yes, I think once again, the whole focus there is to avoid those costs, right. And that's a very slippery slope that both the physicians talked about is, once you get there, you're in a much more difficult and also much more costly space. So the whole concept there, especially with payers is around cost avoidance, right. And understanding -- and they've seen the center of the disease states as well as once you get there, exponentially, the cost may increase per patient. So I think that's really how physicians are looking at it from a clinical standpoint. But payers absolutely see the value of cost avoidance, and that's definitely been one of our key messages to them as well.

**Unknown Analyst**

And then another question. I very frequently get the question, GLP-1 data upcoming. So can you tell us, based on your experience, does weight loss work in an advanced NASH patient? So at the liver meeting, there was a presentation from patients who had gastric bypass and half of those patients did not have an improvement in fibrosis. So tell us how you're thinking about the data that is coming, just maybe even historical data from weight loss studies or studies that were on GLP-1, but still were part of REVERSE.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

Right. So I could go ahead and start. And I can say that the weight loss studies to date do really focus on the need for both substantial amounts of weight loss and sustained weight loss. And with that, the most impressive results are clearly on the more metabolic parts of the disease: Decreases in steatosis, decreases in NASH apart from fibrosis. The fibrosis data has been a lot less compelling. There's some data suggesting benefit, there's other data suggesting not a benefit. It does seem like, as we heard from Dr. Brown and Dr. Noureddin, that going to the point of addressing that in patients who are early on -- of early fibrosis, it will be a reasonable treatment choice. By the time you have advanced fibrosis and you have that high risk of progressing, you need something else.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Just a couple of -- I completely agree with Gail. I would say that the abstract you referenced, which was a bariatric surgery abstract at AASLD was really compelling. And more specifically, what it showed was that patients who had sustained, very significant 10% plus weight loss post periodic surgery who at baseline already had advanced fibrosis, only about half of them actually showed any improvement histologically. So

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it's clear that once the disease progresses, as Dr. Brown said, that even if you can successfully intervene with a cirrhotic patient, they continue to have that HCC risk, right. So that's one point. The other is, look, we -- I think that there's a growing consensus when you talk to the experts, the GLP-1s are likely going to be a mainstay treatment. I mean that's already a validated mechanism of protein diabetes and obesity. We'll see de novo readout next year. But there's every reason to believe that -- in the complementarity of these mechanisms, right. And to the point that they were making about, this is not a competition, you'll see patients on both antidiabetic treatments continue to have advanced fibrosis and are good candidates for OCA and vice versa.

**Jason A. Campagna**
*Chief Medical Officer*

Yes. And I'll add a final point. You're asking what's our -- what do we think, what's our position. I hope we made that clear with -- throughout all of the speakers that it's important for patients to do everything they can to get their life in a better place. And if that includes weight loss as prescribed by their doctor, then we absolutely are supportive of that idea. I don't think we have any intent of nor do we envision this idea that somehow OCA, if it were ever approved, would substitute for just kind of other general important things in life. I think the distinction we make again and again is that NASH is not a lifestyle disease. It's not a disease of bad choices that even in a world in which people are excellent about paying attention to their weight, even in a world in which people are so-called lean, we still see NASH. And that in that setting, even in an optimal world, having a therapeutic can only be beneficial for NASH patients. But they're certainly -- they are complementary to 1 another.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Mike?

**Michael Jonathan Yee**
*Jefferies LLC, Research Division*

Michael Yee from Jefferies. On pricing, while I know that you're not saying anything specific about it, I know you want to wait for the label. What information do you have or in discussions with payers, can help us frame the bookends, because I feel like it would be best if Wall Street was level set on expectations to some degree. Whether that is based on information from ICER documents, realized that there's actually an ICER when I looked up in May of 2020. So I guess that's going to be before the PDUFA. Help us frame those bookends or what information we know either from payers or ICER. That's question one.

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Okay, I'll first start on ICER. So a combination of Gail's team and several of the working members of the company, we have a very active engagement plan with ICER. It's best to work to collaborate. And as you know, actually, they had their public scoping document posted. Us, along with other groups and organizations did comment on that public scoping document. So we're going to keep working with ICER, as you said, Michael. We're going to anticipate that the draft review is out in around the May timelines next year. ICER remains an important thought influencer in the United States, but we also see a few payers are actually making decisions based off of the ICER opinion as well. But it's important still for us. So we're going to continue to engage there. And that's one of the components that we'll use in our final pricing decision.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

Let me add like 1 piece about ICERs. I think where we've tried to provide information is on this focus that it is really the smaller advanced fibrosis patient population. It's not the totality. And on how to really think about it, we have so much market research. We have so much data and I think where we've seen the problems is they tend to focus very broad, and we tend to see the right population as narrower.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jerome B. Durso**
*Chief Operating Officer*

Yes. And to Gail's point, that's probably one of the areas that the scoping document -- where we and other groups have disagreed with them quite a bit, is their vast population of NASH and our much more narrower that we're focusing in on.

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Yes, that's a little bit of the context. And I understand the need or the desire for a book ending, I guess, that the elements, hopefully, which we shared today to have in mind is, one, we're going for a targeted group of patients that are at the highest risk that are treated by specialists, hopefully, differentiating what we think about the value proposition from a drug that might go for an earlier population. Obviously, as we've said, it's a little premature for us to get very specific. We're in the middle of all that good stuff, both on the regulatory side and on the payer side, and we'll continue to dialogue with you as we move.

