# EXHIBIT 11

# $STAT+$ [1]

## FDA investigating whether Intercept Pharma drug is tied to potential liver injury risk



*By* [Adam Feuerstein](#)[2] [3] Oct. 8, 2020



*Hyacinth Empinado/STAT*

---

The Food and Drug Administration is evaluating a potential risk of liver injury in patients who take the Intercept Pharmaceuticals drug Ocaliva to treat a certain type of liver disease.

The FDA's inquiry into Ocaliva began in May and could take one year to complete, Intercept spokesperson Christopher Frates told STAT. Intercept is cooperating with the FDA's safety regulators, and "based on our work to date, we remain confident in the positive benefit-risk profile of Ocaliva when used as directed," Frates said.

Intercept has not previously said anything publicly about the FDA examination. Instead, the company chose to disclose the inquiry by adding several new sentences to an

existing risk-statement paragraph on the 57th page of its most recent quarterly report filed with the Securities and Exchange Commission. The change was picked up by a health care investor[5] on Twitter earlier this week.

In the same SEC filing, Intercept warned any safety concern associated with Ocaliva, "perceived or real," could negatively impact the drug's sales or its effort to expand use into other types of liver disease.

Ocaliva was approved in 2016 to treat patients with primary biliary cholangitis, a type of liver disease that damages the bile ducts. In June, the FDA rejected Intercept's application[7] seeking approval for obeticholic acid, the active ingredient in Ocaliva, as a treatment for the fatty liver disease known as NASH.

According to a statement from Intercept issued at that time, FDA officials determined the "predicted benefit" of the obeticholic acid, or OCA, "does not sufficiently outweigh the potential risks" to support approval as a NASH treatment.

Did the FDA's liver safety evaluation of Ocaliva, which began in May, contribute to the agency's decision in June to reject the NASH application?

"The NISS was not raised in the context of the review of our NASH [application] and we have no reason to believe that it was associated with the FDA's decision to issue the complete response letter," Frates told STAT. NISS refers to "newly identified safety signal," which is the FDA's technical term for a safety evaluation of an already-approved drug.

The new Ocaliva safety signal is identified as a "liver disorder" but no other details have been provided. The FDA classified the safety signal as a "potential risk" but has not established a causal relationship to Ocaliva.

Since 2016, there have been 269 reports of "hepatobiliary disorders" associated with Ocaliva in the FDA's publicly available drug-safety database. These reports include 218 serious cases and 48 deaths. It is not possible to determine from these reports whether Ocaliva caused the cases or deaths; some or all may have been due to primary biliary cholangitis, which itself causes liver damage.

Net sales of Ocaliva totaled $250 million in 2019. The company has guided to sales in the range of $300 million to $320 million in 2020.

Intercept has also said that it is meeting with the FDA, hoping to reach agreement on a plan to expedite the resubmission of obeticholic acid as a treatment for NASH. An update on the company's regulatory plans will be announced on its quarterly earnings conference call in November.

## About the Author



[Adam Feuerstein](#)[2]

Senior Writer, Biotech

Adam is STAT's national biotech columnist, reporting on the intersection of biotech and Wall Street. He's also a co-host of ["The Readout LOUD" podcast](#)[8].

[adam.feuerstein@statnews.com](#) [9]
[@adamfeuerstein](#) [3]

# Links

1. https://www.statnews.com/stat-plus/latest/
2. https://www.statnews.com/staff/adam-feuerstein/
3. https://twitter.com/adamfeuerstein
4. https://www.parsintl.com/publication/stat/
5. https://twitter.com/gcbioinv/status/1313562671195795457
6. https://www.statnews.com/2020/10/08/trumps-treatment-puts-a-spotlight-on-regeneron-and-the-pugnacious-pair-who-run-it/
7. https://www.statnews.com/2020/06/29/fda-rejects-intercept-pharmas-drug-for-nash/
8. https://www.statnews.com/signup/readout-loud/
9. https://www.statnews.com/2020/10/08/fda-investigating-whether-intercept-pharma-drug-is-tied-to-potential-liver-injury-risk/mailto:adam.feuerstein@statnews.com
10. https://www.statnews.com/topic/biotechnology/
11. https://www.statnews.com/topic/stat-plus/