# EXHIBIT 18

Company Name: Intercept Pharmaceuticals Inc
Company Ticker: ICPT US Equity
Date: 2020-12-01

# Piper Sandler 32nd Annual Healthcare Conference

## Company Participants

- Gail Cawkwell, SVP, Medical Affairs, Safety & Pharmacovigilance
- Mark Pruzanski, President and CEO
- Sandip Kapadia, Chief Financial Officer
- Yasmeen Rahimi, Senior Biotech Analyst

## Presentation

### Yasmeen Rahimi {BIO 20388907 <GO>}

Thank you for joining our live fireside chat with the team of Intercept Pharmaceuticals. My name is Yasmeen Rahimi and Iâ⬚⬚m a senior biotech analyst. Itâ⬚⬚s really an honor and a pleasure to have the team here with me.

Joined on Zoom are Dr. Mark Pruzanski, president and CEO; Sandip Kapadia, chief financial officer; and Dr. Gail Cawkwell. She is the senior vice president of medical affairs and safety and pharmacovigilance. Thank you so much for being here with us. We have lots to cover and weâ⬚⬚ll just get started.

## Questions And Answers

### A - Yasmeen Rahimi {BIO 20388907 <GO>}

Team, congrats on a very successful liver meeting with lots of presentations from AOC in NASH and PBC. Maybe a good place to start is can you highlight some of the data that was presented specifically in regards to the long-term efficacy and safety of OCA in NASH and PBC. Maybe a good place to start is can you highlight some of the data that was presented, specifically in regards to the long-term efficacy and safety of OCA in NASH and PBC, and then, maybe highlight to us how important that dataset is in regards to regulatory discussions.

### A - Mark Pruzanski {BIO 16614004 <GO>}

Well, thanks. Iâ⬚⬚ll start, Yas. And thanks very much for having us at your virtual conference, hopefully, in person this time next year. So, yes, you know, we had a very strong ASLD with a number of abstracts across both of our programs, and perhaps just highlighting to start on the PBC side, we are very happy to present the final data from our concluded long-term open label extension phase -- a five-year extension phase from our phase III POISE trial.

So, you know, total exposure of -- on order of five-six years to our drug and what we showed was durable efficacy and no new safety issues in that population of patients. And I

Company Name: Intercept Pharmaceuticals Inc
Company Ticker: ICPT US Equity
Date: 2020-12-01

FINAL

think that that just underscores for our chronic treatment the importance of that durable effect.

On the NASH side, also some interesting abstracts and I know weâ‌ll talk a lot about NASH today. But just to highlight one of them from Nayim Okuri [ph] with a focus on a subset of patients in REGENERATE, our phase III flagship trial, who, according to basis noninvasive assessments, were identified as having advanced fibrosis due to NASH.

The most advanced fibrosis, obviously, the area of highest unmet need. And there we saw very meaningful efficacy, particularly when looking at these noninvasive tools, for example, FibroScan, transient elastography, where we saw in that group that subset of patients, an average of 25% fall in kilopascal and liver stiffness by virtue of FibroScan, which is considered to be a clinically-meaningful result. So, some -- we continue to generate exciting data from the ongoing phase III program.

### A - Yasmeen Rahimi   {BIO 20388907 <GO>}

Thank you, Mark. Maybe we can also spend some time on the NISS. So, first, what is NISS? What are the three different categories? And then, what sparked the interest of NISS and then -- and then, also tell us the timing on getting the NISS resolved.

### A - Mark Pruzanski   {BIO 16614004 <GO>}

Sure. Gail, do you want to take that?

### A - Gail Cawkwell   {BIO 18954924 <GO>}

Sure. Let me go ahead and start there. So, maybe weâ‌ll start with a step back about NISS is a relatively new process at FDA. Itâ‌s a fairly new process map that they put out earlier this year.

It stands for Newly-Identified Safety Signal. And itâ‌s important to think about that safety signal detection is something both FDA and pharmaceutical companies do every day. So, as we look at case reports and other things, weâ‌re always looking for anything that may suggest thereâ‌s something that needs further study.

In this case, FDA contacted us earlier this year, in May of this year, and said they had identified a signal, which they qualified as a signal of liver disorder, kind of a broad category, and we followed up with them to get more detail, and also, that they had three categories that they could bucket this in, which would define their level of concern and urgency in terms of how they would approach seeing if there really is a risk or if there is not a risk. So, again, think of the signal as something that needs further evaluation and identification, but not an actual problem to date.

