

Casey E. Sadler
Direct Dial: (310) 201-9167
Direct Fax: (310) 201-9160
csadler@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
T: (310) 201-9150

April 19, 2022

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 701
New York, New York 10007-1312

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

Date:   April 20, 2022
        New York, NY

Re:   *Chauhan v. Intercept Pharmaceuticals, Inc.*, No. 21-cv-00036-LJL

Dear Judge Liman:

Plaintiffs write to inform the Court that they do not intend to file an amended complaint or appeal the Court's March 21, 2022 Order. *See* ECF No. 77 (setting April 20, 2022 amendment deadline). Counsel for the parties have met and conferred and agree that each party shall bear its own costs and attorneys' fees, and that no party asserts or contends that any of the parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure.

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Casey E. Sadler*
Casey E. Sadler

*Counsel for Plaintiffs*

cc: All counsel of record (via ECF)