**Michael Jonathan Yee**
*Jefferies LLC, Research Division*

Sandip, what's consensus pricing?

**Sandip S. Kapadia**
*CFO, Treasurer & Principal Accounting Officer*

Consensus pricing. I mean, it's across the map. But I think right now, most are probably around the 20,000 mark. Annually. Okay. Net. Net. That's our consensus. But there are some that are higher, some that are lower, as we mentioned. I mean this is not something that we're prepared to provide guidance on at this point. We still have to wait for the label. There are many things that we have to wait for. So certainly, but I think our view in terms of specialty pricing is still where we are.

**Michael Jonathan Yee**
*Jefferies LLC, Research Division*

And then my second question is, while you had a great focus on noninvasives and you had some great KOLs essentially saying that they don't biopsy. To what degree, if you were to go out and talk to the biggest KOLs in the biggest centers, are old school, still require biopsy? And it feels like depending on who you ask, you get different answers. So maybe put that into some framework? And can those people be convinced otherwise?

**Jerome B. Durso**
*Chief Operating Officer*

Yes. I guess maybe I'll start. We expect biopsies will continue to be used in certain situations. I think that's clear from the discussion today. It's also clear from the databases that we look at. I referenced one of them where for a broad NASH population, there was a little under 10% of patients that had, had a biopsy. There is variability on that, Mike, to your point. There are some physicians who are identifying patients with biopsies clearly. And if they're comfortable with that approach, we're not here to say that, that's incorrect, although we do believe it's going to be the vast minority of the patients. You also see, I think, a dynamic, and Richard may want to comment a little more on this, but where there are a small number of physicians who use biopsy often. But most of the physicians that are using biopsies are using them in some specific cases, and more often than not, for complex patients where they're trying to rule out multiple diseases, et cetera. So again, we expect biopsies to continue in certain circumstances, but we do anticipate that the move towards utilization of noninvasives will continue, both in advance and as we enter the market.

**Richard Kim**
*President of U.S. Commercial & Strategic Marketing*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, and Michael, I can add anecdotally that there are definitely a few hepatologists out there, and I'd say more hepatologists than gastroenterologists, who that's what they did, that's what they're going to do, but they also have high throughput for this because remember, biopsies are usually done by interventional radiology. Sometimes they're done by the hepatologist, but oftentimes, they're done by interventional radiologists. The thing I will say to your point is, we kicked off our speaker bureau training, where we did have a couple physicians who were, I would say, more biopsy lovers. And I've seen a bit of a mental shift in some of them already. And I think part of it is once you see all the data, once you put it together the way that Dr. Brown and Dr. Noureddin did today as well, and as you attend the congresses, you see that shift going on scientifically. So I think there will -- we'll have people in different parts but I've personally seen a few of the thought leaders start to shift their mentality as they've seen the totality of the evidence around NITs as well.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Yes. I mean, Mike, maybe the final point on this would be that the most that we can do in that scenario, even if those docs are out there, which they are, the most that Intercept could do is provide them the best data and evidence that we could find to help them to make a decision that they may or may not want to make. So to that end, we talked a lot about it, this idea of disease education, engaging the right thought leaders out there around what the evidence is for NITs. We've taken a really deep dive into that world, and really are trying to do that, not to force a doc to change their mind. But if they have a question, and they want to understand better, we hope to be the resource that they can go to, to get that information. And we think if we do that, then we've done the most that we can do to help those docs if they want to change.

**Unknown Executive**

One last question.

**Steven James Seedhouse**
*Raymond James & Associates, Inc., Research Division*

It's Steve Seedhouse from Raymond James. Given the commercial launch focus on those advanced fibrosis patients, I'm just curious, to what -- does that include basically just F3 histologic patients as we would typically consider them or does it also include F2? And to the extent that it's different from the ITT in REGENERATE, can you just maybe mention or touch on the safety, tolerability, efficacy profile in the "advanced fibrosis patients" relative to the ITT and if it's the same?

**Jerome B. Durso**
*Chief Operating Officer*

Yes. Maybe I'll start, Steve, with the first half of your question. So the 0.5 million patients that we talk about as the initial launch target are essentially primarily F3 or F3 like, obviously, you can't biopsy all of those patients. But when we look at the NIT data that we use to model that, you end up primarily with a group of patients that sizes very closely to the F3, F3. Like, obviously, with any sort of assessment, there are some patients that fall on this border line. That's true with biopsy. That's true when we talk about using multiple NITs. But essentially in terms of the risk they're at, we would describe them as F3, F3 like in the classic context.

**Gail Cawkwell**
*Senior Vice President of Medical Affairs, Safety & Pharmacovigilance*

And I could just add to that, that we've done that body of work to look at our REGENERATE population, and to apply those NITs and you end up with a very similar-sized population. And when we look at primary endpoints, overall measures of safety, they really looked very similar.

**Mark Pruzanski**
*Founder, CEO, President & Director*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you. Okay. So we're right on time. And with that, we'll conclude today's NASH deep dive. Thank you, again, everyone, for coming out just ahead of the holidays. I hope that you found it informative and come away convinced as we are that we will be successful getting the first ever approved drug to patients with advanced fibrosis due to NASH and next year in our NASH launch. The slides that you saw today will endure on our website. And of course, Lisa is over there, a very capable Head of Investor Relations, who put this event together with other colleagues, thank you, and will be available for follow-up. Thanks, everyone, and happy holidays.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.