And within those three buckets, it could have been urgent to passable and we were in that lowest category of risk. In the end, weâ‌ll see where they land and weâ‌re, of course, doing our own assessment as well. And that assessment is ongoing and stay tuned for more.

Bloomberg Transcript

Company Name: Intercept Pharmaceuticals Inc
Company Ticker: ICPT US Equity
Date: 2020-12-01

FINAL

Bloomberg Transcript

### A - Yasmeen Rahimi   {BIO 20388907 <GO>}

Thank you, Gail. And then, another question we got from our clients often is can they switch the categories during this process or is it, once you are determined in one category, there will [ph] be [ph] a [ph] start? And then, can you get an answer sooner than mid-2021?

### A - Gail Cawkwell   {BIO 18954924 <GO>}

Sure. So, let's start with the first one. Those categories at the beginning, that possible risk, is a category that sort of sets up timelines for FDA. If they thought something was urgent, their timelines would be on an urgent timescale. When they say possible risk, they give themselves a year to work through it. They could -- they could act sooner; of course, they could.

At some point at the end, they will say that either this is not a single anymore, that there is no risk or there is some risk. But this categorization up front is more on the basis of how do they set up the urgency and the timeframe for doing the review. What we'll come out with at the end is more a statement of there's no risk or there is some risk and depending on what that risk looks like would depend on -- would then impact what happens next.

### A - Yasmeen Rahimi   {BIO 20388907 <GO>}

Thank you, Gail. And then, another question that repetitively gets asked if the timeline when the NISS was granted to you, guys, because a number of clients get confused and they think that the NISS is linked with the regulatory filing. So, if you could just clear that. I know it comes up in most discussions.

### A - Gail Cawkwell   {BIO 18954924 <GO>}

Yes. Maybe I'll start and anybody else who wants to jump in, of course, from Intercept. But I'll start by saying that safety signals typically come from the part of FDA that deals with safety, epidemiology and risk management.

It can come from the division, but it usually comes from that part. And in their communication to us at the initial time of establishing this in May, they noted that this was based on post-marketing pharmacovigilance in their Fierce [ph] database, as well as reports in the literature.

So, post-marketing pharmacovigilance must typically would reflect the current use of the medicine based on the approved indication unless there was to be much off-label use. But then, in this case, as best we could tell, this is really a PBC-focused trigger for the signal.

### A - Yasmeen Rahimi   {BIO 20388907 <GO>}

Thank you, Gail. And then, another question that we get also is -- in regards to NISS is is there a lot of national history datasets available so that, you know, in this patient population, occurrence rates are very high? How does regulators tease out what is drug

Company Name: Intercept Pharmaceuticals Inc
Company Ticker: ICPT US Equity
Date: 2020-12-01

related or not? If you could just comment on that because I think that continues to be always a question.

### A - Gail Cawkwell   {BIO 18954924 <GO>}

Itâ's a great question. I think if you are in the setting of, say, a medicine to treat stroke or diabetes or heart disease, there are -- there is good epidemiology data. Anytime you get into a rare disease, that kind of data is always more sparse.

FDA relies on a structure called Sentinel, which is observational datasets that they have available to them. But one of the things we recognized really quite some time ago is, as we thought about both PBC, a rare disease, and potentially being the first medicine in NASH, something that is not rare, but is perhaps less well documented in terms of epidemiology, it would be critical for us as Intercept to have good epidemiology data.

So, with a lot of foresight, weâ've generated some large U.S.-based observational datasets to help put safety data in context. And weâ've done this for NASH and some of that data has been presented, not about obeticholic acid, but about NASH already. And weâ've also got this established for PBC and weâ're very happy that we did that work. Itâ's something that FDA expects. But it can be very complicated in the rare disease.

### A - Yasmeen Rahimi   {BIO 20388907 <GO>}

Thank you, Gail, for bringing that to our attention. Congratulations. A few weeks ago, you guys disclosed that you had a very successful meeting with the FDA. Maybe a good place to start is what are the next steps. Post this meeting, have you requested a second meeting?

And then, I get it from almost every client I talk to -- why do you need multiple meetings with the FDA? Why thereâ's [ph] no [ph] one meeting enough? If we could just address those components, the next steps, then how many â¦

### A - Mark Pruzanski   {BIO 16614004 <GO>}

Yes, sure.

### A - Yasmeen Rahimi   {BIO 20388907 <GO>}

â¦more meetings for [ph] that [ph] is [ph] carrying [ph] what the importance of these continued interactions are.

### A - Mark Pruzanski   {BIO 16614004 <GO>}

Yes. Thanks. So, I mean, just to level set with our listeners, what youâ're referring to is our Type A end-of-review that we had on, I guess, it started December -- so, we had that in October as planned. And it was highly constructive.

And just to frame things up, I mean, coming off the complete response letter towards the end of June, what we heard in the context of a resubmission was, of course, on the safety

Company Name: Intercept Pharmaceuticals Inc
Company Ticker: ICPT US Equity
Date: 2020-12-01

FINAL

Bloomberg Transcript

side, pro forma -- a safety update from the ongoing phase III program, and then -- but then, also, FDA mentioned additional efficacy after month 18 interim analysis, right. And, at the time, we speculated, well, we have this pre-planned year-four biopsy. On [ph] 48 [ph], thereâ's no prespecified interim analysis, so weâd have to really look at that.

But we were going to really work hard to reframe our month 18 data with refined risk management overlay to try to have a constructive discussion with them about re-spinning based on the month 18 data. And so, Iâm really pleased itâs coming off this meeting. And after seeing the final meeting minutes that we got some really concrete guidance from them in the context of issues to address in support of a potential resubmission on month 18, right. So, thatâs sort of at a high level where we are.

We always, even before going into that meeting, understood and we talked about publicly that we expected this to be the start of re-engaging with the review division. But given the complexity here that we anticipated we would need several interactions with them to really dot the proverbial Is, and cross the Ts as much as possible going into a resubmission to help ensure best possible alignment; to maximize probability of success, of a smooth review; and, of course, ultimately, POS with respect to approval.

And so, we totally welcome the fact that, not only we want to, but they want to meet and have those substantive discussions. And Iâll just remind everyone, weâre technically not on file right now. So, weâre talking about review of data and discussions off the clock to set up a potential resubmission. So, weâre actually very pleased to have that opportunity.

The corollary though is that, at this point in time, weâre unable to give really precise guidance in terms of how long, what the timeline looks like. We did say at earnings at, in the context of getting in position to resubmit on month 18, that we would expect that to be next year.

I think thatâs reasonable just given all the work that we need to do, not at [ph] least [ph] the safety update. And, yes, itâs just to remind you, I mean, in the meantime, we have this fully-enrolled global phase III trial ongoing. We had close to 2,000 patients making up the safety population in the interim.

Look, those patients from the ITT population -- from the safety population -- have continued on study and are now coming up on an average of three years on study and as long as close to five years. So, itâs a very robust safety update that weâre talking about with a lot of extended exposure in this -- in this population of patients to inform an updated view on safety.

And then, just to fill it in, on the FTC side, what weâve talked about is, for example, running digital pathology on our biopsy slide, you know very well that this is a pretty hot topic and a lot of gathering and momentum in support of digital pathology tools to supplement pathology assessments, which are prone to a lot of noise.

Company Name: Intercept Pharmaceuticals Inc
Company Ticker: ICPT US Equity
Date: 2020-12-01

### A - Yasmeen Rahimi  {BIO 20388907 <GO>}

Thank you. Thank you, Mark. And then, would this digital pathology readings be incorporated into the filing? Like, were there proper sample processing that occurred â

### A - Mark Pruzanski  {BIO 16614004 <GO>}

Yes.

### A - Yasmeen Rahimi  {BIO 20388907 <GO>}

â¦that can allow you to have that data supplemented in the filing?

### A - Mark Pruzanski  {BIO 16614004 <GO>}

We very much hope to do so. I mean, obviously, weâve got to get the data read out, and then -- and then, talk to FDA about it. I want to caution, of course, everybody needs to understand that these technologies, while exciting from a regulatory standpoint, remain exploratory. So, I wouldnât expect necessarily to get data from these analyses in our label.

But what we would hope for is that the readout from these digital pathology assessments would bring the efficacy of our drug into a clear resolution, right, because, again, youâre turning these semi-quantitative categorical scores or stages into continuous parameters, right. Youâre literally quantifying digitally and taking the human error out of it, whatever histopathologic feature of interest youâre looking at. And so, I think it should give the agency and, of course, looking to an advisory committee especially, the confidence in the -- in the robustness and extent of efficacy with the [ph] FDA [ph].

### A - Yasmeen Rahimi  {BIO 20388907 <GO>}

Thank you, Mark. Maybe one more question on NASH. That [ph] we [ph] got [ph] a [ph] 50 [ph] FDA [ph] specify the length of exposure of patients that need to be on our -- on LCA for NASH, like -- and you pointed out you have safety data up to three years of patients being on it. But is there a requirement of having data beyond that for filing purposes and safety purposes?

### A - Mark Pruzanski  {BIO 16614004 <GO>}

No. Generally speaking and the rule of thumb, the red [ph] face [ph] test on a filing like this is -- you know, you should select the data cutoff thatâs no more than six months, letâs say, out from your submission. Again, this is an ongoing program through clinical outcomes, so we continue to generate long-term safety data. But thereâs no -- we at least have not had any indication from the agency about some minimum exposure period.

### A - Yasmeen Rahimi  {BIO 20388907 <GO>}

Thank you, Mark. Maybe moving on to the PBC, Mark, so congratulations. You guys continuously -- really continue to grow the PBC market even in the midst of a pandemic. Itâs really remarkable what you guys have achieved.

Company Name: Intercept Pharmaceuticals Inc
Company Ticker: ICPT US Equity
Date: 2020-12-01

So, the first question for you is what do you -- how do you plan to continue the PBC market in 2021? Are there certain pockets in the U.S. or ex-U.S. that are -- thereâ￼￼s a large population size that needs to be treated? So, if you could just help us to think about how youâ￼￼re visualizing the growth of the market in 2021?

### A - Mark Pruzanski   {BIO 16614004 <GO>}

Sandip, do you want toâ￼¦

### A - Sandip Kapadia   {BIO 19797018 <GO>}

Sure, yes. Thanks for asking about PBC. I mean, weâ￼￼re very pleased with the continued growth on our PBC business especially, like you said, itâ￼￼s been very resilient despite the challenges from COVID-19, and certainly, the pandemic overall.

You know, with respect to geographies, I mean, weâ￼￼re very pleased with the geographies that weâ￼￼ve been able to launch and grow in. We expect future growth to come from those same footprint of geographies. Overall, we still think there is sizable opportunity both in the U.S. and ex-U.S.

We had -- as we mentioned, we had a very strong quarter. We had $79.5 million in sales, grew about 29%, roughly about the same in the U.S. and outside the U.S. as well for this past quarter.

So, our market research continues to show that there is still an opportunity for PBC patients that could benefit from Ocaliva. And, frankly, new prescribers still are a good source of business for us. So, even today we still continue getting new prescribers and theyâ￼￼re a good -- a representative portion of our growth or, importantly, since the CRL, we re-pivoted our innovation very much focused on PBC, again, and we continue to be committed to that.

And we narrowed our guidance this year on sales. We expect $310 million to $320 million in sales for PBC and this is our fourth year in [ph] sales [ph]. And so, weâ￼￼re pleased about Vertis [ph] and we think thereâ￼￼s still work for us as we go into â￼￼21.

### A - Yasmeen Rahimi   {BIO 20388907 <GO>}

Thank you, Sandip. Another question that we frequently get is you guys are running a combination study of OCA and Bezafibrate. Thereâ￼￼s very encouraging data in that combination.

So, the question that comes up is when would you get the data from the phase II? What would be the next steps? And probably the most important question that arises is would you be able to come up with a fixed dose regimen with its two combo to be on the market before another people [ph] gets approved? I think those -- that tends to be a very, very frequent question. So, if you could just kind of talk about how youâ￼￼re visualizing this combination strategy, next steps and timelines.

Company Name: Intercept Pharmaceuticals Inc
Company Ticker: ICPT US Equity
Date: 2020-12-01

FINAL

Bloomberg Transcript

### A - Sandip Kapadia   {BIO 19797018 <GO>}

You want to take that, Mark?

### A - Yasmeen Rahimi   {BIO 20388907 <GO>}

Mark -- yes, Mark. You may want to press -- yes.

### A - Mark Pruzanski   {BIO 16614004 <GO>}

I apologize. Sorry about that. So, maybe Iâ□□ll start and ask my colleagues to chime in.

Yes. So, just to remind everyone, we license the U.S. rights to Bezafibrate, which is anti-4 agonist. Itâ□□s been available outside this country for many, many years. Thereâ□□s been lots of interest in it as a PBC therapy off label.

Most recently, at Easel [ph], the lead abstract in the general session was a Japanese 10-year outcome study in PBC showing improved outcomes with Bezafibrate versus (inaudible). So, lots and lots of gathering experience with the drug.

And then, in Europe, weâ□□ve had I think no less than three cohorts of patients on our drug on OCA where Bezafibrate was added or vice versa, and again, proving that the thesis the two in combination really do are additive to one another in terms of efficacy.

So, thatâ□□s weâ□□re excited about the combo. We have a phase II, which we, like so many companies during the pandemic, put enrollment on hold during the summer months, and then, more recently, reopened that.

Given as the fact that winter is coming, so to speak, and itâ□□s just incredible the amount of innovation on the vaccine front, hopefully, this time next year weâ□□ll have this squarely behind us in the rearview mirror. But weâ□□re in for a tough winter.

So, it -- all that said, itâ□□s tough I think for companies like us to -- enrolling rare disease studies globally to predict what enrollment is going to look like and, therefore, when we can get readout. That said, this is a 72-patient study, four arms. We do have an interim look once we get to 40 patients. So -- and thereâ□□s a lot of interest in the study. So, we hope to enroll it as expeditiously as possible and get to readout.

Phase III, itâ□□s a little hard just given the moving pieces and what a phase III could look like given all the experience weâ□□re getting in the meantime with OCA and Bezafibrate, a standalone and combination agent. So, itâ□□s hard to predict what the phase three is going to look like, therefore, how long itâ□□s going to take us to get to market.

But I think that this idea of unless we beat another PPAR to market, our fortunes are sunk. I think that thatâ□□s a little too simplistic. Thatâ□□s not the way it works.

Company Name: Intercept Pharmaceuticals Inc
Company Ticker: ICPT US Equity
Date: 2020-12-01

FINAL

And I would point out -- I mean, just as an example just talking about Bezafibrate, our top Ocaliva prescribers in Europe tend to be physicians who use Bezafibrate. And what it means is they just -- they are much more invested in the best possible care of their patients and they're using a combination regimen here where they think they can get their patients to the best place.

And so, it's not necessarily the case that just because another drug comes to market that it automatically cannibalizes our business. There are patients, of course, as is true with any chronic therapy, who have tried Ocaliva and come off of it and either for reasons for tolerability or other reasons.

And those patients would probably be first in line to try a therapy. So, again, they're not stealing our business, so to speak. And so, we're a little less worried about the exact timeline and more focused on just doing -- conducting the best possible program.

And I'm happy to say that, by the way, in the meantime, it's non-trivial. But the development of our co-formulated fixed dose combination product, OCA with Beza, is going well and is on schedule. So, I don't know, Gail, Sandip, if you have anything to add to that thought.

### A - Yasmeen Rahimi   {BIO 20388907 <GO>}

No, that's great. Thank you so much. Well, time flew by and I -- tremendous amount of respect goes to you guys, how hard you worked, how you don't give up and through ups and downs. So, we're here supporting you and…

### A - Mark Pruzanski   {BIO 16614004 <GO>}

Thank you. (multiple speakers). We will continue to fight the good fight. (multiple speakers). For patients. We're proud of the role that we play in this field and everyone who's followed us on -- because the patients need it. So, we'll keep fighting.

### A - Yasmeen Rahimi   {BIO 20388907 <GO>}

Thank you, Mark. And thank you on behalf…

### A - Mark Pruzanski   {BIO 16614004 <GO>}

Thanks, guys. Thanks for (multiple speakers). Thanks for all the work you guys do.

### A - Yasmeen Rahimi   {BIO 20388907 <GO>}

(Inaudible).

### A - Mark Pruzanski   {BIO 16614004 <GO>}

Thank you.

Bloomberg Transcript

Company Name: Intercept Pharmaceuticals Inc
Company Ticker: ICPT US Equity
Date: 2020-12-01

FINAL

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2021, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

Bloomberg Transcript